AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| FAUSTO GOMEZ,<br>9315 Oak White Rd.,<br>Nottingham, MD 21236<br><br>_____<br>*Plaintiff(s)*<br>v.<br>RONALD WILHEIM,<br>2606 Fair Oaks Lane<br>Cincinnati, OH 45237<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RONALD WILHEIM,
2606 Fair Oaks Lane
Cincinnati, OH 45237

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: FAUSTO GOMEZ,
9315 Oak White Rd.,
Nottingham, MD 21236

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

| | |
|---|---|
| FAUSTO GOMEZ,<br>9315 Oak White Rd.,<br>Nottingham, MD 21236 <br><br>*Plaintiff(s)*<br><br>v.<br><br>VERTEX TL LLC,<br>C/O Registered Agents Inc<br>5000 Thayer Center, Ste C<br>Oakland, MD 21550<br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  VERTEX TL LLC,
C/O Registered Agents Inc
5000 Thayer Center, Ste C
Oakland, MD 21550


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  FAUSTO GOMEZ,
9315 Oak White Rd.,
Nottingham, MD 21236


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: _____      _____
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

|  |  |  |
|---|---|---|
| FAUSTO GOMEZ,<br>9315 Oak White Rd.,<br>Nottingham, MD 21236 | ) ) ) ) |  |
| *Plaintiff(s)* | ) ) | Civil Action No. |
| v. | ) |  |
| STEVEN TESSLER,<br>2833 Smith Ave., #138<br>Baltimore, MD 21209 | ) ) ) ) | ╱ |
| *Defendant(s)* | ) ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> STEVEN TESSLER,
> 2833 Smith Ave., #138
> Baltimore, MD 21209

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> FAUSTO GOMEZ,
> 9315 Oak White Rd.,
> Nottingham, MD 21236

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

<table>
<tr><td>FAUSTO GOMEZ,<br>9315 Oak White Rd.,<br>Nottingham, MD 21236<br><br>_____<br><i>Plaintiff(s)</i><br>v.<br>YITZCHOK ISAAC "YITZY" SCHLEIFER,<br>6712 Westbrook Rd<br>Baltimore, MD 21215<br>_____<br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* YITZCHOK ISAAC "YITZY" SCHLEIFER,
6712 Westbrook Rd
Baltimore, MD 21215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: FAUSTO GOMEZ,
9315 Oak White Rd.,
Nottingham, MD 21236

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| FAUSTO GOMEZ,<br>9315 Oak White Rd.,<br>Nottingham, MD 21236<br><br>_____<br>*Plaintiff(s)*<br>v.<br>YISROEL ARYEH SCHAFFEL,<br>2814 Hanson Ave<br>Baltimore, MD 21209<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> YISROEL ARYEH SCHAFFEL,
> 2814 Hanson Ave
> Baltimore, MD 21209

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> FAUSTO GOMEZ,
> 9315 Oak White Rd.,
> Nottingham, MD 21236

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| FAUSTO GOMEZ, <br> 9315 Oak White Rd., <br> Nottingham, MD 21236 <br><br> *Plaintiff(s)* <br> v. <br> EARL McQUEEN, <br> Baltimore City Sheriff's Office <br> 111 N. Calvert St. <br> Baltimore, MD 21202 <br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EARL McQUEEN,
Baltimore City Sheriff's Office
111 N. Calvert St.
Baltimore, MD 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: FAUSTO GOMEZ,
9315 Oak White Rd.,
Nottingham, MD 21236

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

| | | |
|---|---|---|
| FAUSTO GOMEZ, 9315 Oak White Rd., Nottingham, MD 21236 | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | |
| v. | ) | Civil Action No. |
| GLENDA HOLMAN, Baltimore City Sheriff's Office 100 N. Calvert St., Room 104 Baltimore, MD 21202 | ) ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  GLENDA HOLMAN,
Baltimore City Sheriff's Office
100 N. Calvert St., Room 104
Baltimore, MD 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  FAUSTO GOMEZ,
9315 Oak White Rd.,
Nottingham, MD 21236

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____     _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| FAUSTO GOMEZ,<br>9315 Oak White Rd.,<br>Nottingham, MD 21236 | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | )    Civil Action No. |
| XAVIER CONAWAY, Baltimore City Circuit Court Clerk<br>Elijah E. Cummings Courthouse, Room 412<br>111 North Calvert Street<br>Baltimore, MD 21202 | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  XAVIER CONAWAY, Baltimore City Circuit Court Clerk
Elijah E. Cummings Courthouse, Room 412
111 North Calvert Street
Baltimore, MD 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: FAUSTO GOMEZ,
9315 Oak White Rd.,
Nottingham, MD 21236

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

<table>
<tr><td>

FAUSTO GOMEZ,<br>
9315 Oak White Rd.,<br>
Nottingham, MD 21236<br>
<br>
_____<br>
*Plaintiff(s)*<br>
v.<br>
<br>
SAMUEL COGEN, Baltimore City Sheriff<br>
1725 S Charles St<br>
Baltimore, MD 21230<br>
_____<br>
*Defendant(s)*

</td><td>

)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)

</td><td>

Civil Action No.

</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SAMUEL COGEN, Baltimore City Sheriff
1725 S Charles St
Baltimore, MD 21230

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: FAUSTO GOMEZ,
9315 Oak White Rd.,
Nottingham, MD 21236

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| FAUSTO GOMEZ,<br>9315 Oak White Rd.,<br>Nottingham, MD 21236<br><br>_____<br>*Plaintiff(s)*<br>v.<br>NICHOLAS BLENDY,<br>Assistant Sheriff and Legal Advisor,<br>3566 Poole St.<br>Baltimore, MD 21211<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NICHOLAS BLENDY,
Assistant Sheriff and Legal Advisor,
3566 Poole St.
Baltimore, MD 21211


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: FAUSTO GOMEZ,
9315 Oak White Rd.,
Nottingham, MD 21236


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____        _____
                                                           *Signature of Clerk or Deputy Clerk*