# Exhibit Index

*Gomez v. Vertex TL LLC et al.*

| Exhibit # | Title | ¶ Cited |
|---|---|---|
| Exhibit 1 | **Vertex Tax Sale Revenue Table**<br><br>26 properties acquired in the 2024 Baltimore City tax sale. Approximately $18,000 in delinquent taxes paid; ~$355,000 in aggregate bid prices; ~$1.4 million in aggregate sale proceeds. | ¶¶ 6, 51 |
| Exhibit 2 | **Schaffel & Schleifer Property Transactions**<br><br>2014 deed conveying 2814 Hanson Ave to Yitzchok Schleifer ($226,000); 2019 deed conveying the same property from Schleifer to Yisroel Schaffel ($379,000). | ¶¶ 7, 9 |
| Exhibit 3 | **Schaffel's Federal Complaint — Working Relationship with Wilheim**<br><br>Excerpts from Schaffel v. Real Property Investment Partners, LLC et al., No. 1:25-cv-00721 (D. Md.), in which Schaffel admits serving as CEO of Wilheim's tax lien entities and states Ronald Wilheim has dominion over business decisions. | ¶¶ 7, 59 |
| Exhibit 4 | **Tessler's Case Volume (Maryland CaseSearch)**<br><br>Maryland Case Search Results showing approximately 300 cases filed by Vertex TL LLC through Tessler, since Tessler's Maryland Bar admission in April 2024. | ¶ 8 |
| Exhibit 5 | **Schleifer Donations to Cogen**<br><br>Maryland campaign finance records: Yitzchok Schleifer's campaign committee donated $2,000 (January 2022) and $6,000 (December 2024) to Sheriff Sam Cogen's campaign, making Schleifer Cogen's second-largest donor. | ¶¶ 9, 11 |
| Exhibit 6 | **Wilheim Family Donations to Schleifer**<br><br>Maryland campaign finance records: Wilheim family members and Health Care Facility Management entities contributed a combined $23,100 to Councilmember Schleifer's campaign. | ¶¶ 9, 10, 57 |
| Exhibit 7 | **WhatsApp Communications about Tax Sales**<br><br>WhatsApp group chat among Schaffel ('You'), Wilheim agents, and an individual identified as 'Yitzchok,', who is on information and belief Defendant Yitzchok Schleifer, discussing tax lien operations and Baltimore City court filings. From Schaffel v. RPIP, Doc. 1-1, filed March 4, 2025. | ¶¶ 9, 55, 59 |
| Exhibit 8 | **Finkelstein & Attar Donations to Schleifer and Cogen**<br><br>Kalman Finkelstein donated to both Cogen and Schleifer; Joseph Attar donated to Cogen. Both individuals are codefendants in the criminal conspiracy case United States v. Attar, No. SAG-25-324 (D. Md. 2025). | ¶ 11 |
| Exhibit 9 | **Holman-Tessler Scheduling Emails**<br><br>Emails between Glenda Holman (Baltimore City Sheriff's Office, Fines and Costs) and Tess Law / Steven Tessler scheduling lockouts for multiple Vertex properties, including 229 N. Monroe St. (May 2025). | ¶¶ 12, 20(b) |
| Exhibit 10 | **Notice of Eviction Delivered by McQueen — Derived from Quashed Writ**<br><br>Baltimore City Sheriff's Office notice to Fausto Gomez (published February 11, 2026; posted March 6, 2026) commanding vacation of 229 N. Monroe St. by March 18, 2026. The notice is derived from the January 23, 2026 writ quashed by Judge Lazerow on March 4, 2026. | ¶ 13 |
| Exhibit 11 | **Cogen & Conaway Running on the Same Slate**<br><br>Facebook post by State's Attorney Ivan J. Bates (February 2026) announcing the #BaltimoreCitySafetySlate: Sam Cogen (Sheriff), Xavier Conaway (Clerk of Circuit Court), Belinda Conaway (Register of Wills), and Ivan Bates. | ¶ 14 |

