# EXHIBIT 1

## Vertex Tax Sale Revenue Table

26 properties acquired in the 2024 Baltimore City tax sale. Approximately $18,000 in delinquent taxes paid; ~$355,000 in aggregate bid prices; ~$1.4 million in aggregate sale proceeds.

| Property Address | Taxes Owed | Bid Price | Sale Price | Case |
|---|---|---|---|---|
| 3005 Rayner Ave | $564.80 | $12,196.00 | $35,000.00 | C-24-CV-24-002839 |
| 3006 Edmondson Ave | $311.88 | $12,123.00 | $33,000.00 | C-24-CV-24-002840 |
| 2521 E Biddle St | Unknown | $5,321.00 | $27,000.00 | C-24-CV-24-002761 |
| 2417 Lauretta Ave | $310.76 | $19,044.00 | $72,600.00 | C-24-CV-24-002837 |
| 109 N Pulaski St | $602.84 | $8,085.80 | $22,000.00 | C-24-CV-24-002766 |
| 5305 Brabant Road | $524.68 | $1,000.00 | $15,950.00 | C-24-CV-24-004412 |
| 321 Martingale Ave Baltimore 21229 | Unknown | $700.00 | $5,500.00 | C-24-CV-24-004546 |
| 1602 Cole St. | $1,097.84 | $31,046.40 | $66,000.00 | C-24-CV-24-004423 |
| 2918 E Madison Street | $1,170.48 | $22,851.00 | $71,500.00 | C-24-CV-25-000006 |
| 1020 Brantley Ave Baltimore 21217 | $570.24 | $12,080.46 | $25,300.00 | C-24-CV-24-004417 |
| 2552 Boyd St | $706.72 | $21,187.20 | $27,500.00 | C-24-CV-24-004719 |
| 2604 E Hoffman St | $1,257.62 | $27,166.79 | $71,500.00 | C-24-CV-24-004712 |
| 329 S. Bentalou St. | $829.44 | $12,517.76 | $27,500.00 | C-24-CV-24-004422 |
| 708 N Mount Street | $570.24 | $16,720.00 | $55,000.00 | C-24-CV-25-000012 |
| 2034 E Lanvale St | $1,225.04 | $23,680.00 | $51,700.00 | C-24-CV-24-004747 |
| 2542 Harford Road | $662.14 | $30,013.26 | $115,500.00 | C-24-CV-24-004452 |
| 623 N Luzerne Ave | Unknown | $1,835.00 | $75,000.00 | C-24-CV-25-000267 |
| 3705 Arcadia Ave | $1,096.63 | $13,739.63 | $44,000.00 | C-24-CV-24-004396 |
| 1117 N Carey St | $1,264.56 | $1,348.75 | $35,000.00 | C-24-CV-25-003132 |
| 1030 Edmondson Ave | $1,048.77 | $1,175.40 | $61,600.00 | C-24-CV-25-000269 |
| 1226 Bloomingdale Road | $662.05 | $25,985.88 | $66,000.00 | C-24-CV-24-002841 |
| 1501 N Broadway Baltimore 21213 | $790.09 | $3,210.00 | $12,100.00 | C-24-CV-24-004419 |
| 1704 N Fulton Ave | Unknown | $855.79 | $50,000.00 | C-24-CV-25-003650 |
| 1744 Llewelyn Ave | $870.48 | $16,500.00 | $60,500.00 | C-24-CV-25-000005 |
| 2316 Lauretta Ave | $1,672.55 | $5,355.00 | $27,500.00 | C-24-CV-24-004414 |
| 229 N. Monroe St | $1,000.00 | $29,440.80 | $190,000.00 | C-24-CV-24-004451 |
| GRAND TOTAL | $18,809.85 | $355,178.92 | $1,344,250.00 | |