# EXHIBIT 2

## Schaffel & Schleifer Property Transactions

2014 deed conveying 2814 Hanson Ave to Yitzchok Schleifer ($226,000); 2019 deed conveying the same property from Schleifer to Yisroel Schaffel ($379,000).

**THIS DEED** made this 2nd day of **SEPTEMBER, 2014**, by and between **MATHEW T. SILVERMAN**, party of the first part, hereinafter termed Grantor, and **YITZCHOK SCHLEIFER AND LAUREN SCHLEIFER**, husband and wife, parties of the second part, hereinafter termed Grantees;

**WITNESSETH:-**

THAT in consideration of the sum of **TWO HUNDRED TWENTY SIX THOUSAND DOLLARS ($226,000.00)** and other good and valuable considerations, the receipt of which is hereby acknowledged, the said **MATHEW T. SILVERMAN**, party of the first part, does grant and convey unto the said **YITZCHOK SCHLEIFER AND LAUREN SCHLEIFER**, husband and wife, as tenants by the entireties, parties of the second part, their personal representatives, heirs, and assigns, all that lot of ground and premises situate in **BALTIMORE CITY**, in the State of **MARYLAND** and described as follows:

**BEGINNING FOR THE SAME** and being known and designated as Lot No. 448 as shown on the Plat of the property of Cheswolde Land Company of Baltimore County, which Plat is recorded among the Land Records of Baltimore County in Plat Book JWS No. 2, folio 151, also recorded among the Land Records of Baltimore City in Liber SCL No. 2, folio 151. The improvements thereon being known as No. **2814 HANSON AVENUE.**

Authorized Signature

**This Deed**, made this 25th day of September, 2019 by and between Yitzchok Schleifer and Lauren Schleifer, husband and wife, parties of the first part, Grantors; and Yisroel Schaffel and Deena Schaffel, husband and wife, parties of the second part, Grantees.

## - Witnesseth -

**That for and in consideration** of the sum of THREE HUNDRED SEVENTY NINE THOUSAND AND 00/100 ($379,000.00), which includes the amount of any outstanding Mortgage or Deed of Trust, if any, the receipt whereof is hereby acknowledged, the said Grantors do grant and convey to the said Yisroel Schaffel and Deena Schaffel, husband and wife, as tenants by entirety, their assigns, the survivor of them and the survivor's heirs, personal representatives and assigns, in fee simple, all that lot of ground situate in the City of Baltimore, State of Maryland and described as follows, that is to say:

BEGINNING FOR THE SAME and being known and designated as Lot No. 448 as shown on the Plat of the property of Cheswolde Land Company of Baltimore County, which Plat is recorded among the Land Records of Baltimore County in Plat Book JWS No. 2, folio 151, also recorded among the Land Records of Baltimore City in Liber SCL No. 2, folio 151.

The improvements thereon being known as No. 2814 HANSON AVENUE.

-4384

BALTIMORE, MARYLAND
Collections, Transfer Tax Division