# EXHIBIT 3

## Schaffel's Federal Complaint — Working Relationship with Wilheim

Excerpts from Schaffel v. Real Property Investment Partners, LLC et al., No. 1:25-cv-00721 (D. Md.), in which Schaffel admits serving as CEO of Wilheim's tax lien entities and that Ronald Wilheim has dominion over business policies.

1030 NE 173RD ST,                          *
MIAMI, FL, 33162                           *
                                           *
Jeffrey Shnidman                           *
2906 Terry Dr APT E                        *
Baltimore MD 21209                         *
                                           *
Yechezkel Levine                           *
2903 Fallstaff Road Unit 308               *
Baltimore, MD 21209                        *
                                           *
Eugene van Messel                          *
6415 DORAL DR APT B,                       *
BALTIMORE, MD, 21209                       *
                                           *
Yaakov Trout                               *
3028 FALLSTAFF RD APT F,                   *
BALTIMORE, MD, 21209                       *
                                           *
Nathaniel Elefant                          *
6421 ELRAY DR APT C,                       *
BALTIMORE, MD, 21209                       *
                                           *
        Defendants
                                           *
*      *      *      *      *      *      *      *      *      *      *      *      *

## COMPLAINT FOR EQUITABLE , MONETARY AND INJUNCTIVE

## RELIEF, DECLARATORY JUDGMENT, AND PUNITIVE DAMAGES

**NOW COMES** Plaintiff, Yisroel Aryeh Schaffel ("Plaintiff"), by and through

undersigned counsel, and brings this action against the above captioned Defendants arising from

a systematic pattern of corporate malfeasance spanning multiple business enterprises and

regulatory frameworks. Beyond fundamental breaches of contractual and fiduciary duties in the

operation of sophisticated financial businesses, Defendants' conduct extends into potential

criminal violations. Through calculated misconduct and willful mismanagement, Defendants

4

20% ownership stake in the Tax Lien Entities and served as their CEO. Plaintiff was also employed by the Management Entities to build out their lending infrastructure.

10. Defendants REAL PROPERTY INVESTMENT PARTNERS LLC, RPIP FUND LLC, RPIP FUND II LLC, RPIP LP GROUP LLC, RPIP MANAGEMENT II LLC, RPIP MD CAPITAL PARTNERS LLC, RPIP MD RE GROUP LLC, RPIP REIT LLC, RPIP SUB REIT LLC, MWC SUB REIT 2 LLC, ROCKET HOME INVESTORS LLC, W MARYLAND VENTURES LLC , and MWLT LLC (collectively the "Management Entities"), along with EPCOT MD LLC, REARDEN LLC, DEPARTED LLC, WEEPING CHERRY LLC, EXPERY LLC, MT WILSON TL LLC , EXPERY REO LLC, and REO MWC TL LLC (collectively the "Tax Lien Entities") (all together, the "Corporate Defendants"), are, and at all times mentioned herein, are Maryland limited liability companies with their principal places of business in Baltimore County Maryland.

11. Upon information and belief, Defendant Sholom Meir Wilheim is, and at all times mentioned herein, was an individual residing in New York and a principal of the Companies.

12. Upon information and belief, Defendant Ronald Wilheim is, and at all times mentioned herein, was an individual residing in Ohio and a principal of the Companies.

13. Upon information and belief, Defendant Joseph Cohen is, and at all times mentioned herein, was an individual residing in New York and a principal of the Companies (Collectively "Management Defendants").

14. Defendants Mayer Engelsberg and Defendant EXPERY LAW LLC (collectively, the "Legal Defendants") are, and at all times mentioned herein, were, respectively, an individual residing in Maryland and a Maryland limited liability company which provided legal

7

representation to the Tax Lien Entities. The Legal Defendants maintain their principal office at 9505 Reisterstown Road, Suite 2NW, Owings Mills, Maryland 21117.

15.     Defendants Abraham Nash, Jeffrey Shnidman, Yechezkel Levine, Eugene van Messel, Yaakov Trout and Nathaniel Elefant (collectively, "the Workers") are, and at all times mentioned herein, were individuals employed by or acting on behalf of the Corporate and Management Defendants.

16.     Defendants' Corporate Defendants and Management Defendants are alter egos of one another, functioning as a single integrated enterprise under the dominion and control of the Management Defendants. The Management Defendants dominion extends to the finances, policies, and business practices of all Corporate Defendants such that these entities have no separate existence as they commingle assets and disregard corporate formalities. The Management Defendants exploit this control to violate their legal duties which caused direct injury to Plaintiff through their systematic pattern of misconduct. Additionally, Plaintiff believes other unidentified entities may exist that are similarly controlled by Defendants. Plaintiff anticipates that discovery will reveal the existence of any such additional entities.

## JURISDICTION AND VENUE

17.     This Court has personal jurisdiction over all Defendants pursuant to *Maryland Courts and Judicial Proceedings § 6-102(a)*, as the Corporate Defendants have been formed under Maryland law and currently maintain their principal places of business in Baltimore County, Maryland. The Management Defendants regularly conduct business in Maryland through their management and control of the Corporate Defendants, and the Legal Defendants practice law and maintain their offices in Baltimore County. Baltimore County is also the