# EXHIBIT 4

## Tessler's Case Volume (Maryland CaseSearch)

Maryland Case Search Results showing approximately 300 cases filed by Vertex TL LLC through Tessler, since Tessler's Maryland Bar admission in April 2024.

## Search Results

| Search Criteria: | Party Type: Business | Business Name: vertex tl | |
|---|---|---|---|

316 items found, displaying 1 to 25.

First   Prev   1  2  3  4  5  6  7  8  9  10  11  12  13   Next   Last

CaseSearch will only display results for cases that exist and for which the case's existence or a person's identity is not protected information under the Maryland Rules on Access to Court Records.

| Case Number | Name | Date of ... | Party Ty... | Court | Case Type | Case St... | Filing D. | Case Caption |
|---|---|---|---|---|---|---|---|---|
| C-24-CV-24-004451 | VERTEX TL LLC | | Plaintiff | Baltimore City Circuit Court | Right of Redemption | Appealed | 12/10/20... | VERTEX TL LLC vs. FAUSTO GOMEZ, et al. |
| C-24-CV-24-004454 | VERTEX TL LLC | | Plaintiff | Baltimore City Circuit Court | Right of Redemption | Appealed | 12/11/20... | VERTEX TL LLC vs. ANTONIO GREEN, et al. |
| C-24-CV-24-004722 | VERTEX TL LLC | | Plaintiff | Baltimore City Circuit Court | Right of Redemption | Appealed | 12/24/20... | VERTEX TL LLC vs. SELVIN CRUZ, et al. |
| C-24-CV-25-003644 | VERTEX TL LLC | | Plaintiff | Baltimore City Circuit Court | Right of Redemption | Appealed | 5/9/2025 | VERTEX TL LLC vs. ERASMUS INVESTMENTS LLC, et al. |
| 24-C-19-002166 | VERTEX TL LLC | | Other | Baltimore City Circuit Court | Right of Redemption | Closed | 4/5/2019 | MTSIF, LLC vs Lawrence A Clark, et al |
| 24-C-23-001540 | VERTEX TL LLC | | Other | Baltimore City Circuit Court | Right of Redemption | Closed | 3/16/2023 | Damilola Akinnagbe vs Estate Of Annie Allen, et al |
| 24-C-24-000467 | VERTEX TL LLC | | Other | Baltimore City Circuit Court | Right of Redemption | Closed | 1/23/2024 | MULTI-CORE, LLC vs Sumner O. Nixon, IV, et al |
| C-24-CV-24-001341 | VERTEX TL LLC | | Plaintiff | Baltimore City Circuit Court | Right of Redemption | Closed | 6/30/2024 | VERTEX TL LLC vs. NICKOLAS NORELLI, et al. |