# EXHIBIT 5

## Schleifer Donations to Cogen

Maryland campaign finance records: Yitzchok Schleifer's campaign committee donated $2,000 (January 2022) and $6,000 (December 2024) to Sheriff Sam Cogen's campaign, making Schleifer Cogen's second-largest donor.

| Committee | Committee Type | Contributor | State | Contributor Type | Date↓ | Amount | Contribution Type | Public Funding Requested | Fund Type | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| Cozen Sam Citizens for | Candidate | Schleifer, Yitzchok Vote | MD | Candidate Committee | 12/10/2024 | $6,000.00 | Transfer | ☐ | Electoral | 2025 Annual |
| Cozen Sam Citizens for | Candidate | Schleifer, Yitzchok Vote | MD | Candidate Committee | 01/11/2022 | $2,000.00 | Transfer | ☐ | Electoral | 2022 Annual |