# EXHIBIT 6

## Wilheim Family Donations to Schleifer

Maryland campaign finance records: Wilheim family members and Health Care Facility Management entities contributed a combined $23,100 to Councilmember Schleifer's campaign.

## Isaac Yitzy Schleifer donations

### Wilheim family — $11,100 total

| Contributor | State | Type | Date | Amount |
|---|---|---|---|---|
| Wilheim, Dina | OH | Individual | 12/06/2022 | $6,000 |
| Wilheim, Ronald | OH | Individual loan | 02/14/2024 | $4,000 |
| Wilheim, Ronald | OH | Individual | 09/20/2024 | $1,000 |
| Wilheim, Sholom | MD | Individual | 03/23/2022 | $100 |
| | | | | Subtotal: $11,100 |

### Health Care Facility Management (all variants) — $12,000 total

| Contributor | State | Type | Date | Amount |
|---|---|---|---|---|
| LLC Health Care Facility | MD | Business | 07/02/2021 | $1,000 |
| LLC Health Care Facility | OH | Business | 09/14/2021 | $1,000 |
| Health Care Facility Management LLC | OH | Business | 12/02/2021 | $4,000 |
| Health Care Facility Management | OH | Business | 02/13/2024 | $6,000 |
| | | | | Subtotal: $12,000 |

| Grand total — Wilheim family + Health Care Facility Management | $23,100 |
|---|---|