# EXHIBIT 7

## WhatsApp Communications about Tax Sales

WhatsApp group chat among Schaffel ('You'), Wilheim agents, and an individual identified as 'Yitzchok,' who is upon information and belief Defendant Yitzchok Schleifer, discussing tax lien operations and Baltimore City court filings. From Schaffel v. RPIP, Doc. 1-1, filed March 4, 2025.

Case 1:25-cv-00721-RDB     Document 1-1     Filed 03/04/25     Page 76 of 87

