# EXHIBIT 8

## Finkelstein & Attar Donations to Schleifer and Cogen

Kalman Finkelstein donated to both Cogen and Schleifer; Joseph Attar donated to Cogen. Both individuals are codefendants in the criminal conspiracy case United States v. Attar, No. SAG-25-324 (D. Md. 2025).

Home > Contribution (1)

Filter By: cogen | Contributor Name: atlar | Transaction Amount ▾ | Election Cycle ▾ | More Filters | Clear all

(cogen) (atlar)

**Quick Searches:**

- Contributions from Out of State and Unknown
- Current Election Cycle Contributions
- Contributions over $6,000.00
- Ballot Issue Committee Contributions
- Public Funding Matched Contributions

| Committee | Committee Type | Contributor | State | Contributor Type | Date | Amount | Contribution Type | Public Funding Requested | Fund Type | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| Cogen Sen Citizens for | Candidate | Fincerpnosn, Attar | MD | Individual | 04/21/2022 | $1,000.00 | Monetary; Credit Card | ☐ | Electoral | 2022 Gubernatorial Pre-Primary2 |

| Committee | Committee Type | Contributor | State | Contributor Type | Date | Amount | Contribution Type | Public Funding Requested | Fund Type | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| Cogen Sen Citizens for | Candidate | Finkelstein, Kalman | MD | Individual | 09/16/2022 | $2,500.00 | Monetary; Credit Card | ☐ | Electoral | 2022 Gubernatorial Pre-General2 Report |
| Cogen Sen Citizens for | Candidate | Kalman, Finkelstein | MD | Individual | 06/26/2024 | $2,000.00 | Monetary - Credit Card | ☐ | Electoral | 2025 Annual |
| Cogen Sen Citizens for | Candidate | Finkelstein, Kalman | MD | Individual | 11/03/2023 | $2,000.00 | Monetary - Credit Card | ☐ | Electoral | 2024 Annual |
| Cogen Sen Citizens for | Candidate | Finkelstein, Kalman | MD | Individual | 02/19/2025 | $1,000.00 | Monetary; Credit Card | ☐ | Electoral | 2024 Annual |

| Committee | Committee Type | Contributor | State | Contributor Type | Date | Amount | Contribution Type | Public Funding Requested | Fund Type | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| Schleifer, Yitzchok Vote | Candidate | Finkelstein, Kalman | MD | Individual | 05/15/2023 | $6,000.00 | Monetary - Credit Card | ☐ | Electoral | 2024 Annual |
| Schleifer, Yitzchok Vote | Candidate | Finkelstein, Kalman | MD | Individual | 11/14/2011 | $2,500.00 | Monetary - Credit Card | ☐ | Electoral | 2022 Annual |
| Schleifer, Yitzchok Vote | Candidate | Finkelstein, Kalman | MD | Individual | 11/24/2012 | $2,500.00 | Monetary - Credit Card | ☐ | Electoral | 2023 Annual |