# EXHIBIT 10

## Notice of Eviction Delivered by McQueen — Derived from Quashed Writ

Baltimore City Sheriff's Office notice to Fausto Gomez (published February 11, 2026; posted March 6, 2026) commanding vacation of 229 N. Monroe St. by March 18, 2026. The notice is derived from the January 23, 2026 writ quashed by Judge Lazerow on March 4, 2026.



# Baltimore City Sheriff's Office

**Main Office**
The Mitchell Courthouse
100 N. Calvert St.
Baltimore, MD 21202
Phone: 410-396-1155
Fax: 410-727-3807

**Field Services Office**
The Elijah Cummings Courthouse
111 N. Calvert St.
Baltimore, MD 21202
Phone: 410-396-7432
Fax: 410-396-7439

Date: February 11, 2026

Defendant: FAUSTO GOMEZ ET AL

Address: 229 N MONROE ST
BALTIMORE, MD 21223

Case Name: VERTEX TL LLC VS FAUSTO GOMEZ ET AL

Case #: C-24-CV-24-004451

District
10 - 01

Dear Occupant(s):

Per an Order of the Court issued out of the Circuit Court for Baltimore City, I do hereby command you to vacate the premises of:

229 N MONROE ST, BALTIMORE, MD 21223

Before **Wednesday, March 18, 2026.** The eviction will be executed on the date included in this letter. Any property left on the foreclosed property will be considered abandonded and may be disposed of on execution of the writ of possession. This is the final notice of the date of the eviction, even if the eviction date is postponed by the sheriff or the court.

Deputy:

Badge #:

Date Posted: 3/6/26

BCSO/pm

Published: 2/11/2026 5:47 PM