# EXHIBIT 11

## Cogen & Conaway Running on the Same Slate

Facebook post by State's Attorney Ivan J. Bates (February 2026) announcing the #BaltimoreCitySafetySlate: Sam Cogen (Sheriff), Xavier Conaway (Clerk of Circuit Court), Belinda Conaway (Register of Wills), and Ivan Bates.



For the past three years, my courthouse colleagues and I have come together like Voltron, working collaboratively to deliver meaningful public service to t...

Ivan J. Bates, Esq.
February 17 · ⊙

 Follow

For the past three years, my courthouse colleagues and I have come together like Voltron, working collaboratively to deliver meaningful public service to the residents of our great city.

Last week, we filed for re-election & announced the formation of the #BaltimoreCitySafetySlate as we look to continue that service on behalf of the citizens of Baltimore.

This summer, we ask that you consider casting your vote for this #FantasticFour slate, including Sam Cogen for Sheriff, Belinda Conaway for Register of Wills, Xavier Conaway as the Clerk of the Circuit Court, and for Ivan Bates (me) to continue serving as your State's Attorney.
See less

Most relevant ▾

7w.                                        2 ⊙

Ryan Watson
I assume someone is getting paid somewhere. Ivan knows about Freddie gray of course because of Alicia white who he represented. He knows about Fulton ave and the gun swap. He knows the man stole 2.4 mil from the city. Money talks unfortunately