# EXHIBIT 13

## 229 N. Monroe — Deed from Baltimore City to Vertex

Tax sale deed signed March 20, 2025 about 9 months prior to Vertex fulfilling its statutory obligation to pay the purchase price.

#1.

Please Return to:
TESS LAW LLC
2833 Smith Ave., #138
Baltimore, MD 21209

CITY OF BALTIMORE MARYLAND
Bureau of Revenue Collections
Recordation Tax Paid

12/3/25   26,00332   $295.00
Date    Transaction #    Amount

Authorized Signature

**DEED**

THIS DEED, made this 20 day of *March* , 2025, by and between Michael Mocksten, Director of Finance and Collector of State Taxes for the Mayor and City Council of Baltimore, party of the first part ("Grantor"); and VERTEX TL LLC, party of the second part ("Grantee").

WHEREAS, State and City taxes on the lot of ground hereinafter described, having been due and unpaid, the Director of Finance and Collector of State Taxes, after having been given due notice and having complied with all other prerequisites provided by law, did sell said property on May 20, 2024 to VERTEX TL LLC.

WHEREAS, the said property has not been redeemed and the purchase money has been paid; and

WHEREAS, by Decree of the Circuit Court for Baltimore City dated March 6, 2025, Case No. C-24-CV-24-004451 it was ordered that an absolute and indefeasible FEE SIMPLE title to the said property should vest in VERTEX TL LLC.

NOW, THEREFORE, THIS DEED WITNESSETH, that in consideration of TWENTY NINE THOUSAND AND FOUR HUNDRED AND FORTY DOLLARS AND EIGHTY CENTS ($29,440.80), the receipt of which is hereby acknowledged, the said Michael Mocksten, Director of Finance and Collector of State Taxes in the City of Baltimore, by virtue and in pursuance of the power and authority in him vested, does grant and convey unto Grantee, in fee simple, all that lot of ground situate, lying or being in Baltimore City, State of Maryland aforesaid, and being known on the tax rolls of the Director of Finance as Lot Size 16X85 Ward - 20 Section - 16 Block - 0163 Lot - 030, the improvements thereon being known as 229 North Monroe Street.

163

TOGETHER with the buildings and improvements thereupon, and all the rights, alleys, ways, waters, easements, privileges, appurtenances, and advantages thereto belonging, or in anywise appertaining.

TO HAVE AND TO HOLD the said described lot of ground and premises described hereinafter unto and to the use of said Grantee, and its heirs and assigns in FEE SIMPLE.

xes for which assessments have been
lived have been paid as of this date

12/3/25

ctor of Finance of Baltimore City By

CITY OF BALTIMORE MARYLAND
Bureau of Revenue Collections, Transfer Tax Division
Transfer Tax Paid

12/3/25   446731   $ 441.61
Date    Cash Slip #    Amount

Authorized Signature

BALTIMORE CITY CIRCUIT COURT (Land Records) XAC 28577 p.0279 MSA_CE_164_37734. Date available 12/5/2025. Printed 4/13/2026.

**BOOK: 28577 PAGE: 280**

WITNESSETH the hand and seal of Grantor.

WITNESS:

Michael Mocksten
Director of Finance and
Collector of State Taxes

County of Baltimore City
STATE OF MARYLAND

I HEREBY CERTIFY, that on this _20_ day of _March_, 2025 before me, the subscriber, a Notary Public of the State aforesaid, personally appeared Michael Mocksten, Director of Finance and Collector of State Taxes for the Mayor and City Council of Baltimore, the Grantor named in the foregoing Deed, and acknowledged the said Deed to be his act, and in my presence signed and sealed the same.
IN WITNESS WHEREOF, I hereunto set my hand and official seal.

My Commission expires: _July 24, 2027_

Notary Public

APRIL V JONES
Notary Public - State of Maryland
Baltimore City
My Commission Expires Jul 24, 2027

APPROVED as to form and Legal sufficiency this _17_ day of _March_, 2025

Assistant Solicitor

This Deed was prepared by the undersigned, Steven Tessler, an attorney duly admitted to practice before the Supreme Court of Maryland.

Steven Tessler, Esq

BALTIMORE CITY CIRCUIT COURT (Land Records) XAC 28577 p.0280 MSA_CE_164_37734. Date available 12/5/2025. Printed 4/13/2026.