# EXHIBIT 14

## Order Quashing First Writ of Possession

Sua sponte order, Judge Fletcher-Hill, May 22, 2025 (entered May 23, 2025): Vertex's first writ quashed because the request was filed more than 30 days after the foreclosure judgment and failed to attach proof of deed. C-24-CV-24-004451.

VERTEX TL, LLC,        *       IN THE

           Plaintiff,       *       CIRCUIT COURT

v.       *       FOR

FAUSTO GOMEZ, *et al.*,       * 

           Defendants.       *       BALTIMORE CITY

      *       Case No.  C-24-CV-24-004451

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER QUASHING WRIT OF POSSESSION

It is, *sua sponte*, by the Circuit Court for Baltimore City,

**ORDERED** that the Writ of Possession, issued May 5, 2025, be, and the same hereby is,

**QUASHED** on the grounds that Plaintiff's Request for Writ of Possession, filed May 4, 2025, was

filed more than thirty days after the entry of the Judgment Foreclosing Right of Redemption on

March 6, 2025, and the request fails to state that a deed was received or attach a copy of same. *See*

Md. Code Ann., Tax-Property § 14-836(b)(7)(ii) (2024); Md. Code Ann., Tax-Prop. § 14-850

(2024).                  05/22/2025 3:11:09 PM

     05/22/2025

_____
**Date**

Entered: Clerk, Circuit Court for
Baltimore City, MD
May 23, 2025

         _Lauren P. Fletcher_

**Judge**
**Circuit Court for Baltimore City**