# EXHIBIT 15

## Sheriff's Return — Cancelled Eviction (May 27, 2025)

Writ of Possession issued May 5, 2025; Sheriff's return stamped 'Cancelled — Atty / 5-27-25 / Returned to Clerk.' Vertex did not cancel the scheduled May 28 eviction until four days after the writ was quashed.



## CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND
### CIVIL DIVISION
111 N. Calvert Street
Baltimore, Maryland 21202

Main: 410-333-3733
Civil: 410-333-3722
Criminal: 410-333-3750
Family: 410-333-3709/3738
Juvenile: 443-263-6300

BALTIMORE CITY SHERIFF
MAY 6 '25 PM 1:45

**Case Number:**         **C-24-CV-24-004451**
**Other Reference Number(s):**

**VERTEX TL LLC VS. FAUSTO GOMEZ, ET AL.**        10-01

Date: 5/5/2025

## WRIT OF POSSESSION

TO THE SHERIFF OF BALTIMORE CITY:

Upon a Judgment entered, and in accordance with instructions attached, you are directed to place the party VERTEX TL, LLC in possession of the following property:

229 N Monroe Street, Baltimore MD 21223

In the event the Judgment in this proceeding awards possession of the property, or payment of its value in the alternative, you are hereby directed to levy upon real or personal property of a value equal to the value stated in the attached instructions, if the property specified in these instructions cannot be found.

Xavier A. Conaway
Clerk of the Circuit Court

**Requesting Attorney:** Stever Tessler

Enclosed:
    Copy of the Order
    Copy of the Request for Writ of Possession

Cancelled
per Atty.
5-27-25    returned to clerk.

### LOCKOUT STINTS ARE 11:00 AM – 1:00 PM

CC-CV-030 (Rev. 06/2012)        **Page 1 of 2**        5/5/2025 4:16 PM

# Baltimore City Sheriff's Office

**Main Office**
The Mitchell Courthouse
100 N. Calvert St.
Baltimore, MD 21202
Phone: 410-396-1155
Fax: 410-727-3507

**Field Services Office**
The Elijah Cummings Courthouse
111 N. Calvert St.
Baltimore, MD 21202
Phone: 410-396-7412 ***
Fax: 410-396-7439

Date: _May 8, 2025_

Name: FAUSTO GOMEZ ET AL

Address: 229 N MONROE ST Baltimore, MD  21223

Case Name: VERTEX TL LLC  VS  FAUSTO GOMEZ ET AL

Case #: C-24-CV-24-004451

District

**10-01**

Dear Occupant(s):

Per an Order of the Court issued out of the Circuit Court for
Baltimore City. I do hereby command you to vacate the premises of:

## 229 N MONROE ST Baltimore, MD  21223

Before **Wednesday, May 28, 2025** The eviction will be

executed on the date included in this letter. Any property left on the foreclosed property
will be considered abandonded and may be disposed of on execution of the writ of
possession. This is the final notice of the date of the eviction, even if the eviction date is
postponed by the sheriff or the court.

Deputy: _____

Badge #: _____

Date Posted: 5/14/25

BCSO/gah

Published: 5/8/2025 5:22 PM