# EXHIBIT 16

## Deed from Vertex to Buyers — Alsamet, Alnisafi & Shahbain

Deed dated November 26, 2025; recorded December 3, 2025; consideration $190,000. Book 28577 Folio 283. Vertex conveyed 229 N. Monroe St. to three buyers on the same day it recorded its own tax sale deed from Baltimore City.

BOOK: 28577  PAGE: 288

BALTIMORE CITY CIRCUIT COURT (Land Records) XAC 28577 p.0283 MSA_CE_164_37734. Date available 12/5/2025. Printed 4/13/2026.

CITY OF BALTIMORE, MARYLAND
Bureau of Revenue Collections
Recordation Tax Paid

12/3/25   26003237   $1900.00

Date    Transaction #

_Authorized Signature_

**Golden Trust Title & Escrow, LLC**
File No. 25-05-14
Tax ID #   20-16-0163-030

**This Deed**, made this 26th day of November, 2025, by and between **VERTEX TL LLC,** GRANTOR, and **Hadaf Anwar Alsamet, Mohamed Abdo Alnisafi and Mohamed Dahan Shahbain,** GRANTEES.

## Witnesseth —

**That in consideration** of the sum of One Hundred Ninety Thousand and 00/100 Dollars ($190,000.00), which includes the amount of any outstanding Mortgage or Deed of Trust, if any, the receipt of which is hereby acknowledged, the said Grantor does hereby grant and convey to the said Grantees, as tenants in common, in fee simple, all that lot of ground situate in the City of Baltimore, State of Maryland and described as follows, that is to say:

See Attached Exhibit A

**Together with** the buildings and improvements thereon erected, made or being; and all and every, the rights, alleys, ways, waters, privileges, appurtenances and advantages thereto belonging, or in anywise appertaining.

**To Have and To Hold** the said tract of ground and premises above described and mentioned, and hereby intended to be conveyed, together with the rights, privileges, appurtenances and advantages thereto belonging or appertaining unto and to the proper use and benefit of the said Hadaf Anwar Alsamet, Mohamed Abdo Alnisafi and Mohamed Dahan Shahbain, as tenants in common, in fee simple.

**And** the Grantor hereby covenants that it has not done or suffered to be done any act, matter or thing whatsoever, to encumber the property hereby conveyed; that it will warrant Specially the property hereby granted; and that it will execute such further assurances of the same as may be requisite.

All taxes for which assessments have been
Received have been paid as of this date

12/3/25

Director of Finance of Baltimore City By

CITY OF BALTIMORE, MARYLAND.
Bureau of Revenue Collections, Transfer Tax Division
Transfer Tax Paid

4/1/88/9

Date    Cash Slip #    Amount    $2750.00

_Authorized Signature_

**BOOK: 28577  PAGE: 284**

𝕴𝖓 𝖂𝖎𝖙𝖓𝖊𝖘𝖘 𝖂𝖍𝖊𝖗𝖊𝖔𝖋, Grantor has caused this Deed to be properly executed and sealed the day and year first above written.

VERTEX TL LLC

_____
Witness

By: _____(SEAL)
Ari Schaffel, Authorized Agent

[Corporate Seal]

STATE OF MARYLAND            } ss
COUNTY OF BALTIMORE          }

I hereby certify that on this 12th day of November, 2025 before me, the subscriber, a Notary Public of the State and County aforesaid, personally appeared Ari Schaffel , and that as such officer, being authorized to do so, executed the aforegoing Deed for the purposes therein contained, by signing the name of the limited liability company, by himself/herself as such officer and further, did certify that this conveyance is not part of a transaction in which there is a sale, lease, exchange or other transfer of all, or substantially all, of the property and assets of the limited liability company, giving oath under penalties of perjury that the consideration recited herein is correct.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.,

```
MEGAN CREASY
Notary Public - State of Maryland
Harford County
My Commission Expires Jan 2, 2028
```

_____
Notary Public

My Commission Expires: 1/2/2028

THIS IS TO CERTIFY that the within Deed was prepared by, or under the supervision of the undersigned, an Attorney duly admitted to practice before the Court of Appeals of Maryland.

_____
Samuel A. Blotter, Esquire

AFTER RECORDING, PLEASE RETURN TO:
Golden Trust Title & Escrow, LLC
114 West Mulberry Street
Baltimore, MD 21202