# EXHIBIT 17

## Judge Fletcher-Hill Order Denying Vertex's Writ Request (Jan 13, 2026)

Order denying Vertex's request for a writ of possession because Vertex failed to demonstrate it held a deed to the property — a statutory prerequisite under Tax-Property Article Section 14-850.

Orders denying Defendant's post-judgment motions, which were entered on September 17, 2025; and it is further

**ORDERED** that the Plaintiff's request that the Court issue a Writ of Possession be, and the same hereby is, **DENIED.** Plaintiff shall not be entitled to the issuance of a Writ of Possession prior to obtaining a deed for the subject property. *See* Md. Code Ann., Tax-Property § 14-836(b)(7)(ii); Md. Code Ann., Tax-Prop. § 14-850; and it is further

**ORDERED** that the Plaintiff's request that the Court require that Defendant post a supersedeas bond be, and the same hereby is, **DENIED.** As Defendant has elected not to post a supersedeas bond, no stay in the enforcement of judgment shall remain in effect during the pendency of the appeal. *See* Md. Rule 8-422(a)(1). The Mayor and City Council of Baltimore City is not precluded from approving and issuing a deed once Plaintiff has complied with the final terms of judgment.

01/13/2026 10:04:58 PM

01/13/2026

**Date**

**Judge**
**Circuit Court for Baltimore City**