# EXHIBIT 18

## Second Writ of Possession — Request, Instructions & Issuance (Jan 23, 2026)

Tessler's 'Line to Reissue Writ' e-filed January 23, 2026; Instructions to Sheriff; Writ issued by Clerk Conaway the same day at 11:51 AM. The writ bears a non-standard courthouse address and lacks a typical MDEC 'e-served' stamp.

E-FILED; Baltimore City Circuit Court
Docket: 1/23/2026 11:21 AM; Submission: 1/23/2026 11:21 AM
Envelope: 24791782

| | | |
|---|---|---|
| VERTEX TL LLC | * | IN THE |
| | * | |
| Plaintiff | * | CIRCUIT COURT |
| v. | * | |
| | * | FOR |
| FAUSTO GOMEZ, *et al.* | * | |
| | * | BALTIMORE CITY |
| Defendants | * | |
| | * | CASE No. C-24-CV-24-004451 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## LINE TO REISSUE WRIT OF POSSESSION

Dear Clerk,

Please re-issue the Writ of Possession that was originally issued on May 5, 2025.

Plaintiff took deed to the property. *See* Baltimore City Circuit Court Land Records *Liber* 28577 *Folio* 279 (showing a copy of the deed recorded on December 12, 2025).

Respectfully submitted,

Steven Tessler
#2404221006
Tess Law LLC
2833 Smith Ave., #138
Baltimore, MD 21209
(872) 222-7377
steven@tesslaw.org

| VERTEX TL LLC | | * | IN THE |
| | | * | |
| Plaintiff | | * | CIRCUIT COURT |
| | v. | * | |
| | | * | FOR |
| FAUSTO GOMEZ, *et al.* | | * | |
| | | * | BALTIMORE CITY |
| Defendants | | * | |
| | | * | CASE No. C-24-CV-24-004451 |
| | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## INSTRUCTIONS TO SHERIFF

A Judgment has been issued in the above-captioned civil action against the Defendants in the above captioned matter, for possession of real property in favor of the Plaintiff. This real property is located at <u>229 North Monroe Street Baltimore, MD 21223.</u>

Please be in contact with Steven Tessler at Tess Law LLC, Attorney for the Plaintiff at 2833 Smith Ave., #138 Baltimore, MD 21209, or by phone at (872) 222-7377, or via email at office@tesslaw.org, to place Plaintiff in possession of the Property.

Steven Tessler
#2404221006
Tess Law LLC
2833 Smith Ave., #138
Baltimore, MD 21209
(872) 222-7377
steven@tesslaw.org



**CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND**
CIVIL DIVISION
Mitchell Courthouse
100 Mitchell Courthouse - Room 142
Baltimore, Maryland 21202
Main: 410-333-3733
Civil: 410-333-3722
Criminal: 410-333-3750
Family: 410-333-3709/3738
Juvenile: 443-263-6300

| | |
|---|---|
| **Case Number:** | **C-24-CV-24-004451** |
| **Other Reference Number(s):** | **ACM-REG-1791-2025** |

**VERTEX TL LLC VS. FAUSTO GOMEZ, ET AL.**

Date: 1/23/2026

## WRIT OF POSSESSION

TO THE SHERIFF OF BALTIMORE CITY:

Upon a Judgment entered, and in accordance with instructions attached, you are directed to place the party in possession of the following property:

229 N Monroe Street, Baltimore, MD 21223

In the event the Judgment in this proceeding awards possession of the property, or payment of its value in the alternative, you are hereby directed to levy upon real or personal property of a value equal to the value stated in the attached instructions, if the property specified in these instructions cannot be found.

Xavier A. Conaway
Clerk of the Circuit Court

**Requesting Attorney:** Steven Tessler

Enclosed:
     Copy of the Order
     Copy of the Request for Writ of Possession

**CC-CV-030 (Rev. 06/2012)**          Page 1 of 2          1/23/2026 11:51 AM