# EXHIBIT 19

## Order Quashing Second Writ of Possession
## (Ordered March 2, 2026, docketed March 4, 2026)

Order by Judge Lazerow: the January 23, 2026 writ quashed because
Vertex 'was not the title owner of the subject property' and 'was not
entitled to the issuance of a writ of possession.'
C-24-CV-24-004451.

| VERTEX TL, LLC, | * | IN THE |
|---|---|---|
| | * | |
| | * | |
| Plaintiff, | * | CIRCUIT COURT |
| | * | |
| | * | |
| v. | * | FOR |
| | * | |
| FAUSTO GOMEZ, *et al.*, | * | |
| | * | BALTIMORE CITY |
| Defendants. | * | |
| | * | |
| | * | Case No.   C-24-CV-24-004451 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER QUASHING WRIT OF POSSESSION

Upon consideration of Defendant Fausto Gomez's Emergency Motion and Memorandum to Quash Writ of Possession Issued by the Clerk of the Court, filed on February 5, 2026, it is, by the Circuit Court for Baltimore City,

**ORDERED** that the Writ of Possession, issued January 23, 2026, be, and the same hereby is, **QUASHED** on the grounds that by a deed of assignment recorded on December 3, 2025, Plaintiff, Vertex TL, LLC, assigned their interest in the subject property, 229 N. Monroe Street, to Hadaf Anwar Alsamet, Mohamed Abdo Alnisafi, and Mohamed Dahan Shahbain. Mot. at pg. 3, Ex. B. Plaintiff was therefore not the title owner of the subject property when filing the Line to Reissue Writ of Possession on January 23, 2026, and was not entitled to the issuance of a writ of possession. *See* Md. Code Ann., Tax-Prop. § 14-850 ("Any person **who acquires a deed to property** under this subtitle is entitled to issuance of a writ for possession of the property under the Maryland Rules as if the person had obtained a judgment awarding possession of the property.") (emphasis added).

**03/02/2026 4:14:50 PM**
_____
**Date**

_____
**Judge**
**Circuit Court for Baltimore City**