# EXHIBIT 21

## Third Writ of Possession — Request & Re-Issuance (March 4, 2026)

Tessler's 'Line to Issue Writ' e-filed March 4, 2026 at 2:25 PM. Writ issued by Clerk of the Court at 3:59 PM the same day.

E-FILED; Baltimore City Circuit Court
Docket: 3/4/2026 2:25 PM; Submission: 3/4/2026 2:25 PM
Envelope: 25390023

| | | |
|---|---|---|
| VERTEX TL LLC | * | IN THE |
| | * | |
| Plaintiff | * | CIRCUIT COURT |
| v. | * | |
| | * | FOR |
| FAUSTO GOMEZ, *et al.* | * | |
| | * | BALTIMORE CITY |
| Defendants | * | |
| | * | CASE No. C-24-CV-24-004451 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## LINE TO ISSUE WRIT OF POSSESSION

Dear Clerk,

Please Issue a Writ of Possession on behalf of the movants in the above-captioned case against the occupants of the property located at 229 N Monroe St, Baltimore, MD 21223. The Plaintiff took deed to the property and transferred it to Movants Hadaf Anwar Alsamet, Mohamed Abdo Alnisafi and Mohamed Dahan Shahbain. *See* Baltimore City Circuit Court Land Records *Liber* 28577 *Folio* 279 (showing a copy of the deed recorded on December 12, 2025).

Respectfully submitted,

Steven Tessler
#2404221006
Tess Law LLC
2833 Smith Ave., #138
Baltimore, MD 21209
(872) 222-7377
steven@tesslaw.org



**CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND**
CIVIL DIVISION
111 N. Calvert Street
Baltimore, Maryland 21202
Main: 410-333-3733
Civil: 410-333-3722
Criminal: 410-333-3750
Family: 410-333-3709/3738
Juvenile: 443-263-6300

| | |
|---|---|
| **Case Number:** | **C-24-CV-24-004451** |
| **Other Reference Number(s):** | **ACM-REG-1791-2025** |

## VERTEX TL LLC VS. FAUSTO GOMEZ, ET AL.

Date: 03/04/2026

## WRIT OF POSSESSION

TO THE SHERIFF OF BALTIMORE CITY:

Upon a Judgment entered, and in accordance with instructions attached, you are directed to place the party in possession of the following property:

229 North Monroe Street Baltimore, MD 21223

In the event the Judgment in this proceeding awards possession of the property, or payment of its value in the alternative, you are hereby directed to levy upon real or personal property of a value equal to the value stated in the attached instructions, if the property specified in these instructions cannot be found.

Xavier A. Conaway
Clerk of the Circuit Court

**Requesting Attorney:** Steven Tessler

Enclosed:
Copy of the Order
Copy of the Request for Writ of Possession