# EXHIBIT 22

## Notice of Eviction Delivered by McQueen (March 6, 2026)

Baltimore City Sheriff's Office notice to Fausto Gomez posted March 6, 2026, citing the January 23, 2026 writ that had been quashed on March 4. Delivered by Deputy McQueen two days after the Sheriff's Office confirmed cancellation of the March 18 eviction. Sheriff's Office told Gomez's representative the writ was delivered because it was already part of McQueen's case load, and that the eviction was still cancelled.



## Baltimore City Sheriff's Office

**Main Office**
The Mitchell Courthouse
100 N. Calvert St.
Baltimore, MD 21202
Phone: 410-396-1155
Fax: 410-727-3807

**Field Services Office**
The Elijah Cummings Courthouse
111 N. Calvert St.
Baltimore, MD 21202
Phone: 410-396-7415
Fax: 410-396-7439

Date: February 11, 2026
Defendant: FAUSTO GOMEZ ET AL
Address: 229 N MONROE ST
BALTIMORE, MD 21223
Case Name: VERTEX TL LLC VS FAUSTO GOMEZ ET AL
Case #: C-24-CV-24-004451

District
10 - 01

Dear Occupant(s):

Per an Order of the Court issued out of the Circuit Court for Baltimore City, I do hereby command you to vacate the premises of:

229 N MONROE ST, BALTIMORE, MD 21223

before **Wednesday, March 18, 2026.** The eviction will be executed on the date included in this letter. Any property left on the foreclosed property will be considered abandonded and may be disposed of on execution of the writ of possession. This is the final notice of the date of the eviction, even if the eviction date is postponed by the sheriff or the court.

Deputy: _____

Badge #: _____

Date Posted: _____

BCSO/gah

Published: 2/11/2026 5:47 PM