# EXHIBIT 23

## Quashed Jan 23, 2026 Writ Presented by McQueen at March 18 Eviction

Photograph of the writ Deputy McQueen presented at 229 N. Monroe St. on March 18, 2026. The document is dated January 23, 2026 — the writ quashed by Judge Lazerow on March 4, 2026.



[wed. March 18, 3:26]

CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND
CIVIL DIVISION
Mitchell Courthouse
100 Mitchell Courthouse - Room 142
Baltimore, Maryland 21202
Main: 410-333-3711
Civil: 410-333-3722
Criminal: 410-333-3750
Family: 410-333-3709/3718
Juvenile: 443-263-6300

| | Case Number: | C-24-CV-24-004451 |
| Other Reference Number(s): | | ACM-REG-1791-2925 |

VERTEXTL LLC VS. FAUSTO GOMEZ, ET AL.

Date: 1/23/2026

### WRIT OF POSSESSION

TO THE SHERIFF OF BALTIMORE CITY:

Upon a Judgment entered, and in accordance with instructions attached, you are directed to place the party in possession of the following property

219 N Monroe Street, Baltimore, MD 21223

In the event the Judgment in this proceeding awards possession of the property, or payment of its value in the alternative, you are hereby directed to levy upon real or personal property of a value equal to the value stated in the attached instructions, if the property specified in these instructions cannot be found.

Xavier A. Conaway
Clerk of the Circuit Court

Requesting Attorney: Steven Teisler

Enclosed:
Copy of the Order
Copy of the Request for Writ of Possession.

LOCKOUT STINTS ARE 11:00 AM – 2:00 PM

CC-CV-038 (Rev. 08/2012)          Page 1 of 2          1/23/2026 11:01 AM