# EXHIBIT 26

## Evidence of Vertex 'Securing' Properties Without a Deed

Vertex's own filing in C-24-CV-24-004454 (paragraph 32): stating Vertex locks up properties before legal entitlement. And Redacted 'Foreclosure Lockout' email to Tess Law, cc: Ari Schaffel, presumably stating the property couldn't be locked because it was occupied. Redactions are Vertex's.

E-FILED; Baltimore City Circuit Court
Docket: 6/17/2025 6:13 PM; Submission: 6/17/2025 6:13 PM
Envelope: 21676269

| | | |
|---|---|---|
| VERTEX TL LLC | * | IN THE |
| | * | |
| Plaintiff | * | CIRCUIT COURT |
| v. | .* | |
| | * | FOR |
| ANTONIO GREEN, *et al.* | * | |
| | * | BALTIMORE CITY |
| Defendants | * | |
| | * | CASE No. C-24-CV-24-004454 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## EMERGENCY MOTION TO QUASH AND ORDER FOR DEED AND DAMAGES

**NOW COMES** Plaintiff, VERTEX TL LLC, by and through its undersigned counsel and hereby submits this Emergency Motion to Quash and Order for Deed and Damages and in support thereof respectfully states to this Honorable Court as follows:

## INTRODUCTION

1.     This case presents a straightforward application of Maryland tax sale law that has been obscured by Defendant Antonio Green's pattern of meritless legal claims. This Honorable Court issued a Judgment Foreclosing the Right of Redemption, definitively terminating Defendant Antonio Green's rights to 2400 East Hoffman Street (hereinafter the "Property").

2.     Despite explicit notice to the Baltimore City Department of Finance that this Judgment had been entered, Baltimore City Department of Finance mistakenly accepted redemption funds from Defendant Antonio Green after the foreclosure judgment had already rendered such redemption legally impossible. Defendant Antonio Green has compounded this error by filing a frivolous lis pendens that has delayed Plaintiff VERTEX TL LLC's contracted sale of the Property.

32. On April 25, 2025, as the judgment was now fully enrolled, Plaintiff's agent visited the Property to inspect and secure it if necessary, as an unsecured property in Baltimore City, especially one that has gone into foreclosure, is often susceptible to damage and misuse. Upon arriving at the Property it was discovered that the Property was occupied. (See **Exhibit G**).

33. On April 28, 2025, Plaintiff filed a request for a Writ of Possession ("WOP") with this court, in order to vacate the Property. A WOP was issued on the same day. (See Dkt.).

34. On April 29, 2025, Sheriff reached out to Counsel proposing the scheduled date of eviction for May 22, 2025. On May 1, 2025, Counsel confirmed this date. (See **Exhibit H**).

35. In compliance with Maryland Code, Tax-Property § 14-847, Plaintiff submitted the requisite deed to DOF on May 5, 2025 (*see* **Exhibit I** and **Exhibit J**), fulfilling its obligations under the Court's directive.

36. On May 13, 2025, Plaintiff entered into a sale contract with a buyer on the Property, which Plaintiff intended to execute simultaneously with paying the rest of the bid balance and collecting the deed from DOF. (See **Exhibit L**).

37. Despite follow-up communications with DOF, attached hereto as **Exhibit M**, Plaintiff has not received a response regarding the timeline for approval and execution of its deed.

38. Plaintiff recognizes that DOF handles substantial volumes of such matters and appreciates the considerable administrative burden this places on the department's resources. However, the extended timeframe prejudices Plaintiff who remains obligated

 **Gmail**

**Tess-Law Office <office@tesslaw.org>**

## Foreclosure Lockout - ███████████  2400 E HOFFMAN

Fri, Apr 25, 2025 at 3:34 PM

████████████████████
To: Tess-Law Office <office@tesslaw.org>
Cc: Ari Schaffel <ari@vertextl.com>

See attached,

2400 E Hoffman Exterior Photos -
Google Drive
drive.google.com

-Occupied
-Exterior Photos Only

Total: ████████
PayPal: ████████

On Apr 25, 2025, at 9:55 AM, █████████████████████ wrote:

Received thank you
[Quoted text hidden]