# EXHIBIT 27

## Premature Writ Issuance, in defiance of Judicial Orders, Across Cases

Court records from cases including
C-24-CV-24-004454, C-24-CV-24-004747, and
C-24-CV-24-004740: Conaway's office routinely issued writs for
Vertex before statutory prerequisites were met.

| | |
|---|---|
| VERTEX TL, LLC, | * IN THE |
| | * |
| | * CIRCUIT COURT |
| Plaintiff, | * |
| | * FOR |
| v. | * |
| | * BALTIMORE CITY |
| BLUE 78, LLC, *et al.*, | * |
| | * |
| | * |
| Defendants. | * |
| | * Case №    C-24-CV-24-004452 |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER DENYING DEFENDANT BLUE 78, LLC'S EMERGENCY MOTION TO STAY AUCTION SALE OF REAL PROPERTY

Upon consideration of Defendant Blue 78, LLC's Emergency Motion to Stay Auction Sale of Real Property, filed on April 22, 2025, and Plaintiff's response in opposition thereto, filed on April 23, 2025, it is, by the Circuit Court for Baltimore City,

**ORDERED** that the motion be, and the same hereby is, **DENIED** on the grounds that the Court does not find good cause to delay the auction pending resolution of Defendant's Motion to Vacate Judgment. Regardless of whether the auction takes place, Defendant will not be dispossessed of the subject property until the tax sale certificate holder complies with the final terms of judgment, obtains a deed for the subject property, and applies for, obtains, and executes upon a writ for possession. *See Mayor & City Council of Baltimore v. Thornton Mellon, LLC*, 478 Md. 396, 446-450 (2022); Md. Code Ann., Tax-Prop. § 14-836(b)(7)(ii); Md. Code Ann., Tax-Prop. § 14-850 (West). The Court therefore does not find that Defendant is likely to suffer imminent harm if the auction takes place as originally scheduled.

The Court additionally notes that Defendant asserts that the auction should be stayed because the subject property, 2542 Harford Road, is subject to a District Court receivership action under Case No. D-01-CV-24-027740, with the appointment of a receiver pending. *See* Mot. ¶¶ 8-9. As clarified below, a District Court receivership action will not operate as a stay of this action. Further, even in Circuit Court receivership actions, it is proscribed by statute only that *the entry of an order appointing a receiver*

1

shall operate as a stay to any other proceeding to obtain possession or control of the receivership property. *See* Md. Code Ann., Com. Law § 24-401(a)(3). There is also caselaw applying the equitable principle of *custodia legis*, in which the property in receivership shall be withheld from tax sale, and the tax collector must assert a claim in the pending equity proceeding in order to avoid "separate and antagonistic sales [which] would seriously prejudice and complicate [the] proper disposition [of the property]." *Kluckhuhn v. Ivy Hill Ass'n, Inc.*, 55 Md. App. 41, 45 (1983), aff'd, 298 Md. 695 (1984) (internal citation and quotation marks omitted). Property is specifically in *custodia legis* when it is "in the hands of a receiver[,]" i.e., this equitable principle also applies only upon the appointment of a receiver. *Kluckhuhn*, 55 Md. App. at 44.

Further, there is no statute or rule applicable to District Court receivership actions requiring the stay of other actions relating to the possession or control of the receivership property. To the contrary, the Baltimore City Code contains a provision allowing the receiver in the District Court action to redeem a tax sale certificate, suggesting that the District Court receivership is not intended to function as a stay of tax sale proceedings. *See* Building, Fire, and Related Codes of Baltimore City § 121.10.4. Additionally, *custodia legis* has been applied only in instances where the Circuit Court has had concurrent jurisdiction over the receivership and tax sale actions. *See e.g.*, *Kluckhuhn*, 55 Md. App. at 47 (noting that the tax sale action "was [filed] in the very same court in which the receivership was pending"). As District Court receivership proceedings do not have a mechanism by which the tax collector may assert a claim, a fundamental element of the reasoning underlying the *Kluckhuhn* Court's holding, implementation of *custodia legis* does not apply. The Court consequently holds that even upon the appointment of a receiver, the District Court receivership action would not impact the foregoing tax sale proceeding.

