# EXHIBIT 29

## Wilheim Family Federal Political Contributions (FEC)

FEC individual contribution records filtered for 'wilheim': Ronald Wilheim contributed $258,000 to Trump 47 Committee, $123,000+ to the RNC, $100,000 to Club for Growth, and $100,000 to America First Action. Family members contributed to Team Morrisey and other committees. 1,558 total records.

# Individual contributions

Export ⬇

Viewing **1 559** filtered results for:

Reset filters ✕

`"wilheim" ✕`

| Contributor name | Recipient | State | Employer | Receipt date | Amount |
|---|---|---|---|---|---|
| WILHEIM, RONALD | TRUMP 47 COMMITTEE, INC. | OH | COMMUNICARE FAMILY OF COMPANIES | 05/29/2024 | $258,264.46 |
| WILHEIM, RONALD MR. | REPUBLICAN NATIONAL COMMITTEE | OH | COMMUNICARE FAMILY OF COMPANIES | 05/29/2024 | $123,900.00 |
| WILHEIM, RONALD | CLUB FOR GROWTH ACTION | OH | LONGEVITY VENTURE PARTNERS | 03/21/2024 | $100,000.00 |
| WILHEIM, RONALD | AMERICA FIRST ACTION, INC. | OH | COMMUNICARE | 11/04/2019 | $100,000.00 |
| WILHEIM, RONALD MR. | REPUBLICAN NATIONAL COMMITTEE | OH | COMMUNICARE FAMILY OF COMPANIES | 05/29/2024 | $81,464.46 |
| WILHEIM, RONALD MR. | REPUBLICAN NATIONAL COMMITTEE | OH | COMMUNICARE FAMILY OF COMPANIES | 05/29/2024 | $41,300.00 |
| WILHEIM FAMILY INVESTMENT COMPANY, INC. | MAGA INC. | OH | | 12/18/2025 | $31,160.00 |
| WILHEIM, RONALD | MCCARTHY VICTORY FUND | OH | COMMUNICARE HEALTH SVCS | 03/11/2022 | $25,000.00 |
| WILHEIM, RONALD MR. | HOGAN VICTORY FUND | OH | COMMUNICARE | 09/20/2024 | $25,000.00 |
| WILHEIM, RONALD | NRCC | OH | COMMUNICARE HEALTH SERVICES | 03/11/2022 | $14,200.00 |
| WILHEIM, YOSEF | TEAM MORRISEY | OH | ENTREPRENEUR | 07/29/2024 | $13,600.00 |
| WILHEIM, SHALOM | TEAM MORRISEY | OH | STUDENT | 07/30/2024 | $13,600.00 |
| WILHEIM, DOVID | TEAM MORRISEY | OH | STUDENT | 07/29/2024 | $13,600.00 |
| WILHEIM, RONALD | TEAM MORRISEY | OH | LONGEVITY VENTURE PARTNERS | 06/28/2024 | $13,600.00 |
| WILHEIM, RIVKA | TEAM MORRISEY | OH | RETIRED | 06/28/2024 | $13,600.00 |
| WILHEIM, ESTHER | TEAM MORRISEY | OH | COLUMBUS CITY SCHOOLS | 06/28/2024 | $13,600.00 |
| WILHEIM, DINA B | TEAM MORRISEY | OH | RETIRED | 06/28/2024 | $13,600.00 |
| WILHEIM, RONALD MR. | JUSTICE VICTORY COMMITTEE | OH | LONG TERM CARE - COMMUNICARE HEALTH | 08/29/2025 | $12,000.00 |
| WILHEIM, DINA B. MRS. | JUSTICE VICTORY COMMITTEE | OH | CHS THERAPY | 08/29/2025 | $12,000.00 |
| WILHEIM, RONALD | TEAM RILEY | OH | COMMUNICARE | 06/27/2025 | $12,000.00 |
| WILHEIM, DINA | TEAM RILEY | OH | COMMUNICARE | 06/30/2025 | $12,000.00 |