## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Fausto Gomez,                            *
            Plaintiff,                   *
v.                                       *    Civil Action No. 1:26-cv-01445-MJM
                                         *
Yisroel Aryeh "Ari" Schaffel, et al.,    *
            Defendants.                  *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S NOTICE OF FILING OF FIRST AMENDED COMPLAINT
### AND MODIFICATION OF DEFENDANTS

JSDC- BALTIMORE
'26 JUN 29 PM2:15

1.  Plaintiff Fausto Gomez files his First Amended Complaint and modifies Defendants.

2.  **Defendants dropped.** The First Amended Complaint no longer names the following parties, who were named as defendants in the original Complaint and are dropped from this action:

    A.  Nicholas Blendy;
    B.  Samuel Cogen; and
    C.  Ronald Wilheim.

3.  **Defendants added.** The First Amended Complaint adds the following parties as defendants:

    A.  Kenyatta Washington;
    B.  the Mayor and City Council of Baltimore;
    C.  Mohamed Dahan Shahbain;
    D.  Hadaf Anwar Alsamet; and
    E.  Mohamed Abdo Alnisafi.

4.  **All public official Defendants are now only sued in their individual capacities.** The public official Defendants are:

    A.  Kenyatta Washington;
    B.  Earl McQueen;
    C.  Glenda Holman;
    D.  Xavier Conaway; and
    E.  Yitzchok Isaac "Yitzy" Schleifer

5.  **Summonses.** Plaintiff submits herewith proposed summonses for the defendants in the First Amended Complaint.

Respectfully submitted,

_____
Fausto Gomez, Plaintiff
9315 Oak White Rd.
Nottingham, MD 21236
FaustoGomez3080@hotmail.com

Dated: June 29, 2026

**HD**

**Rcv'd by:** _____ Av _____

No certificate of service is required because no defendant has been served or has entered an appearance.