# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

FAUSTO GOMEZ,
    Plaintiff,

    v.

YISROEL ARYEH SCHAFFEL, et al.
    Defendants.

Civil Action No.:  MJM 26-1445

## ORDER

This matter is before the Court on self-represented plaintiff Fausto Gomez's ("Plaintiff") Motion for Extension of Time to Effect Service of Process. ECF No. 6. Plaintiff filed his civil complaint with the full filing fee.  He shall bear responsibility for effecting service of process on the named defendants.  Plaintiff may effectuate service by presenting summons to the Clerk for signature and seal and then serving a copy of the summons and complaint on each defendant. Plaintiff has provided summons for each defendant.  The Clerk shall issue summons and return summons to Plaintiff.

Under Fed. R. Civ. P. 4(e)(1), service of process on an individual must comport with the state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located.  In Maryland, service on an individual defendant is made by either: leaving a copy of the summons, complaint, and all other papers filed with it at the individual's dwelling house or usual place of abode with a resident of suitable age and discretion, or by mailing to the person to be served a copy of the summons, complaint, and all other papers filed with it by certified mail requesting "Restricted Delivery – show to whom, date, address of delivery."  Md. Rule 2-121(a).

Under Fed. R. Civ. P. 4(j), service upon a state, municipal corporation or other state-created governmental organization subject to suit shall be effected by delivering a copy of the summons

and complaint to its chief executive officer; or by serving the summons and complaint in the manner prescribed by the law of the state for the service of summons or other like process upon any such Defendant.

Service of process on corporations and associations may be made pursuant to Fed. R. Civ. P. 4(h). The summons and complaint are generally served on the resident agent, president, secretary, or treasurer. *See* Md. Rule 2-124(d). Plaintiff may contact the office of the State Department of Assessments and Taxation at (410)767-1330 or visit the website at https://egov.maryland.gov/BusinessExpress/EntitySearch to obtain the name and service address for the resident agent of a corporate defendant.

Both LexisNexis and Westlaw provide free public access to the Maryland Rules. Free public access to the Maryland Rules is also available through the Maryland State Law Library's website at: https://mdcourts.gov/lawlib/research/gateway-to-md-law/code-rules-laws-sources.

Pursuant to Fed. R. Civ. P. 4(c)(2), service of a summons and complaint may be effected by any person who is not a party and who is at least 18 years of age. Plaintiff is reminded that under Fed. R. Civ. P. 4(l), the person effecting service of the summons and complaint must promptly notify the Court,[1] through an affidavit, that he or she has served each defendant.

If there is no record that service was effectuated on the defendants, Plaintiff risks dismissal of this case. Pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a., if a party demanding affirmative relief has not effectuated service of process within 90 days of filing the complaint, the Court may enter an Order asking the party to show cause why the claims should not be dismissed. Upon consideration of Plaintiff's request for an extension of time, and finding good cause, the

---

[1] If Plaintiff does not use a private process server, and instead uses certified mail, restricted delivery, return receipt requested, to make service, Plaintiff must file with the Clerk the United States Post Office acknowledgment as proof of service showing who received service and when it was received.

period in which Plaintiff must effect proper service of process shall be extended to October 7, 2026.

Accordingly, it is this 10th day of July, 2026, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Clerk TAKE ALL NECESSARY STEPS to issue summons and to return summons to Plaintiff. If service copies of the complaint were provided, the Clerk SHALL RETURN them to the Plaintiff;

2. Plaintiff's motion for extension of time to effect service (ECF 6) is GRANTED;

3. Plaintiff shall effect service of process upon each defendant no later than October 7, 2026; and

4. The Clerk SHALL SEND a copy of this Order to Plaintiff.

_____/S/_____
Matthew J. Maddox
United States District Judge

AC – 1.8.25 revised