# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MARYLAND

**HD**

Rcv'd by:

FAUSTO GOMEZ,

Plaintiff,

USDC- BALTIMORE
'26 AUG 4 AM10:10

Civil Action No. 1:26-cv-01445-MJM

v.

YISROEL ARYEH SCHAFFEL, et al.,

Defendants.

---

## PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiff Fausto Gomez, proceeding pro se, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 15(a)(2), for leave to file a Second Amended Complaint. In support, Plaintiff states as follows:

1.  Plaintiff filed the First Amended Complaint on July 10, 2026.

2.  Plaintiff now seeks leave to file a Second Amended Complaint that (a) removes the Mayor and City Council of Baltimore as a defendant, and (b) adds and clarifies factual allegations relevant to Plaintiff's existing claims.

3.  Removing the Mayor and City Council of Baltimore narrows the case and serves judicial economy. Adding factual allegations will clarify the basis for Plaintiff's claims and promote efficient resolution of the case.

4. Under Rule 15(a)(2), "[t]he court should freely give leave when justice so requires." Leave should be granted absent undue delay, bad faith, repeated failure to cure deficiencies, undue prejudice, or futility. *Foman v. Davis*, 371 U.S. 178, 182 (1962).

5. No defendant has been served with process. The amendment will cause no prejudice to any Defendant.

6. The motion is brought in good faith, to narrow the scope of the suit and to clarify facts, at an early stage of the case.

7. A copy of the proposed Second Amended Complaint is attached hereto. Because the prior pleading was filed by a self-represented party, no redlined copy is required. *See* Local Rule 103.6(c).

**WHEREFORE,** Plaintiff respectfully requests that the Court:

(a) grant leave to file the Second Amended Complaint;

(b) direct the Clerk to docket it; and

(c) direct the Clerk to terminate The Mayor and City Council of Baltimore as a party in this case.

Respectfully submitted,

Fausto Gomez
Plaintiff Pro Se
9315 Oak White Rd.
Nottingham, MD 21236
443-627-0201
FaustoGomez3080@hotmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, as of this _04_ day of _August_ , 2026 no Defendant has

been served with process and no Defendant has entered an appearance in this action.

Accordingly, no service of the foregoing Motion is required under Fed. R. Civ. P. 5(a). Pursuant

to Local Rule 103.6(d), Plaintiff further states that the consent of other counsel could not be

sought or obtained because no Defendant has been served or has appeared by counsel in this

action.

Fausto Gomez
Plaintiff Pro Se
9315 Oak White Rd.
Nottingham, MD 21236
443-627-0201
FaustoGomez3080@hotmail.com

3