# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| Gomez,<br><br>Plaintiff,<br><br>v.<br><br>Schaffel, *et al.*,<br><br>Defendants. | Case No.: 1:26-cv-01445-MJM |

## NOTICE OF APPEARANCE

The undersigned hereby appears in these proceedings as Counsel for Vertex TL, LLC.

The undersigned appears solely as counsel for Vertex and ***not*** in his individual capacity, and preserves all defenses to personal jurisdiction and service. *See Karcher v. May*, 484 U.S. 72, 78 (1987) (holding "the fact that [a person] participated in this litigation in [one] capacit[y] . . . does not mean that [he] became [a] part[y] in all of [his] personal and professional capacities").

Respectfully submitted,

_____________________

Steven Tessler
#31873
Tess Law LLC
2833 Smith Ave., #138
Baltimore, MD 21209
(872) 222-7377
steven@tesslaw.org

**Certificate of Service**

I hereby certify that on this 18th day of August, 2026, a copy of the foregoing notice was served *via* email or first class mail to all parties of record.

/s/
Steven Tessler