**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **FAUSTO GOMEZ,**<br>**Plaintiff,**<br><br>**v.**<br><br>**YISROEL ARYEH SCHAFFEL, et al.**<br>**Defendants.** | **Civil Action No.: MJM 26-1445** |

**ORDER**

Defendant Vertex TL LLC ("Vertex") filed a Motion to Enforce Local Rule 102.1(a)(ii), ECF No. 23, and self-represented plaintiff Fausto Gomez ("Gomez") filed a response in opposition to the motion, ECF No. 30, to which Vertex replied, ECF No. 34. The motion shall be granted.

Local Rule 102.1(a)(ii) (D. Md. Dec. 1, 2025) provides that, "[u]pon inquiry, all parties appearing without counsel must disclose the identity of any individual who has prepared, or assisted in preparing, any documents filed in this Court." The parties dispute whether a party may trigger the disclosure obligation upon inquiry or the disclosure obligation is only triggered by court order. The Court need not resolve that dispute because it finds cause to make the inquiry itself.

Accordingly, it is this 1st day of September, 2026, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Vertex's Motion to Enforce Local Rule 102.1(a)(ii) (ECF No. 23) is GRANTED; and
2. Gomez SHALL FILE **no later than September 10, 2026,** a signed disclosure identifying each individual who has prepared, or assisted in preparing, all documents Gomez has filed in this matter.
3. The Clerk SHALL SEND a copy of this Order to Gomez.

/S/
Matthew J. Maddox
United States District Judge