**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Gomez,<br><br>Plaintiff,<br><br>v.<br><br>Schaffel, *et al.*,<br><br>Defendants. | Case No.: 1:26-cv-01445-MJM |

## NOTICE OF APPEARANCE

The undersigned hereby appears in these proceedings as Counsel for Defendants Mohamed Dahan Shahbain, Hadaf Anwar Alsamet, and Mohamed Abdo Alnisafi (the "Deedholders").

The undersigned appears solely as counsel for the Deedholders, ***not*** in his individual capacity, and *expressly* preserves all defenses to personal jurisdiction and service. *See Karcher v. May*, 484 U.S. 72, 78 (1987) (holding "the fact that [a person] participated in this litigation in [one] capacit[y] . . . does not mean that [he] became [a] part[y] in all of [his] personal and professional capacities")

Respectfully Submitted,

/s/ *Steven Tessler*
Steven Tessler
#31873
Tess Law LLC
2833 Smith Ave., #138
Baltimore, MD 21209

(872) 222-7377
steven@tesslaw.org
*Counsel for Deedholders*

**Certificate of Service**

I hereby certify that on September 7, 2026, I electronically filed the foregoing Motion, Memorandum, and proposed Order with the Clerk of the Court through the CM/ECF system, which will send notice of the filing to all registered counsel and parties.

/s/ *Steven Tessler*
Steven Tessler