# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| Gomez,<br><br>Plaintiff,<br><br>v.<br><br>Schaffel, *et al.*,<br><br>Defendants. | Case No.: 1:26-cv-01445-MJM |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants Mohamed Dahan Shahbain, Hadaf Anwar Alsamet, and Mohamed Abdo Alnisafi (the "Deedholders"), by and through undersigned counsel, move under Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 105.9 for an extension of time, through and including September 22, 2026, to respond to the Complaint. The current response deadline is September 8, 2026.

Good cause exists for this short extension. The Deedholders recently retained undersigned counsel, who requires additional time to review the Complaint and relevant record, as relevant to the Deedholders, and prepare the anticipated motion to dismiss. This request is made before the current deadline expires.

Counsel for Deedholders contacted Plaintiff Fausto Gomez, who is self-represented, on September 7, 2026, to seek consent to this requested extension. Gomez has not responded.

Date: September 7, 2026

Respectfully Submitted,

*/s/ Steven Tessler*

Steven Tessler[1]
#31873
Tess Law LLC
2833 Smith Ave., #138
Baltimore, MD 21209
(872) 222-7377
steven@tesslaw.org
*Counsel for Deedholders*

**Certificate of Service**

I hereby certify that on September 7, 2026, I electronically filed the foregoing Motion, Memorandum, and proposed Order with the Clerk of the Court through the CM/ECF system, which will send notice of the filing to all registered counsel and parties.

/s/ *Steven Tessler*
Steven Tessler

[1] The above-signed appears solely as counsel for the Deedholders, not in his individual capacity, and preserves all defenses to personal jurisdiction and service. *See*, *e.g.*, *Karcher v. May, 484 U.S. 72, 78 (1987)* (participation in litigation in one capacity does not make a person a party in another).