# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| Gomez,<br><br>Plaintiff,<br><br>v.<br><br>Schaffel, *et al.*,<br><br>Defendants. | Case No.: 1:26-cv-01445-MJM |

## ORDER

Upon consideration of Defendant Mohamed Dahan Shahbain, Hadaf Anwar Alsamet, and Mohamed Abdo Alnisafi's Motion for Extension of Time to Respond to Complaint, it is this ___ day of September, 2026, ORDERED that:

The Motion is **GRANTED**; and

Defendants shall respond to the Complaint on or before September 22, 2026.

**IT IS SO ORDERED.**

Date:_________________

____________________
**The Honorable Matthew J. Maddox**
**U.S. District Court**
**District of Maryland at Baltimore**