**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| FAUSTO GOMEZ, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 1:26-cv-01445 |
| v. | * | |
| | * | |
| YISROEL SCHAFFEL, et al., | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * *

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT YITZCHOK ISAAC "YITZY" SCHLEIFER**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Fausto Gomez, pro se, gives notice that all claims in this action against Defendant Yitzchok Isaac "Yitzy" Schleifer are voluntarily dismissed without prejudice.

Defendant Schleifer has not served an answer or a motion for summary judgment. His pending motion to dismiss (ECF 18) under Rule 12 does not bar dismissal by notice. Plaintiff has not previously dismissed any action based on or including these claims against Schleifer.

This notice applies to Defendant Schleifer only. The action continues against the other Defendants.

Respectfully submitted,

Fausto Gomez
Plaintiff Pro Se
9315 Oak White Rd.
Nottingham, MD 21236
443-627-0201
FaustoGomez3080@hotmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2026 I served all counsel of record electronically with the foregoing Notice.

*/s/ Fausto Gomez*

Fausto Gomez