**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**FAUSTO GOMEZ,**

Plaintiff,

v.

**VERTEX TL LLC, et al.,**

Defendants.

**Civil Action No. 1:26-cv-01445**

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Extension of Time to Amend the Complaint and to Respond to the Pending Motions to Dismiss and Rule 11 Notice, and good cause having been shown, it is this ____ day of September, 2026, by the United States District Court for the District of Maryland, hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Plaintiff's deadline to respond to the Motions to Dismiss at ECF 24 and ECF 27 is extended to September 28, 2026; and it is further

ORDERED that Plaintiff may file a motion for leave to file a Third Amended Complaint on or before September 28, 2026; and it is further

ORDERED that, pursuant to Fed. R. Civ. P. 11(c)(2), the time within which Plaintiff may withdraw or correct any matter challenged in the Rule 11 notice served by Defendant Vertex TL LLC on August 19, 2026 is set as September 28, 2026; and it is further

ORDERED that, if Plaintiff files a motion for leave to amend on or before September 28, 2026, Plaintiff's obligation to respond to ECF 24 and ECF 27 is held in abeyance pending resolution of that motion.

______________________________

Matthew J. Maddox
United States District Judge