**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FAUSTO GOMEZ,
Plaintiff,

Civil Action No. 1:26-cv-01445

v.

YISROEL ARYEH SCHAFFEL,
et al.,
Defendants.

---

**PLAINTIFF'S DISCLOSURE PURSUANT TO LOCAL RULE 102.1(a)(ii) AND THE COURT'S ORDER OF SEPTEMBER 1, 2026 (ECF NO. 35)**

Pursuant to the Court's Order of September 1, 2026 (ECF No. 35) and Local Rule 102.1(a)(ii), Plaintiff, who is self-represented, discloses that Donald Pugsley, a friend of Plaintiff, has assisted Plaintiff by submitting Maryland Public Information Act requests, gathering publicly available records, and reviewing translations. Mr. Pugsley is not an attorney. No attorney has assisted Plaintiff with any filing in this matter.

Respectfully submitted,

Fausto Gomez
Plaintiff Pro Se
9315 Oak White Rd.
Nottingham, MD 21236
443-627-0201
FaustoGomez3080@hotmail.com

**CERTIFICATE OF SERVICE**

I certify that on September 8, 2026, I filed the foregoing electronically with the Clerk of the Court, and that all counsel of record were served electronically.

Fausto Gomez