# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

Gomez,

Plaintiff,

v.

Schaffel, *et al.*,

Defendants.

Case No.: 1:26-cv-01445-MJM

## JOINT MOTION OF DEFENDANT VERTEX TL LLC AND THE DEEDHOLDER DEFENDANTS TO COMPEL A COMPARISON COPY OF ANY FURTHER AMENDED COMPLAINT

Defendants Vertex TL LLC, Mohamed Dahan Shahbain, Hadaf Anwar Alsamet, and Mohamed Abdo Alnisafi (the "Moving Defendants") respectfully request that the Court require Plaintiff Fausto Gomez to submit both a clean copy and a comparison copy identifying every change in any further proposed amended complaint. Although Local Rule 103.6(c) ordinarily exempts a litigant whose prior pleading was filed while self-represented, the Rule expressly permits the Court to order otherwise.

**Exhibit A** provides one representative example[1] of Gomez's own work: his initial state-court filing. Gomez also expressly represented in other filings submitted in the state courts that he is not proficient in English. Those filings bear little resemblance to his current federal pleadings in length, structure, or legal sophistication. The Court has already ordered Gomez to identify every person who prepared or assisted in preparing his filings. ECF No. 35.

[1] Moving Defendants can supply those additional filings if the Court requests a fuller record.

Moving Defendants maintain that Gomez's claims are wholly without merit and intend to file a Rule 11 motion and a motion for a narrowly tailored preliminary prefiling injunction. Requiring a comparison copy will allow the Court and the parties to determine efficiently whether a proposed amendment adds material allegations or merely repackages matters already pleaded. It will also reduce the burden and expense of evaluating and responding to another lengthy complaint.

Moving Defendants therefore request that the Court exercise its express authority under Local Rule 103.6(c) and require Plaintiff to submit a clean copy and a comparison copy of any further proposed amended complaint.

Date: September 8, 2026

Respectfully Submitted,

/s/ *Steven Tessler*
Steven Tessler[2]
#31873
Tess Law LLC
2833 Smith Ave., #138
Baltimore, MD 21209
(872) 222-7377
steven@tesslaw.org
*Counsel for Vertex TL & Deedholders*

**Certificate of Service**

I hereby certify that on September 8, 2026, I electronically filed the foregoing Motion, Memorandum, and proposed Order with the Clerk of the Court through the CM/ECF system, which will send notice of the filing to all registered counsel and parties.

/s/ *Steven Tessler*
Steven Tessler

[2] The above-signed appears solely as counsel for the Deedholders, not in his individual capacity, and preserves all defenses to personal jurisdiction and service. *See*, *e.g.*, *Karcher v. May, 484 U.S. 72, 78 (1987)* (participation in litigation in one capacity does not make a person a party in another).