# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| Gomez,<br><br>Plaintiff,<br><br>v.<br><br>Schaffel, *et al.*,<br><br>Defendants. | Case No.: 1:26-cv-01445-MJM |

## ORDER

Upon consideration of the Joint Motion of Defendant Vertex TL LLC and the Deedholder Defendants to Compel a Comparison Copy of Any Further Amended Complaint, it is this ___ day of __________, 2026, by the United States District Court for the District of Maryland, **ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that any request by Plaintiff for leave to file a further amended complaint shall include both a clean copy of the proposed amended complaint and a comparison copy identifying all additions, deletions, and other changes from the prior complaint.

**IT IS SO ORDERED.**

Date:_________________

____________________
**The Honorable Matthew J. Maddox**
**U.S. District Court**
**District of Maryland at Baltimore**