| | | |
|---|---|---|
| **VERTEX TL, LLC** | * | **IN THE** |
| **Plaintiff** | * | **CIRCUIT COURT** |
| **v.** | * | **FOR** |
| | * | **BALTIMORE CITY** |
| **FAUSTO GOMEZ, *et al.*** | * | **CASE NO.: C-24-CV-24-004451** |
| **Defendants** | * | |

2025 APR -4

*        *        *        *        *        *        *        *        *        *        *        *

**MOTION TO VACATE THE ORDER OF JUDGMENT FORECLOSING RIGHT OF REDEMPTION**

The Defendant, (known herein as "Defendant Gomez") together with the Plaintiff, ("the Parties") move pursuant to Rule 2-613(d) to vacate the order of judgment foreclosing right of redemption, and in support state that:

1. Defendant Gomez

2. This Court entered an order of judgment foreclosing right of redemption on

WHEREFORE, the Defendant Gomez respectfully requests that its motion to vacate the order of judgment foreclosing right of redemption be granted.

Respectfully Submitted,

The Defendant never received notice that his property was up for tax sale, prior to the tax sale in violation of Baltimore City law.
https://taxsale.baltimorecity.gov/tax-sale-process

Moreover, the Defendant made multiple attempts to resolve the tax issue including:

- Sending a check to The City of Baltimore on October 10, 2024 to pay the outstanding taxes [Exhibit A]
- The city applied those taxes to the 2024-2025 Tax Year [Exhibit B]
- Contacting the Plaintiff via Email on January, 8 2025 to potentially redeem [Exhibit C]
- Contacting the Plaintiff by phone on March 13, 2025 [Exhibit D]
- Ultimately mailing a certified check on March 17, 2025 ~~[Exhibit E]~~ [Exhibit E+G], which was received on March 19, 2025 [Exhibit F]

Vertex TL LLC, which was registered as a business only in 2024, and Steven Tessler, who was only registered to practice law in Maryland only in 2024, have been the plaintiff in 103 Right of Redemption cases as of April 4, 2025. They are systematically extracting generational wealth from long-time residents and business owners, even those who are willing and able to pay.

As such, I request a motion and hearing to resolve the issue.

Sincerely,
Fausto Gomez

Moreover, we believe Tess Law made procedural errors which preclude them from foreclosing the right of redemption. Including Service,

Fausto Gomez

229 N. Monroe ST
Baltimore, MD 21223
443-627-0201

[signature]

| | | |
|---|---|---|
| **VERTEX TL, LLC** | * | **IN THE** |
| **Plaintiff** | * | **CIRCUIT COURT** |
| **v.** | * | **FOR** |
| | * | **BALTIMORE CITY** |
| **FAUSTO GOMEZ,** ***et al.*** | * | **CASE NO.: C-24-CV-24-004451** |
| **Defendants** | * | |

* * * * * * * * * * * *

**ORDER**

The Motion To Vacate The Order of Judgment Foreclosing Right of Redemption, entered in the above-captioned matter on March 6, 2025, and no objection thereto having been interposed, it is this _____ day of _________________, 2025 Ordered that:

1. The Motion be and hereby is Granted,
2. The Order of Default entered on March 6, 2025 be and hereby is vacated, and
3. The Clerk is directed to send a copy of this Order to counsel for the Parties.

SO ORDERED:

________________________ ________________________

(DATE) (JUDGE)

< Front Back SAVE, PRINT OR EMAIL

229 N. MONROE ST
BALTIMORE, MD 21223

7-183/520 MD
5340

DATE 10/4/2024

PAY TO THE ORDER OF City of Baltimore Dept of Finance $ 1,020.17

One Thousand Twenty & 17/100 DOLLARS

BANK OF AMERICA

ACH R/T 052001633

FOR ACC#240163030 229 N. Monroe St. Fausto Gomez

⑈002589⑈ ⑆052001633⑆ 446032093487⑈

Exhibit A

**Mayor and City Council of Baltimore**
**Real Property Tax Levy**
**July 1, 2024 to June 30, 2025**

BUREAU OF REVENUE COLLECTIONS
200 HOLLIDAY STREET
BALTIMORE, MD 21202
TELEPHONE INQUIRIES:
BILLING 410-396-3000
IVR REFERENCE 2401630003000
STATE DEPARTMENT OF ASSESSMENTS 410-767-8250
STATE HOMEOWNER CREDIT 410-767-4433

