**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Gomez,<br><br>Plaintiff,<br><br>v.<br><br>Schaffel, *et al.*,<br><br>Defendants. | Case No.: 1:26-cv-01445-MJM |

## DEFENDANT VERTEX TL LLC'S MOTION TO COMPEL COMPLIANCE WITH ECF NO. 35, FOR AN ORDER TO SHOW CAUSE, AND FOR LIMITED EXPEDITED DISCOVERY

ECF No. 40 fails to comply with the Court's September 1, 2026 Order. The Court directed Gomez to file "a signed disclosure identifying each individual who has prepared, or assisted in preparing, all documents Gomez has filed in this matter." ECF No. 35 ¶ 2. Gomez did not identify who prepared or assisted in preparing any filing. Instead, Gomez identified Pugsley only as someone who submitted MPIA requests, gathered public records, and reviewed translations—activities he did not connect to preparing a court filing—and stated merely that no attorney assisted him. ECF No. 40 at 1. That answers a different and narrower question and leaves the Court's express inquiry unanswered.

Accordingly, Vertex respectfully requests that the Court deem ECF No. 40 noncompliant with ECF No. 35; order Gomez, within three days, to identify under penalty of perjury "each individual who has prepared, or assisted in preparing, all documents Gomez has filed in this matter," ECF No. 35 ¶ 2; require him to specify the filings each person assisted in preparing and the nature of that assistance; and warn that any further failure to provide a direct and complete

answer may result in expedited discovery, including document production and depositions of Gomez and Pugsley, sanctions, or such other relief as the Court deems appropriate.

Date: September 8, 2026

Respectfully Submitted,

*/s/ Steven Tessler*
Steven Tessler[1]
#31873
Tess Law LLC
2833 Smith Ave., #138
Baltimore, MD 21209
(872) 222-7377
steven@tesslaw.org
*Counsel for Vertex TL*

**Certificate of Service**

I hereby certify that on September 8, 2026, I electronically filed the foregoing Motion, Memorandum, and proposed Order with the Clerk of the Court through the CM/ECF system, which will send notice of the filing to all registered counsel and parties.

*/s/ Steven Tessler*
Steven Tessler

[1] The above-signed appears solely as counsel for the above listed defendants, not in his individual capacity, and preserves all defenses to personal jurisdiction and service. *See*, *e.g.*, *Karcher v. May, 484 U.S. 72, 78 (1987)* (participation in litigation in one capacity does not make a person a party in another).