**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **FAUSTO GOMEZ,**<br>**Plaintiff,**<br><br>**v.**<br><br>**YISROEL ARYEH SCHAFFEL, et al.**<br>**Defendants.** | **Civil Action No.: MJM 26-1445** |

**ORDER**

Plaintiff Fausto Gomez ("Plaintiff") filed this civil action with a motion for leave to exceed the page limit in his Complaint. ECF No. 2. Since that time, Plaintiff has filed two Amended Complaints. ECF Nos. 5, 11. The Second Amended Complaint—Plaintiff's operative pleading—does not exceed the 40-page page limit set by Local Rule. *See* ECF No. 11; Loc. R. 103.1(d) (D. Md. Dec. 1, 2025). Therefore, Plaintiff's motion for leave to exceed the page limit is denied as moot.

Defendant Yitzchok Isaac Schleifer filed a motion to dismiss the Second Amended Complaint with prejudice for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). ECF No. 18. Thereafter, Plaintiff filed a notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 38. Rule 41(a)(1) provides that a voluntary dismissal by the plaintiff is "without prejudice[,]" "[u]nless the notice or stipulation states otherwise[.]" Fed. R. Civ. P. 41(a)(1)(B). Accordingly, the Second Amended Complaint shall be dismissed without prejudice as to Mr. Schleifer, Mr. Schleifer shall be terminated from this matter, and his motion to dismiss shall be denied as moot.

On September 1, 2026, upon motion of defendant Vertex TL LLC ("Vertex"), ECF No. 23, the Court entered an Order directing Plaintiff to file no later than September 10, 2026, a signed disclosure identifying each individual who has prepared, or assisted in preparing, all documents Gomez has filed in this matter, ECF No. 35. The Order was entered pursuant to Local Rule 102.1(a)(ii) (D. Md. Dec. 1, 2025). On September 8, 2026, Plaintiff filed a notice stating that a non-attorney friend of Plaintiff has assisted Plaintiff in various ways not clearly associated with any particular document Plaintiff has filed in this case. ECF No. 40. Plaintiff further states that no

attorney has assisted him with any filing in this matter. *Id.* Vertex filed a response to Plaintiff's notice challenging the notice as non-responsive to the Court's Order. ECF No. 42.

The Court agrees with Vertex to the extent that Plaintiff's notice provides an incomplete response to the Court's Order. To be clear, Plaintiff must identify *each* individual who has prepared, or assisted in preparing, *each* document Plaintiff has filed in this matter. If Plaintiff is the only individual who has prepared, or assisted in preparing, each document he has filed in this matter, then he must say so in those clear terms. The notice shall be verified under penalty of perjury.

Accordingly, it is this 8th day of September, 2026, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Plaintiff Fausto Gomez's motion for leave to exceed the page limit in his Complaint (ECF No. 2) is DENIED as moot;
2. Plaintiff Fausto Gomez's notice of voluntary dismissal as to defendant Yitzchok Isaac Schleifer (ECF No. 38) is APPROVED;
3. The Second Amended Complaint is DISMISSED without prejudice as to defendant Yitzchok Isaac Schleifer;
4. Defendant Yitzchok Isaac Schleifer is TERMINATED from this action;
5. Defendant Yitzchok Isaac Schleifer's motion to dismiss (ECF No. 18) is DENIED as moot;
6. Plaintiff Fausto Gomez SHALL FILE **no later than September 17, 2026,** a signed and verified disclosure identifying each individual who has prepared, or assisted in preparing, each documents plaintiff Fausto Gomez has filed in this matter, in accordance with the instructions above; and
7. The Clerk SHALL SEND a copy of this Order to plaintiff Fausto Gomez.

/S/
Matthew J. Maddox
United States District Judge