# EXHIBIT B

| | | |
|---|---|---|
| **VERTEX TL LLC,** | * | **IN THE** |
| ***Plaintiff,*** | * | **CIRCUIT COURT** |
| **v.** | * | **FOR BALTIMORE CITY** |
| **FAUSTO GOMEZ, *et al.*,** | * | **CASE NO.: C-24-CV-24-004451** |
| ***Defendants.*** | * | |

* * * * * * * * * * * * *

**ORDER DENYING MOTION FOR SANCTIONS WITHOUT PREJUDICE**

Upon consideration of (i) Vertex TL LLC's (the "Plaintiff") *Motion for Sanctions* (the "Motion"), filed on April 27, 2026; (ii) Fausto Gomez's (the "Defendant") Opposition to Plaintiff's April, 27 2026 Motion for Sanctions, filed on May 1, 2026; (iii) the Plaintiff's Response to Opposition and Motion for Sanctions, filed May 13, 2026; (iv) the Defendant's Reply to Opposition and Motion for Sanctions, filed May 26, 2026; and (v) the Plaintiff's Reply in Further Support of Motion for Sanctions, filed June 7, 2026; it is this 3rd of August, 2026, by the Circuit Court for Baltimore City, Part 4,

**ORDERED**, that the Motion is hereby **DENIED WITHOUT PREJUDICE**; and it is further

**ORDERED**, that the Defendant is hereby **CAUTIONED** that if he pursues any further baseless attempts to collaterally challenge the Court's Orders, the Court may consider all available remedies, including (i) awarding attorneys' fees to the Plaintiff for having to oppose the Defendant's baseless attempts to collaterally challenge the Court's Orders, and (ii) imposing a pre-filing injunction.

**08/03/2026 3:11:08 PM**

Entered: Clerk, Circuit Court for
Baltimore City, MD
August 3, 2026

Alan C. Lazerow
Associate Judge
Circuit Court for Baltimore City

**NOTICE TO CLERK:**
**PLEASE MAIL TRUE TEST COPIES OF THIS ORDER TO ALL PARTIES AND COUNSEL OF RECORD.**