# EXHIBIT C

| | | |
|---|---|---|
| **VERTEX TL, LLC, *et al.*,** | * | **IN THE** |
| **Plaintiffs,** | * | **CIRCUIT COURT** |
| **v.** | * | **FOR** |
| **FAUSTO GOMEZ, *et al.*,** | * | **BALTIMORE CITY** |
| **Defendants.** | * | **Case No. C-24-CV-24-004451** |

* * * * * * * * * * * * * * * * * * * * *

**ORDER STRIKING DEFENDANT FAUSTO GOMEZ'S EMERGENCY SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFENDANT'S 3/30/26 EMERGENCY MOTION TO ALTER OR AMEND ORDER DENYING MOTION TO QUASH WRIT OF POSSESSION**

Upon consideration of Defendant Fausto Gomez's Emergency Supplemental Memorandum in Support of Defendant's Emergency 3/30/26 Motion to Alter or Amend Order Denying Motion to Quash Writ of Possession, filed on April 22, 2026, it is, by the Circuit Court for Baltimore City

**ORDERED** that Defendant's Supplemental Memorandum be, and the same hereby is, **STRICKEN** on the grounds that Defendant's "Emergency Motion to Alter or Amend Order Denying Motion to Quash Writ of Possession Pursuant to Maryland Rule 2-534," specifically sought to alter or amend the Court's "Order Denying Defendant Fausto Gomez's Emergency Motion and Memorandum to Quash the Third Writ of Possession Issued by the Clerk of Court," which was entered on March 20, 2026. Defendant was time-barred from filing the Supplemental Memorandum more than ten days after the entry of this Order.

04/24/2026 2:29:30 PM
**Date**

Entered: Clerk, Circuit Court for Baltimore City, MD
April 27, 2026

**Judge**
**Circuit Court for Baltimore City**