# EXHIBIT D

| | | |
|---|---|---|
| **VERTEX TL, LLC, *et al.*,** | * | **IN THE** |
| **Plaintiffs,** | * | **CIRCUIT COURT** |
| **v.** | * | **FOR** |
| **FAUSTO GOMEZ, *et al.*,** | * | **BALTIMORE CITY** |
| **Defendants.** | * | **Case No. C-24-CV-24-004451** |

* * * * * * * * * * * * * * * * * * * * *

**ORDER DENYING DEFENDANT FAUSTO GOMEZ'S EMERGENCY MOTION AND MEMORANDUM TO QUASH THIRD WRIT OF POSSESSION ISSUED BY THE CLERK OF THE COURT**

Upon consideration of Defendant Fausto Gomez's Emergency Motion and Memorandum to Quash Third Writ of Possession Issued by the Clerk of the Court, filed March 5, 2025, and Plaintiff Vertex TL's Opposition to Defendant's Emergency Motion to Quash Third Writ of Possession and Cross-Motion for Order to Show Cause, filed on March 5, 2026, it is, by the Circuit Court for Baltimore City,

**ORDERED** that Defendant's Motion to Quash Third Writ of Possession be, and the same hereby is, **DENIED**. Having obtained a deed for the subject property, 229 North Monroe Street, additional plaintiffs Hadaf Anwar Alsamet, Mohamed Abdo Alnisafi, and Mohamed Dahan Shahbain were entitled to the issuance of a writ of possession. *See* Md. Code Ann., Tax-Prop. § 14-850 ("Any person who acquires a deed to property under this subtitle is entitled to issuance of a writ for possession of the property under the Maryland Rules as if the person had obtained a judgment awarding possession of the property."); and it is further

**ORDERED** that Plaintiff's Cross-Motion for Order to Show Cause be, and the same hereby is, **DENIED**.*

**03/19/2026 10:49:08 AM**

**Date**
Entered: Clerk, Circuit Court for
Baltimore City, MD
March 20, 2026

**Judge**
**Circuit Court for Baltimore City**

* Plaintiff references in the Opposition a Motion to Strike Appellate Brief for Fake Citations and Order to Show Cause and asserts that this Motion was docketed on February 10, 2026. *See* Opp. ¶ 39. However, no Motion to Strike was docketed on February 10, 2026, in this case.