# EXHIBIT F

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Gomez,<br>Plaintiff,<br>v.<br>Schaffel, et al.,<br>Defendants. | Case No.: 1:26-cv-01445-MJM |

**AFFIDAVIT OF SERVICE**

I, Steven Tessler, the undersigned, declare as follows:

1. That I am over the age of eighteen (18) years, am competent to testify to the matters stated herein, and am the Managing Member of Tess Law LLC, counsel of record for Defendant Vertex TL LLC in the above-captioned action. I make this Affidavit upon my own personal knowledge.
2. That on August 19, 2026, I served Plaintiff Fausto Gomez with Defendant Vertex TL LLC's Motion for Sanctions under Rule 11 and the accompanying cover letter (collectively, the "Rule 11 Papers") by electronic mail, transmitted to Plaintiff at his email address of record, FaustoGomez3080@hotmail.com.
3. That said electronic service was made pursuant to Federal Rule of Civil Procedure 11(c)(2) and effected by electronic means pursuant to Plaintiff's consent to electronic service under Federal Rule of Civil Procedure 5(b)(2)(E), which consent is reflected on the docket in this matter as of August 19, 2026.

4. That a true and correct copy of the electronic mail by which the Rule 11 Papers were served upon Plaintiff, together with the transmission details and attachments identified therein, is attached hereto and incorporated herein by reference.
5. That Plaintiff acknowledged receipt of said service. In a motion for extension of time filed by Plaintiff on September 8, 2026, Plaintiff represented to the Court that, "[o]n August 19, 2026, counsel for Defendant Vertex TL LLC served Plaintiff by email with a proposed Rule 11 motion and safe-harbor notice," and that "[a]bsent an order setting another time, the 21-day period under Rule 11(c)(2) runs on September 9, 2026," thereby confirming both the fact and the date of the service set forth herein.
6. That I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information, and belief.

Steven Tessler
09/09/2026
Tess Law LLC
2833 Smith Ave., #138
Baltimore, MD 21209
(872) 222-7377
steven@tesslaw.org

Gmail Tess-Law Office <office@tesslaw.org>

# Rule 11 Motion and Safe-Harbor Notice — Gomez v. Schaffel et al., No. 1:26-cv-01445-MJM

**Steven Tessler** <steven@tesslaw.org> Wed, Aug 19, 2026 at 10:15 AM
To: Fausto Gomez <FaustoGomez3080@hotmail.com>
Cc: Tess-Law Office <office@tesslaw.org>

Mr. Gomez:

Attached are Vertex TL LLC's Motion for Sanctions under Rule 11 and the accompanying letter. This email serves those papers pursuant to Rule 11(c)(2) and your consent to electronic service under Rule 5(b)(2)(E), reflected on the docket on August 19, 2026.

Vertex remains open to settlement discussions if you wish to pursue them.

Regards,

Steven Tessler, Esq.
Managing Member
Tess Law LLC
2833 Smith Ave., # 138
Baltimore, MD 21209
Tel: (872) 222-7377

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. To opt out of emails from Tess Law LLC, email office@tesslaw.org with "opt out" in the subject line. To records custodians: any request for records or information in this email is a formal request under the applicable public records act, including the MPIA, Illinois FOIA, and OPRA. This email and any attachments are confidential and may be privileged. If received in error, please notify the sender and delete it.

**2 attachments**

**Gomez Rule 11 Cover Letter (1).pdf**
221K

**Rule 11 Motion Gomez.pdf**
275K