IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FAUSTO GOMEZ,

Plaintiff,

v. Civil Action No. 1:26-cv-01445-MJM

VERTEX TL LLC, et al.,

Defendants.

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Protective Motion for Leave to File Third Amended Complaint and Plaintiff's Motion for Extension of Time (ECF 39), it is this ____ day of ________________, 2026, by the United States District Court for the District of Maryland, hereby

ORDERED that Plaintiff's Motion for Extension of Time (ECF 39) is GRANTED, and Plaintiff's deadlines to respond to the Motions to Dismiss at ECF 24 and ECF 27 are extended to September 28, 2026; and it is further

ORDERED that the proposed Third Amended Complaint attached to Plaintiff's Protective Motion is deemed a timely withdrawal and correction under Fed. R. Civ. P. 11(c)(2) of the matters challenged in the Rule 11 notice served August 19, 2026, and September 28, 2026 is set as the time under Rule 11(c)(2) for any further withdrawal or correction; and it is further

ORDERED that Plaintiff's Protective Motion for Leave to File Third Amended Complaint is HELD IN ABEYANCE, and Plaintiff may file a supplemented motion for leave and final proposed Third Amended Complaint on or before September 28, 2026; and it is further

ORDERED that Plaintiff's obligation to oppose ECF 24 and ECF 27 is held in abeyance pending the Court's ruling on the motion for leave to amend.

Matthew J. Maddox
United States District Judge