**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FAUSTO GOMEZ,

Plaintiff,

v. Civil Action No. 1:26-cv-01445-MJM

VERTEX TL LLC, et al.,

Defendants.

**PLAINTIFF'S NOTICE OF FILING OF EXHIBITS 1 THROUGH 7 TO PROPOSED THIRD AMENDED COMPLAINT (ECF NO. 45-1)**

Plaintiff Fausto Gomez, pro se, gives notice as follows:

1. On September 9, 2026, Plaintiff filed his Protective Motion for Leave to File Third Amended Complaint (ECF No. 45). The proposed Third Amended Complaint was attached to the motion as Exhibit A (ECF No. 45-1), together with a proposed order (ECF No. 45-2).

2. The proposed Third Amended Complaint cites Exhibits 1 through 7. Through inadvertence, those exhibits were not included in the September 9, 2026 submission.

3. Exhibits 1 through 7 to the proposed Third Amended Complaint are attached to this Notice. Each exhibit is labeled with the exhibit number used in the proposed Third Amended Complaint:

| **Exhibit** | **Description** |
|---|---|
| Exhibit 1 | March 2026 email correspondence with the Baltimore City Sheriff's Office regarding cancellation of the March 18, 2026 eviction |
| Exhibit 2 | Eviction notice based on the Quashed January 23, 2026 writ |
| Exhibit 3 | March 6, 2026 notice from Defendant Tessler of intent to take possession of the Property |
| Exhibit 4 | Photograph of Defendant McQueen at the March 18, 2026 eviction |
| Exhibit 5 | January 23, 2026 writ presented at the March 18, 2026 eviction |

| Exhibit | Description |
|---|---|
| Exhibit 6 | Email correspondence between Defendant Holman and Defendant Tessler |
| Exhibit 7 | Ashland Auction Group contract of sale dated May 12, 2025 |

4. This Notice does not change the proposed Third Amended Complaint (ECF No. 45-1) or the motion for leave (ECF No. 45). Plaintiff asks that the Clerk docket the attached exhibits as a supplement to ECF No. 45 so that the proposed Third Amended Complaint and its exhibits appear together on the docket. Plaintiff's requests regarding the sequencing of the motion for leave and his Motion for Extension of Time (ECF No. 39) are set out in ECF No. 45 and are unchanged.

Respectfully submitted,

Fausto Gomez
Plaintiff Pro Se
9315 Oak White Rd.
Nottingham, MD 21236
443-627-0201
FaustoGomez3080@hotmail.com

**CERTIFICATE OF SERVICE**

I certify that on September 10, 2026, the foregoing Notice, with Exhibits 1 through 7, was filed electronically with the Clerk of the Court, and that all counsel of record were served electronically.

Fausto Gomez