# Exhibit 1

# RE: Writ of Possession Quashed - Please Cancel Eviction 229. N Monroe

From nicholas.blendy3@baltimorecity.gov <Nicholas.Blendy3@baltimorecity.gov>

To don.pugsley@pm.me, Holman, Glenda <Glenda.Holman@baltimorecity.gov>, evictions@baltimorecitysheriff.gov, Cogen, Sam (Sheriff) <Sam.Cogen@baltimorecity.gov>, Washington, Kenyatta G. (Sheriff) <KenyattaG.Washington@baltimorecity.gov>, earl.mcqueen@baltimorecity.gov <Earl.McQueen@baltimorecity.gov>

CC Andrew Jiranek <andrew@jiraneklaw.com>

Date Thursday, March 19th, 2026 at 11:30 AM

---

Good morning,

I confirm receipt of this email.

---

**Nicholas T.R. Blendy, Esq.**

*Assistant Sheriff*

*Baltimore City Sheriff's Office*

111 North Calvert Street

**O:** 443-984-6326 **C:** 667-210-0872

sheriff.baltimorecity.gov

**From:** Donald Pugsley <don.pugsley@pm.me>

**Sent:** Thursday, March 19, 2026 9:20 AM

**To:** Holman, Glenda <Glenda.Holman@baltimorecity.gov>; evictions@baltimorecitysheriff.gov; Cogen, Sam (Sheriff) <Sam.Cogen@baltimorecity.gov>; Washington, Kenyatta G. (Sheriff) <KenyattaG.Washington@baltimorecity.gov>; Blendy, Nicholas (Sheriff) <Nicholas.Blendy3@baltimorecity.gov>; McQueen, Earl (Sheriff) <Earl.McQueen@baltimorecity.gov>

**Cc:** andrew@jiraneklaw.com

**Subject:** Re: Writ of Possession Quashed - Please Cancel Eviction 229. N Monroe

**CAUTION:** This email originated from outside of Baltimore City IT Network Systems.
**Reminder:** DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov

Good morning,

I'd like to note, that the Writ of Possession Sheriff McQueen presented to the property owner on March 18, to justify the eviction, was a Writ of Possession that was Quashed. (Attached). It's apparent that Sheriff McQueen presented the Quashed Writ of Possession, by looking at the dates on the Writ. I.e. it was issued on Jan 23, 2026 and stamped on Jan 28, 2026. Upon information and belief, the property owner wanted to take a picture of the second page of what was given to him, but Sheriff McQueen prevented him from doing so.

As a reminder, this Jan 23, 2026 Writ of Possession was quashed on 3/4/2026 because the Plaintiff "was not the title owner" of the property, and "was not entitled to a Writ of Possession". (Attached again). The Sheriff's Department was notified on 3/4/2026 that the Writ was Quashed and informed me the eviction was cancelled.

Additionally, the tax sale statute requires the property owner receive at least 30 days notice prior to eviction (14-836). The notice provided the property owner 1) happened on March 6, 2026, 2) was derived from the Jan 23 Writ of Possession that was Quashed on March 4, and 3) the property owner was evicted on March 18.

As stated earlier in this email chain, the same day the Jan 23 Writ was Quashed, Plaintiff obtained another Writ of Possession. Defendant filed an Emergency Motion to Quash this Writ and is waiting on the Court.

On Wednesday, March 18th, 2026 at 4:58 PM, Donald Pugsley <don.pugsley@pm.me> wrote:

> Hi,

The property owner of 229 N. Monroe was evicted today, March 18.

On Monday, March 9th, 2026 at 1:17 PM, Donald Pugsley <don.pugsley@pm.me> wrote:

