# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| Gomez,<br><br>Plaintiff,<br><br>v.<br><br>Schaffel, *et al.*,<br><br>Defendants. | Case No.: 1:26-cv-01445-MJM |

**ORDER**

Upon consideration of Defendant Vertex TL LLC and Defendants Mohamed Dahan Shahbain, Hadaf Anwar Alsamet, and Mohamed Abdo Alnisafi's Joint Motion for a Preliminary Prefiling Injunction, Plaintiff's response, any reply, the exhibits, the arguments presented at any hearing, and the entire record, it is this ___ day of __________, 2026, by the United States District Court for the District of Maryland, hereby

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that ECF No. 45 and the proposed Third Amended Complaint at ECF No. 45-1 are **HELD IN ABEYANCE** and shall not become operative unless the Court orders otherwise; and it is further

**ORDERED**, that until Gomez fully complies with ECF No. 43 and Local Rule 102.1(a)(ii), Gomez may file only the disclosure required by ECF No. 43, a response to a

pending motion, a paper expressly required by an order of this Court, an appellate paper, or a paper for which this Court grants prior leave; and it is further

**ORDERED**, that, separately, until the Court resolves the motions to dismiss at ECF Nos. 24 and 27/29 or orders otherwise, Gomez **SHALL NOT** file an amended or supplemental complaint or a motion seeking leave to amend or supplement. No defendant is required to answer or otherwise respond to ECF No. 45-1 unless the Court permits that pleading to become operative; and it is further

**ORDERED**, that Gomez may request prior leave for a genuinely necessary filing otherwise barred by this Order. Any request shall attach the proposed paper and explain why it cannot await full compliance with ECF No. 43 or resolution of the pending motions to dismiss, as applicable; and it is further

**ORDERED**, that the Court finds that this temporary injunction is limited to this action, preserves Gomez's ability to comply with Court orders and participate in adjudication of the operative complaint, and is narrowly tailored to enforce ECF No. 43 and prevent serial amendments from displacing ripe motions and imposing repeated response costs before threshold issues are resolved; and it is further

**ORDERED**, that because this injunction regulates only filing procedure and creates no cognizable monetary risk to Gomez, security under Federal Rule of Civil Procedure 65(c) is **WAIVED**. *Alternatively*, security is set at $1.00.

**IT IS SO ORDERED.**

Date:_________________

_____________________
The Honorable Matthew J. Maddox
U.S. District Court
District of Maryland at Baltimore