**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**FAUSTO GOMEZ,**

**Plaintiff,**

**v.** **Civ. No. MJM-26-1445**

**YISROEL ARYEH SCHAFFEL, *et al.*,**

**Defendants.**

* * * * * * * * * *

**ORDER**

For reasons stated during the telephonic status conference on September 15, 2026, it is by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Defendants Dahan Shahbain, Hadaf Anwar Alsamet, and Mohamed Abdo Alnisafi's Motion for Extension of Time (ECF No. 37) is GRANTED;
2. Defendants Dahan Shahbain, Hadaf Anwar Alsamet, and Mohamed Abdo Alnisafi's deadline to respond to the Second Amended Complaint is HELD IN ABEYANCE until further order of the Court;
3. Plaintiff Fausto Gomez's Motion for Extension of Time to Amend the Complaint and to Respond to the Pending Motions to Dismiss and Rule 11 Notice (ECF No. 39) is GRANTED;
4. Plaintiff Fausto Gomez shall file any further motion for leave to amend the Complaint and any responses to the pending motions to dismiss and Rule 11 notice **no later than September 28, 2026**;

5. Plaintiff Fausto Gomez shall attach to any further motion for leave to amend (1) a clean copy of the proposed amended pleading and (2) a copy of the proposed amended pleading in which stricken material has been lined through or enclosed in brackets and new material has been underlined or set forth in bold-face type;
6. Defendants Vertex TL LLC, Dahan Shahbain, Hadaf Anwar Alsamet, and Mohamed Abdo Alnisafi's Motion for a Preliminary Prefiling Injunction (ECF No. 48) is DENIED WITHOUT PREJUDICE; and
7. The Clerk SHALL SEND a copy of this Order to the plaintiff and to counsel for the defendants.

It is SO ORDERED this 15th day of September, 2026.

/S/
Matthew J. Maddox
United States District Judge