AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:26-cv-01445-MJM**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Steven Tessler**
was received by me on **8/10/2026:**

☐ I personally served the **SUMMONS IN CIVIL ACTION; SECOND AMENDED COMPLAINT** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒ I returned the summons unexecuted because **Unknown** after attempting service at **3505 W North Shore Ave, Lincolnwood, IL 60712-3717**; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 88.00** for services, for a total of **$ 88.00**.

I declare under penalty of perjury that this information is true.

Date: 08/20/2026

[signature]
*Server's signature*

**Ahmed Moustapha**
*Printed name and title*

**10 South Riverside Plaza**
**Suite 875**
**Chicago, IL 60606**
*Server's address*

Additional information regarding attempted service, etc:

**8/11/2026 10:37 AM: I spoke with an individual who identified themselves as the resident and they stated subject unknown. I spoke with a neighbor who doesn't recognize name.**
**8/11/2026 7:00 PM: I spoke with an individual who identified themselves as the resident and they stated subject unknown. I spoke with a neighbor who doesn't recognize name.**
**8/19/2026 9:57 AM: I spoke with an individual who identified themselves as the resident and they stated subject unknown. I spoke with a neighbor who doesn't recognize name. I think they avoid the job**

Tracking #: **0237800954**