SERVED 123 LLC

**Served 123 - Nationwide Litigation Support**

**STEVEN TESSLER , 33 Years Old (Chicago, IL, Lincolnwood, IL)** **3505 W NORTH SHORE AVE, LINCOLNWOOD, IL 60712-3717 (COOK COUNTY) (01/05/2021 to 08/12/2026)**

**STEVEN TESSLER (09/02/2012 to 05/02/2026)**

SSN or ITIN: **XXX-XX**[redacted]

**Date of Birth**
DOB: **XX/XX/1993** (96%)
Age: **33**

Gender: **Male**
Dates at Searched Location: **01/05/2021 to 08/12/2026**

**Possible Relatives**
Shoshana Berger **1984** Age: **42**
Esther Reifer **1990** Age: **35**
David Tessler **1956** Age: **70**
Joshua Tessler **1984** Age: **42**
Rachel Tessler **1960** Age: **66**
Rachel Tessler **1988** Age: **38**
Rena Tessler **1988** Age: **38**
Shira Tessler **1996** Age: **30**
Tehila Tessler **2000** Age: **25**
Esther Zwick **1982** Age: **43**

**Indicators**
Bankruptcies: **None Found**
Liens: **None Found**
Judgments: **None Found**

**Cities**
Chicago, IL (08/2011 to 08/27/2016)
Lincolnwood, IL (01/05/2021 to 08/12/2026)

**Possible Phones**
**(773) 463-6622** (CT) (VoIP) (90%)
**(312) 818-2251** (CT) (LandLine) (70%)
**(773) 682-8527** (CT) (Mobile) (66%)
**(312) 738-1717** (CT) (VoIP) (66%)
**(773) 463-6655** (CT) (LandLine) (66%)
**(305) 343-3434** (ET) (Mobile) (39%)

**Counties**
Cook County, IL (08/2011 to 08/12/2026)

**Possible Email Addresses**
snickers731@ymail.com (79%)
shlomotess@gmail.com (70%)

**Address History (2)**
**3505 W NORTH SHORE AVE, LINCOLNWOOD, IL 60712-3717 (COOK COUNTY)** (01/05/2021 to 08/12/2026)
Subdivision Name: **DEVON MCCORMICK BLVD**
Possible Subject's Phone
**(773) 463-6622(CT)** - **STEVEN TESSLER**

**3600 W GLENLAKE AVE, CHICAGO, IL 60659-1109 (COOK COUNTY)** (08/2011 to 08/27/2016)

Subdivision Name: **OLIVER SALINGER COS 2ND KIMB**