| Exhibit # | Title | ¶ Cited |
|---|---|---|
| Exhibit 12 | **Schaffel & Wilheim's Criticism of Prior Lawyers' Litigation Strategy**<br><br>From Schaffel v. RPIP, Doc. 1-1, paragraph 55: Defendant Schaffel and Defendant Ronald Wilheim gave 'explicit instructions' on litigation tactics, that their previous counsel did not apparently always comply with. | ¶¶ 20(d), 59 |
| Exhibit 13 | **229 N. Monroe — Deed from Baltimore City to Vertex**<br><br>Tax sale deed signed March 20, 2025 about 9 months prior to Vertex fulfilling its statutory obligation to pay the purchase price. | ¶ 27 |
| Exhibit 14 | **Order Quashing First Writ of Possession**<br><br>Sua sponte order, Judge Fletcher-Hill, May 22, 2025 (entered May 23, 2025): Vertex's first writ quashed because the request was filed more than 30 days after the foreclosure judgment and failed to attach proof of deed. C-24-CV-24-004451. | ¶ 29 |
| Exhibit 15 | **Sheriff's Return — Cancelled Eviction (May 27, 2025)**<br><br>Writ of Possession issued May 5, 2025; Sheriff's return stamped 'Cancelled — Atty / 5-27-25 / Returned to Clerk.' Vertex did not cancel the scheduled May 28 eviction until four days after the writ was quashed. | ¶ 30 |
| Exhibit 16 | **Deed from Vertex to Buyers — Alsamet, Alnisafi & Shahbain**<br><br>Deed dated November 26, 2025; recorded December 3, 2025; consideration $190,000. Book 28577 Folio 283. Vertex conveyed 229 N. Monroe St. to three buyers on the same day it recorded its own tax sale deed from Baltimore City. | ¶¶ 32, 40 |
| Exhibit 17 | **Judge Fletcher-Hill Order Denying Vertex's Writ Request (Jan 13, 2026)**<br><br>Order denying Vertex's request for a writ of possession because Vertex failed to demonstrate it held a deed to the property — a statutory prerequisite under Tax-Property Article Section 14-850. | ¶ 33 |
| Exhibit 18 | **Second Writ of Possession — Request, Instructions & Issuance (Jan 23, 2026)**<br><br>Tessler's 'Line to Reissue Writ' e-filed January 23, 2026; instructions to Sheriff; Writ issued by Clerk Conaway the same day at 11:51 AM. The writ bears a non-standard courthouse address and lacks a typical MDEC 'e-served' stamp. | ¶ 34 |
| Exhibit 19 | **Order Quashing Second Writ of Possession (March 4, 2026)**<br><br>Order by Judge Lazerow: the January 23, 2026 writ quashed because Vertex 'was not the title owner of the subject property' and 'was not entitled to the issuance of a writ of possession.' C-24-CV-24-004451. | ¶ 37 |
| Exhibit 20 | **Sheriff's Department Email Chain — Cancellation & Confirmation**<br><br>Emails (March 4–19, 2026) among Gomez's Representative, Glenda Holman, Lt. Kenyatta Washington, Sheriff Sam Cogen, Nicholas Blendy, and Earl McQueen. The Sheriff's Office confirmed cancellation of the March 18 eviction multiple times, then executed the eviction anyway. | ¶ 37 |
| Exhibit 21 | **Third Writ of Possession — Request & Re-Issuance (March 4, 2026)**<br><br>Tessler's 'Line to Issue Writ' e-filed March 4, 2026 at 2:25 PM. Writ issued by Clerk of the Court at 3:59 PM the same day. | ¶ 38 |
| Exhibit 22 | **Notice of Eviction Delivered by McQueen (March 6, 2026)**<br><br>Baltimore City Sheriff's Office notice to Fausto Gomez posted March 6, 2026, citing the January 23, 2026 writ that had been quashed on March 4. Delivered by Deputy McQueen two days after the Sheriff's Office confirmed cancellation of the March 18 eviction. | ¶ 39 |
| Exhibit 23 | **Quashed Jan 23, 2026 Writ Presented by McQueen at March 18 Eviction** | ¶ 42 |

| Exhibit # | Title | ¶ Cited |
|---|---|---|
| | Photograph of the writ Deputy McQueen presented at 229 N. Monroe St. on March 18, 2026. The document is dated January 23, 2026 — the writ quashed by Judge Lazerow on March 4, 2026. | |
| Exhibit 24 | **March 19, 2026 Order — Lazerow: No Lawful Demand for Possession**<br><br>Order stating Vertex had not shown they made a lawful demand for possession. | ¶ 43 |
| Exhibit 25 | **Gomez's Emergency Motion to Alter or Amend**<br><br>Filed March 30, 2026. Argues that the third writ of possession should have been quashed, because the new title holders lack standing for a writ of possession derived from the Maryland Tax Property articles. | ¶ 44 |
| Exhibit 26 | **Evidence of Vertex 'Securing' Properties Without a Deed**<br><br>Vertex's own filing in C-24-CV-24-004454 (paragraph 32): stating Vertex locks up properties before legal entitlement. And redacted 'Foreclosure Lockout' email to Tess Law, cc: Ari Schaffel, presumably stating the property couldn't be locked because it was occupied. | ¶ 47 |
| Exhibit 27 | **Premature Writ Issuance, in Defiance of Judicial Orders, Across Cases**<br><br>Court records and land records from cases including C-24-CV-24-004454, C-24-CV-24-004747, and C-24-CV-24-004740: Conaway's office routinely issued writs for Vertex before statutory prerequisites were met. | ¶ 48 |
| Exhibit 28 | **Ashland Auction Group — Auctions and Buyer Contract for 229 N. Monroe**<br><br>First auction April 28–30, 2025 (high bid $120,000, reserve not met). Second auction May 16–20, 2025 (starting bid $85,000, no bidders). Ashland contract of sale showing Vertex under contract for $209,000 on May 12, 2025. | ¶ 54 |
| Exhibit 29 | **Wilheim Family Federal Political Contributions (FEC)**<br><br>FEC individual contribution records filtered for 'wilheim': Ronald Wilheim contributed $258,000 to Trump 47 Committee, $123,000+ to the RNC, $100,000 to Club for Growth, and $100,000 to America First Action. Family members contributed to Team Morrisey and other committees. 1,558 total records. | ¶ 58 |