04/27/2025 9:49:11 AM

_____

Date

Judge

Circuit Court for Baltimore City

·2

| | | |
|---|---|---|
| VERTEX TL, LLC, | * | IN THE |
| | * | |
| Plaintiff, | * | CIRCUIT COURT |
| | * | |
| v. | * | FOR |
| | * | |
| FAUSTO GOMEZ, *et al.*, | * | |
| | * | BALTIMORE CITY |
| Defendants. | * | |
| | * | Case No.   C-24-CV-24-004451 |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER QUASHING WRIT OF POSSESSION

It is, *sua sponte*, by the Circuit Court for Baltimore City,

**ORDERED** that the Writ of Possession, issued May 5, 2025, be, and the same hereby is,

**QUASHED** on the grounds that Plaintiff's Request for Writ of Possession, filed May 4, 2025, was

filed more than thirty days after the entry of the Judgment Foreclosing Right of Redemption on

March 6, 2025, and the request fails to state that a deed was received or attach a copy of same. *See*

Md. Code Ann., Tax-Property § 14-836(b)(7)(ii) (2024); Md. Code Ann., Tax-Prop. § 14-850

(2024).                                                                05/22/2025 3:11:09 PM

05/22/2025
_____
**Date**

Entered: Clerk, Circuit Court for
Baltimore City, MD
May 23, 2025

_____
**Judge**
**Circuit Court for Baltimore City**

E. 130

| | | |
|---|---|---|
| VERTEX TL, LLC, | * | IN THE |
| | * | |
| | * | |
| Plaintiff, | * | CIRCUIT COURT |
| | * | |
| | * | |
| v. | * | FOR |
| | * | |
| ANTONIO GREEN, *et al.*, | * | |
| | * | BALTIMORE CITY |
| Defendants. | * | |
| | * | |
| | * | Case No.   C-24-CV-24-004454 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER QUASHING WRIT OF POSSESSION

It is, *sua sponte*, by the Circuit Court for Baltimore City,

**ORDERED** that the Writ of Possession, issued April 28, 2025, be, and the same hereby is,

**QUASHED** on the grounds that Plaintiff's Request for Writ of Possession, filed April 28, 2025,

was filed more than thirty days after the entry of the Judgment Foreclosing Right of Redemption

on March 25, 2025, and the request fails to state that a deed was received or attach a copy of same.

*See* Md. Code Ann., Tax-Property § 14-836(b)(7)(ii) (2024); Md. Code Ann., Tax-Prop. § 14-850

(2024).                                                    05/30/2025 1:40:53 PM

05/30/2025

**Date**

**Judge**
**Circuit Court for Baltimore City**

Entered: Clerk, Circuit Court for
Baltimore City, MD
June 2, 2025

E-FILED; Baltimore City Circuit Court
Docket: 6/25/2025 6:05 PM; Submission: 6/25/2025 6:05 PM
Envelope: 21789636

| | | |
|---|---|---|
| VERTEX TL LLC | * | IN THE |
| | * | |
| Plaintiff | * | CIRCUIT COURT |
| v. | * | |
| | * | FOR |
| JV BALTIMORE PICASSO, LLC, *et al.* | * | |
| | * | BALTIMORE CITY |
| Defendants | * | |
| | * | CASE No. C-24-CV-24-004740 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR WRIT OF POSSESSION

Dear Clerk,

Please Issue a Writ of Possession on the Judgment in the above-captioned case

against the occupants of the property located at 2555 W FAIRMOUNT AVE

BALTIMORE, MD 21223.

Respectfully submitted,

Steven Tessler
#2404221006
Tess Law LLC
2833 Smith Ave., #138
Baltimore, MD 21209
(872) 222-7377
steven@tesslaw.org



**CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND**
CIVIL DIVISION
111 N. Calvert Street
Baltimore, Maryland 21202

Main: 410-333-3733
Civil: 410-333-3722
Criminal: 410-333-3750
Family: 410-333-3709/3738
Juvenile: 443-263-6300

**Case Number:**   **C-24-CV-24-004740**
**Other Reference Number(s):**

**VERTEX TL LLC VS. JV BALTIMORE PICASSO, LLC, ET AL.**

Date: 6/26/2025

# WRIT OF POSSESSION

TO THE SHERIFF OF BALTIMORE CITY:

Upon a Judgment entered, and in accordance with instructions attached, you are directed to place the party VERTEX TL LLC  in possession of the following property:

2555 W Fairmount Ave, Baltimore MD 21223

In the event the Judgment in this proceeding awards possession of the property, or payment of its value in the alternative, you are hereby directed to levy upon real or personal property of a value equal to the value stated in the attached instructions, if the property specified in these instructions cannot be found.

Xavier A. Conaway
Clerk of the Circuit Court

**Requesting Attorney:** Steven Tessler

Enclosed:
    Copy of the Order
    Copy of the Request for Writ of Possession

CC-CV-030 (Rev. 06/2012)            Page 1 of 2            6/26/2025 3:37 PM