GOMEZ FAUSTO
200 N MONROE ST
BALTIMORE MD. 21223

**Assessed Property:**
229 N MONROE ST

PROPERTY IDENTIFIER
WD SECTION BLOCK LOT
20 160 0163 030
LOT DIMENSIONS
16X85
NOT A PRINCIPAL RESIDENCE
CONSTANT YIELD $ 2.157 DIFFERENCE $ .091

| TAX DESCRIPTION | ASSESSMENT | RATE | TAX |
|---|---|---|---|
| STATE TAX | 42,400.00 | 0.112% | $47.49 |
| CITY TAX | 42,400.00 | 2.248% | $953.15 |
| TOTAL TAX | | | $1,000.64 |
| PAID 10/10/24 19.53 | | | ($1,020.17) |

**SEMIANNUAL PAYMENT SCHEDULE**

**1ST INSTALLMENT**

| IF PAID BY | DISCNT & PEN | PAY THIS AMOUNT |
|---|---|---|

**2ND INSTALLMENT**

| PAID BY | SER. CHG&I/P | PAY THIS AMOUNT |
|---|---|---|

Exhibit B

**From:** Alba De La Cruz <alba.adlc@gmail.com>
**Sent:** Wednesday, January 8, 2025 12:54 PM
**To:** steven@tesslaw.org <steven@tesslaw.org>
**Cc:** alba.adlc@gmail.com <alba.adlc@gmail.com>
**Subject:** Property address 229 N Monroe St Baltimore, MD 21223

Good afternoon,

The property owner is not aware of any tax issues or tax due.

Please see the property information below:

Property address: 229 N Monroe St Baltimore, MD 21223

Case number:
**C-24-CV-24-004451**

Property owner: Fausto Gomez

Can you please provide more information of what this tax sale is?

Thank you,

Exhibit C

**From:** "Clark, Lorraine (DOF)" <lclark@baltimorecity.gov>
**Date:** March 13, 2025 at 3:20:49 PM EDT
**To:** Steven Tessler <steven@tesslaw.org>
**Cc:** Faustogomez3080@hotmail.com, "Erinosho, Abisola (DOF)" <Abisola.Erinosho@baltimorecity.gov>, "Jeffers, Micaya (DOF)" <Micaya.Jeffers@baltimorecity.gov>
**Subject: 229 N MONROE ST-RELEASE?**

Good afternoon, the owner of the above property address is in the tax sale office to redeem the property. However, he states he has been unsuccessful receiving a reply from your office to receive the "Release" payment information. He would like to redeem the property as soon as possible. I have copied him on this email for the convenience of communicating between him and your office.

Thank you.

Exhibit D



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

OFFICIAL USE

9589 0710 5270 0147 1537 58

Cashier's Check - C

Void After 9

WASHINGTON BOULEVARD
720 5018139 034

Pay BANK OF AMERICA 3084

**Three Thousand Eighty Four and 80/100 Dollars**

To The Order Of TESS LAW LLC

Remitter (Purchased By): MARIQUITA DELI & GROCERY LLC

Bank of America, N.A.
SAN ANTONIO,TX

Retain for your Records

1641000983

BANK OF AMERICA

Cashier's Check

No. 6117402146

Void After 90 Days

NMD

Date 03/17/25 01:49:00 PM

WASHINGTON BOULEVARD
720 5018139 034

Pay BANK OF AMERICA 3084 80

**$3,084.80**

**Three Thousand Eighty Four and 80/100 Dollars**

To The Order Of TESS LAW LLC

Remitter (Purchased By): MARIQUITA DELI & GROCERY LLC

Bank of America, N.A.
SAN ANTONIO,TX

AUTHORIZED SIGNATURE

⑈6117402146⑈ ⑆114000019⑆ 1641000983⑈

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS

Exhibit E

**Tracking Number:**

**9589071052700147153758**

Copy Add to Informed Delivery

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 1:27 pm on March 19, 2025 in BALTIMORE, MD 21209.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**

**Delivered, Front Desk/Reception/Mail Room**

BALTIMORE, MD 21209
March 19, 2025, 1:27 pm

What Do USPS Tracking Statuses Mean?

Exhibit F

Fausto Gomez
229 N. Monroe St
Baltimore, MD 21223

March 17, 2025

Property: 229 N. Monroe St Baltimore, MD 21223

Check number 6117402146 Check amount: $3,084.80

To Whom It May Concern:

I have been trying to reach you please. I want to redeem the property above. I went to your office, but you were not there, that was only a PO Box. I had no choice but to send you a certified check.

Please feel free to contact me if you have any questions at my cell 443-627-0201.

Thank you,

Fausto Gomez

Fausto Gomez

ALBA DE LA CRUZ
Notary Public - Maryland
Baltimore City
My Commission Expires
06/18/2026

Exhibit G

CASE: C24-CV-24-004451

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April, 2025, I mailed a copy of the foregoing motion to vacate and request for hearing,
(Description of paper/pleading)

to:

Steven Tessler Tess Law LLC
Name of opposing party/attorney

2833 Smith Ave., #138
Address

Address (continued)

Baltimore, MD 21209
City, State and Zip

[signature]
(Signature)