> Thanks so much, Kenyatta!
>
> On Monday, March 9th, 2026 at 6:52 AM, Washington, Kenyatta G. (Sheriff) <KenyattaG.Washington@baltimorecity.gov> wrote:
>
>> Good morning that posting had already been assigned to the deputy's workload but yes that Writ of Possession has been canceled. We apologize for any confusion this may have caused.
>>
>> ***Kenyatta Washington***
>> Lieutenant
>> Field Services Division
>> 111 N. Calvert Street (Rear)
>> (410) 396-7412 (office)
>> (443) 525-2156 (mobile)
>>
>> Confidentiality Note: The information in this e-mail is confidential and may be legally privileged. It is intended solely for the addressees. Access to this e-mail by anyone other than the recipient is unauthorized. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the intended recipient, any disclosure, reproduction, distribution, or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.
>>
>> ---
>>
>> **From:** Donald Pugsley <don.pugsley@pm.me>
>> **Sent:** Friday, March 6, 2026 2:19 PM
>> **To:** Washington, Kenyatta G. (Sheriff) <KenyattaG.Washington@baltimorecity.gov>
>> **Cc:** Holman, Glenda <Glenda.Holman@baltimorecity.gov>; andrew@jiraneklaw.com <andrew@jiraneklaw.com>; Cogen, Sam (Sheriff) <Sam.Cogen@baltimorecity.gov>;

evictions@baltimorecitysheriff.gov <evictions@baltimorecitysheriff.gov>
**Subject:** Re: Writ of Possession Quashed - Please Cancel Eviction 229. N Monroe

**CAUTION:** This email originated from outside of Baltimore City IT Network Systems.
**Reminder:** DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov

Hi,

An eviction notice was delivered to the property owner around 10am this morning. (In spite of it being cancelled on March 5, and that it no longer shows up on the website).

A copy of the eviction notice is attached.

Is it safe to assume the eviction is still cancelled?

Thank you all so much for your help.

On Thursday, March 5th, 2026 at 1:17 PM, Donald Pugsley <don.pugsley@pm.me> wrote:

> Thank you! I now see that the eviction is no longer listed on the website.
>
> On Thursday, March 5th, 2026 at 12:29 PM, Washington, Kenyatta G. (Sheriff) <KenyattaG.Washington@baltimorecity.gov> wrote:
>
>> Good afternoon our system was updated showing the warrant was quashed. I recommend refreshing the browser then selecting it again. For some reason if you don't see it removed please call me direct.
>>
>> ***Kenyatta Washington***

Lieutenant
Field Services Division
111 N. Calvert Street (Rear)
(410) 396-7412 (office)
(443) 525-2156 (mobile)

Confidentiality Note: The information in this e-mail is confidential and may be legally privileged. It is intended solely for the addressees. Access to this e-mail by anyone other than the recipient is unauthorized. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the intended recipient, any disclosure, reproduction, distribution, or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

**From:** Donald Pugsley <don.pugsley@pm.me>
**Sent:** Thursday, March 5, 2026 12:20 PM
**To:** Holman, Glenda <Glenda.Holman@baltimorecity.gov>
**Cc:** Washington, Kenyatta G. (Sheriff) <KenyattaG.Washington@baltimorecity.gov>; andrew@jiraneklaw.com <andrew@jiraneklaw.com>; Cogen, Sam (Sheriff) <Sam.Cogen@baltimorecity.gov>; evictions@baltimorecitysheriff.gov <evictions@baltimorecitysheriff.gov>
**Subject:** Re: Writ of Possession Quashed - Please Cancel Eviction 229. N Monroe

**CAUTION:** This email originated from outside of Baltimore City IT Network Systems.
**Reminder:** DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov

Hi Ms. Holman,

Just following up.

Yesterday you cancelled the March 18 eviction. However, according the Baltimore City Sheriff website, the eviction is still scheduled for March 18.

May you please advise on if the eviction is cancelled or scheduled?

Property Address: 229 N. Monroe St

Case Number: C-24-CV-24-004451

Scheduled Eviction Date: 03/18/2026

Thank you

On Wednesday, March 4th, 2026 at 4:58 PM, Donald Pugsley <don.pugsley@pm.me> wrote:

Hi Ms. Holman,

After its Second Writ of Possession was Quashed by a Judge this afternoon, Vertex went ahead and got a Third Writ of Possession from the Clerks office about 30 minutes ago.

If they've submitted this latest Writ of Possession to you to schedule an eviction, could you let us know how this would affect eviction timelines?

The latest Writ of Eviction is attached.

On Wednesday, March 4th, 2026 at 3:17 PM, Donald Pugsley <don.pugsley@pm.me> wrote:

Thank you so much Ms. Holman for your action and quick reply. It alleviates a lot of stress for the property owner.

On Wednesday, March 4th, 2026 at 2:18 PM, Holman, Glenda <Glenda.Holman@baltimorecity.gov> wrote:

Received and cancelled.

***Glenda A. Holman, Fiscal Technician***
***Fines and Costs***
*Baltimore City Sheriff's Office*
*100 N. Calvert St. Room 104*
*(Mitchell Courthouse)*
*Field Services: 410-396-7412*
*Office: 443-984-6277, Fax: 410-396-7439*
***Email:*** *Glenda.holman@baltimorecity.gov*

---

**From:** Donald Pugsley <don.pugsley@pm.me>
**Sent:** Wednesday, March 4, 2026 1:52 PM
**To:** Holman, Glenda <Glenda.Holman@baltimorecity.gov>; Washington, Kenyatta G. (Sheriff) <KenyattaG.Washington@baltimorecity.gov>
**Cc:** andrew@jiraneklaw.com <andrew@jiraneklaw.com>; Cogen, Sam (Sheriff) <Sam.Cogen@baltimorecity.gov>
**Subject:** Writ of Possession Quashed - Please Cancel Eviction 229. N Monroe

**CAUTION:** This email originated from outside of Baltimore City IT Network Systems.
**Reminder:** DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov

Hello,

May you please cancel the following eviction? The Writ of Possession that was used to schedule the eviction was Quashed, because the requestor does not possess the deed. A copy of the Order to Quash is attached.

Property Address: 229 N. Monroe St

Case Number: C-24-CV-24-004451

Scheduled Eviction Date: 03/18/2026

If you'd be so kind, could you please let us know that the eviction has been cancelled, or if you need additional info from us? We do not have full confidence that the Plaintiff pursuing the eviction will reach out to your department.

Thank you

---

**147.43 KB** 6 embedded images

image001.png 12.73 KB | image002.png 524 bytes | image003.png 545 bytes | image004.png 885 bytes | image005.png 35.70 KB | image006.png 97.08 KB

# Exhibit 2

# Baltimore City Sheriff's Office

Main Office
The Mitchell Courthouse
100 N. Calvert St.
Baltimore, MD 21202
Phone: 410-396-1155
Fax: 410-727-3507

Field Services Office
The Elijah Cummings Courthouse
111 N. Calvert St.
Baltimore, MD 21202
Phone: 410-396-7412 ***
Fax: 410-396-7439

Date: February 11, 2026
Defendant: FAUSTO GOMEZ ET AL
Address: 229 N MONROE ST
BALTIMORE, MD 21223
Case Name: VERTEX TL LLC VS FAUSTO GOMEZ ET AL
Case #: C-24-CV-24-004451

District
**10 - 01**

Dear Occupant(s):

Per an Order of the Court issued out of the Circuit Court for Baltimore City. I do hereby command you to vacate the premises of:

229 N MONROE ST, BALTIMORE, MD 21223

before Wednesday, March 18, 2026. The eviction will be executed on the date included in this letter. Any property left on the foreclosed property will be considered abandonded and may be disposed of on execution of the writ of possession. This is the final notice of the date of the eviction, even if the eviction date is postponed by the sheriff or the court.

Deputy: [signature]
Badge #: 4086

Date Posted: 3/6/26

BCSO/gah

Published: 2/11/2026 5:47 PM

# Exhibit 3


Steven Tessler
Tess Law
2833 Smith Ave # 138
Baltimore MD 21209-1426

BALTIMORE MD 212
6 MAR 2026 PM 4 L

$0.74⁰
US POSTAGE IMI
FIRST-CLASS
FROM 21209
03/04/2026
Stamps.com

Occupant
229 N Monroe St
BALTIMORE MD 21223-1659

Notice of Taking P Possession of Property

**TESS LAW LLC**
2833 Smith Ave., #138
Baltimore, MD 21209
(872) 222-7377
steven@tesslaw.org

Attn:
Occupant
229 N Monroe St
Baltimore, MD 21223

Plaintiffs intend to take possession of the property which is the subject of C-24-CV-24-004451, pursuant to the attached judgment issued on March 6, 2025. You have been previously noticed multiple times to vacate the property. Plaintiffs have obtained a writ of possession from the court, and if you do not vacate it, the sheriff will vacate it. As described in the motion filed with the court, if you do not vacate it immediately, Plaintiffs are seeking a money judgment against you. Plaintiffs will waive said money judgment, and they will stop pursuing such judgment if you vacate the property immediately and dismiss the appeal.

Sincerely,

Steven Tessler
Attorney at Law
Tess Law LLC
2833 Smith Ave., #138
Baltimore, MD 21209
(872) 222-7377
steven@tesslaw.org

E-SERVED Baltimore City Circuit Court 3/4/2026 4:17 PM System SystemEnvelope:25394049
E-FILED; Baltimore City Circuit Court
Docket: 3/4/2026 4:17 PM; Submission: 3/4/2026 4:17 PM
Envelope: 25394049

| | | |
|---|---|---|
| VERTEX TL, LLC, | * | IN THE |
| Plaintiff, | * | CIRCUIT COURT |
| v. | * | FOR |
| FAUSTO GOMEZ, *et al.*, | * | BALTIMORE CITY |
| Defendants. | * | Case No. C-24-CV-24-004451 |

* * * * * * * * * * * * * * * * * * * * * * *

**JUDGMENT FORECLOSING RIGHT OF REDEMPTION**

The submissions in the above captioned case having been read and considered, the Court finds that all Defendants were personally served or were notified in accordance with Maryland Rule 14-503 and §14-839(a) of the Tax-Property Article of the Maryland Code Annotated and also were notified by an Order of Publication issued out of this Honorable Court, that the time limit set in the Order of Publication and in the summons has expired, and that no redemption has been made by any party in interest. Therefore, it is, by the Circuit Court for Baltimore City

**ORDERED** that judgment be, and it is hereby, entered in favor of Plaintiff foreclosing the right of redemption in the property below described as: 229 N. Monroe St., Lot Size: 16X85 (being known as: Ward 20, Section 16, Block 0163, Lot 030 on the Tax Roll of the Director of Finance); and it is further

**ORDERED** that Plaintiff is vested with an absolute and indefeasible **fee simple** title, free and clear of all alienations and descents of the property occurring before the date of the judgment and encumbrances on the property, except taxes and municipal liens that have accrued after the date of the sale and easements of record and any other easement to which the property is subject that may be observed by an inspection of the property; and it is further

**ORDERED** that the Director of Finance shall execute and deliver a Deed to the Plaintiff, his successors and assigns, in accordance with the provisions of §§ 14-831 and 14-847 of the Tax-Property Article of the Maryland Code Annotated; and it is further

**ORDERED** that the Supervisor of Assessments of Baltimore City shall enroll Plaintiff as the **fee simple** owner of the above-described property.

**The Clerk is directed to close the case.** 02/27/2025 3:10:15 PM

**Plaintiff to pay costs.**

Entered: Clerk, Circuit Court for
Baltimore City, MD
March 6, 2025

Date

[signature]

Judge

Kevin A. Coney

# Exhibit 4


E. McQUEEN
SHERIFF

# Exhibit 5

Wed March 18, 2026

**CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND**
CIVIL DIVISION
Mitchell Courthouse
100 Mitchell Courthouse - Room 142
Baltimore, Maryland 21202
Main: 410-333-3733
Civil: 410-333-3722
Criminal: 410-333-3750
Family: 410-333-3709/3738
Juvenile: 443-263-6300

10-01

BALTIMORE CITY SHERIFF
JAN 28 '26 PM5:42

**Case Number:** C-24-CV-24-004451
**Other Reference Number(s):** ACM-REG-1791-2025

**VERTEX TL LLC VS. FAUSTO GOMEZ, ET AL.**

Date: 1/23/2026

## WRIT OF POSSESSION

TO THE SHERIFF OF BALTIMORE CITY:

Upon a Judgment entered, and in accordance with instructions attached, you are directed to place the party in possession of the following property:

229 N Monroe Street, Baltimore, MD 21223

In the event the Judgment in this proceeding awards possession of the property, or payment of its value in the alternative, you are hereby directed to levy upon real or personal property of a value equal to the value stated in the attached instructions, if the property specified in these instructions cannot be found.

Xavier A. Conaway
Clerk of the Circuit Court

**Requesting Attorney:** Steven Tessler

Enclosed:
Copy of the Order
Copy of the Request for Writ of Possession

**LOCKOUT STINTS ARE 11:00 AM – 1:00 PM**

# Exhibit 6

Tess-Law Office <office@tesslaw.org>

Gmail

**Fwd: Schedule Lockout: Case Nos.: C-24-CV-24-004719 - C-24-CV-24-004747 - C-24-CV-24-004454**

Thu, May 1, 2025 at 6:58 PM

**Tess-Law Office** <office@tesslaw.org>
To: glenda.holman@baltimorecity.gov
Cc: Steven Tessler <steven@tesslaw.org>

Hello Glenda,

Apologies for the late reply, yes these proposed dates for these evictions should work, thank you.

Can you please confirm which will be first on the 22nd?

Thank you

---------- Forwarded message ---------
From: **Holman, Glenda** <Glenda.Holman@baltimorecity.gov>
Date: Tue, Apr 29, 2025, 5:16 PM
Subject: Schedule Lockout: Case Nos.: C-24-CV-24-004719 - C-24-CV-24-004747 - C-24-CV-24-004454
To: Steven Tessler <steven@tesslaw.org>

Hello,

I would like to schedule the subject lockouts on the proposed dates. Please confirm.

| Sched Date | Defendant | Address | Case No. |
|---|---|---|---|
| Wednesday, 05/21/2025 -- 11 am - 1 pm | B & L ENTERPRISES LLC ET AL | 2552 BOYD ST | C-24-CV-24-004719 |
| Thursday, 05/22/2025 -- 11 am - 1 pm | BNR LLC ET AL | 2034 E LANVALE ST | C-24-CV-24-004747 |
| Thursday, 05/22/2025 -- 11 am - 1 pm | ANTONIO GREEN ET AL | 2400 E HOFFMAN ST | C-24-CV-24-004454 |

*Glenda A. Holman*
**Fines and Costs**
Baltimore City Sheriff's Office
100 N. Calvert St. Room 102
Office: 410-396-1155
Fax: 410-545-7773
glenda.holman@baltimorecity.gov

Outlook

**Re: Schedule Lockout: Case No.: C-24-CV-24-004451 - 229 N MONROE ST**

From Holman, Glenda <Glenda.Holman@baltimorecity.gov>
Date Tue 5/27/2025 8:36 AM
To Tess-Law Office <office@tesslaw.org>
Cc Steven Tessler <steven@tesslaw.org>

Confirmed.

Glenda A. Holman
**Fines and Costs**
Baltimore City Sheriff's Office
100 N. Calvert St., Room 102
Office: 410-396-1155
Fax: 410-545-7773
glenda.holman@baltimorecity.gov

**From:** Tess-Law Office <office@tesslaw.org>
**Sent:** Friday, May 23, 2025 5:03 PM
**To:** Holman, Glenda <Glenda.Holman@baltimorecity.gov>
**Cc:** Steven Tessler <steven@tesslaw.org>
**Subject:** Re: Schedule Lockout: Case No.: C-24-CV-24-004451 - 229 N MONROE ST

**CAUTION:** This email originated from outside of Baltimore City IT Network Systems.
**Reminder:** DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov
Hello Glenda,

Our client would like to cancel this eviction at this time.

Thank you

On Thu, May 8, 2025 at 6:54 PM Tess-Law Office <office@tesslaw.org> wrote:
Hello,

Thank you for confirming.

On Thu, May 8, 2025 at 5:23 PM Holman, Glenda <Glenda.Holman@baltimorecity.gov> wrote:
My apologies. The correct date is May 28, 2025.

Glenda A. Holman
**Fines and Costs**
Baltimore City Sheriff's Office
100 N. Calvert St., Room 102
Office: 410-396-1155
Fax: 410-545-7773
glenda.holman@baltimorecity.gov

**From:** Tess-Law Office <office@tesslaw.org>
**Sent:** Thursday, May 8, 2025 1:55 PM
**To:** Holman, Glenda <Glenda.Holman@baltimorecity.gov>
**Cc:** Steven Tessler <steven@tesslaw.org>
**Subject:** Re: Schedule Lockout: Case No.: C-24-CV-24-004451 - 229 N MONROE ST

**CAUTION:** This email originated from outside of Baltimore City IT Network Systems.
**Reminder:** DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov
Good afternoon Ms. Holman,

Can you please confirm that this is going to be on the 28th of May and not the 2nd of June.

We are unable to do the 2nd of June

Thank you

On Thu, May 8, 2025 at 11:10 AM Holman, Glenda <Glenda.Holman@baltimorecity.gov> wrote:

| Sched Date | Defendant | Address | Case No. |
|---|---|---|---|
| Monday, 06/02/2025 -- 11 am - 1 pm | FAUSTO GOMEZ ET AL | 229 N MONROE ST | C-24-CV-24-004451 |

*Glenda A. Holman*
**Fines and Costs**
Baltimore City Sheriff's Office
100 N. Calvert St. Room 102
Office: 410-396-1155
Fax: 410-545-7773
glenda.holman@baltimorecity.gov

**From:** Tess-Law Office
**Sent:** Thursday, May 8, 2025 8:28 AM
**To:** Holman, Glenda
**Cc:** Steven Tessler
**Subject:** Re: Schedule Lockout: Case No.: C-24-CV-24-004451 - 229 N MONROE ST

**CAUTION:** This email originated from outside of Baltimore City IT Network Systems.
**Reminder:** DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov
Good morning Ms. Holman,

We are on board for Wednesday, the 28th.

Can you please confirm the time? Is it 11am-1pm?

Thank you

On Wed, May 7, 2025 at 10:57 AM Tess-Law Office <office@tesslaw.org> wrote:
Good morning,

That should work, I am just confirming with the team and will let you know.

On Wed, May 7, 2025 at 10:10 AM Holman, Glenda <Glenda.Holman@baltimorecity.gov> wrote:
Good morning,

Will Wednesday, May 28, 2025 suffice?

*Glenda A. Holman*
**Fines and Costs**
Baltimore City Sheriff's Office
100 N. Calvert St. Room 102
Office: 410-396-1155
Fax: 410-545-7773
glenda.holman@baltimorecity.gov

**From:** Steven Tessler <steven@tesslaw.org>
**Sent:** Wednesday, May 7, 2025 10:07 AM
**To:** Holman, Glenda <Glenda.Holman@baltimorecity.gov>; Tess-Law Office <office@tesslaw.org>
**Subject:** Re: Schedule Lockout: Case No.: C-24-CV-24-004451 - 229 N MONROE ST

**CAUTION:** This email originated from outside of Baltimore City IT Network Systems.
**Reminder:** DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov
Good morning Ms. Holman,

I hope you are doing well.

Our team is not available the 2nd and 3rd of June. Is there anything available either a few days before or after (preferably before)?

Thank you so much for all of your help.

---

Steven Tessler, Esq.
Managing Attorney
Tess Law LLC
2833 Smith Ave
#138
Baltimore, MD 21209
Tel: (872) 222-7377

This e-mail, including any attachments, may contain information that is PRIVILEGED AND CONFIDENTIAL and protected by law from disclosure and is intended solely for the exclusive use of the recipient or the recipient's authorized agent. If you are not the intended recipient, you are hereby notified that any dissemination, copying, distribution, retention, re-transmission, printing or any other use of this e-mail and/or attachments contained herein is strictly prohibited. If you have received this e-mail in error, please immediately send an e-mail reply to notify the sender and immediately and permanently delete this e-mail from your computer system.

On Tue, May 6, 2025 at 4:43 PM Holman, Glenda <Glenda.Holman@baltimorecity.gov> wrote:

Hello,

I would like to schedule the subject lockout on the proposed date. Please confirm.

| Sched Date | Defendant | Address | Case No. |
|---|---|---|---|
| Monday, 06/02/2025 -- 11 am - 1 pm | FAUSTO GOMEZ ET AL | 229 N MONROE ST | C-24-CV-24-004451 |

Glenda A. Holman
**Fines and Costs**
Baltimore City Sheriff's Office
100 N. Calvert St., Room 102
Office: 410-396-1155
Fax: 410-545-7773
glenda.holman@baltimorecity.gov

# Exhibit 7

# AFFIDAVIT OF ELIEZER YABLONOVSKY

The undersigned hereby affirms under the penalties of perjury and upon personal knowledge that the contents of this document are true:

1. That I am a competent private person over the age of 18 years, and am not a party to the above action.

2. That I am an employee of TESS LAW LLC and that my job duties include, *inter alia*, processing incoming mail related to any of our tax sale cases and assisting in our clients' post foreclosure sales process.

3. On May 12, 2025, VERTEX TL LLC went under contract with a buyer for the property 229 N Monroe St. Baltimore, MD 21223 for the price of $209,000.

4. That on October 20, 2025, I processed the mail for our office address, 2833 Smith Ave., #138 Baltimore, MD 21209. There was a Notice of Appeal received from Fausto Gomez for Case No. C-24-CV-24-004451 and there was no Civil Appeal Information Report included.

Eliezer Yablonovsky
Tess Law LLC
10/21/2025
(872) 222-7377
2833 Smith Ave., #138
Baltimore, MD 21209

# Ashland Auction Group

920 S. Conkling St. Baltimore, MD 21224
***Phone* (410) 488-3124 *Fax* (410) 488-3125**
**Washington, DC Office:** 1725 I Street N.W. Suite 300 Washington, DC 20006 ***Phone* (202) 304-1550**
www.AshlandAuction.com

## Real Estate Contract of Sale

I/We, [redacted] [redacted] (*Purchaser*)

have this 12th , May 2025 purchased the property known as:

229 N Monroe St. Baltimore, MD 21223

**BID PRICE: $[redacted] Dollars**

**BUYER'S PREMIUM: $[redacted] Dollars**

BUYER'S PREMIUM: 10% of the Bid Price or $1,000 Auction Service Fee, whichever amount is greater, has been added to the Purchaser's highest bid. The highest bid, plus the Buyer's Premium referenced herein, equals the Total Purchase Price. The Buyer's Premium shall not be considered commission related to the sale of real estate but rather a fee associated with the auctioneer's services.

**TOTAL PURCHASE PRICE (Including Buyer's Premium): $[redacted] Dollars**

**INITIAL DEPOSIT: $[redacted]** (Paid at Auction)

Upon execution hereof, Purchaser agrees to deposit cash or certified funds in the amount listed below with Ashland Auction Group, LLC. All deposits are held by Ashland Auction Group, LLC in a non- interest bearing escrow account. Balance of purchase price shall be due from Purchaser at closing. Failure to make Deposit in full is a default hereunder. The Deposit will be forfeited if settlement is not completed on or before the Settlement Date.

**ANNUAL GROUND RENT: $** Fee Simple

**Time is of the Essence of every provision herein containing a time element.**
**CONDITION OF THE PROPERTY:** The Purchaser is responsible for conducting his own due diligence concerning the Property. The Property may be subject to a ground rent, covenants, conditions, restrictions and the like, and is sold subject to existing housing, building and zoning code violations as well as potential environmental problems, violations and/or remedial agreements. The Purchaser agrees and acknowledges that the Property is sold and accepted in "AS- IS, WHERE- IS" condition without any expressed or implied warranties as to the nature, physical condition, description, use, structural integrity, construction, workmanship, materials, habitability, zoning, environmental condition, fitness for a particular use, purpose or merchantability.

**MARKETABLE TITLE:** Upon payment of the purchase price, a Deed for the property shall be executed by the Seller and shall convey the property to the Buyer. Title to the property shall be good and marketable, free of liens, encumbrances, subject to all applicable ground rent, covenants, conditions, restrictions, easements, rights of way, laws, ordinances, regulations, charges, taxes and assessments, rights of others in party walls of the Property, and any other matters of record. The buyer has the right to choose his own settlement agent or attorney to conduct settlement.


ashland
AUCTION GROUP
AUCTIONS
MAKE AN OFFER
BUYERS
SELLERS
AGENTS
ABOUT
229 n monroe
Date: Ascending
Page 1 of 1
Calendar
Pre Sold I Under Contract
229 N Monroe St. Baltimore, MD 21223
Online
This Auction has Ended
STARTING BID
$85,000
INITIAL DEPOSIT
$15,000
Pre-Sold I Under Contract
Auction Begins 05/16 10:00 AM, Auction Ends 05/20 1:05 PM
Foreclosure I Corner Store w/ Possible Second Floor Apartment
229 N Monroe St. Baltimore, MD 21223
Online
This Auction has Ended
CURRENT BID
$120,000
Reserve not met
INITIAL DEPOSIT
$15,000
Pre-Auction Offers: Accepted
Auction Begins 04/28 10:00 AM, Auction Ends 04/30 7:30 PM
20 Per Page
Page 1 of 1