Outlook

**Re: Service of Process for Case No. 1:26-cv-01445**

**From** Steven Tessler <steven@tesslaw.org>
**Date** Tue 9/1/2026 4:14 AM
**To** Fausto Gomez <FaustoGomez3080@hotmail.com>

Mr. Gomez,

Your email and attachments do not constitute service of process. Service must comply with Federal Rule of Civil Procedure 4(e) and the Court's July 10, 2026 Order. ECF No. 7 at 1–3. The Supreme Court rejected reliance on "mere receipt of the complaint unattended by any formal service." *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 348 (1999). The Fourth Circuit likewise held that the "plain requirements for the means of effecting service of process may not be ignored." *Armco, Inc. v. Penrod-Stauffer Bldg. Sys., Inc.*, 733 F.2d 1087, 1089 (4th Cir. 1984). Nothing in this response accepts service or consents to service by email. I expressly reserve all rights, defenses, and objections, including under Rules 12(b)(2), 12(b)(4), and 12(b)(5).

Sincerely,

Steven Tessler, Esq.
Managing Member
Tess Law LLC
2833 Smith Ave., # 138
Baltimore, MD 21209
Tel: (872) 222-7377
This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. To opt out of emails from Tess Law LLC, email office@tesslaw.org with "opt out" in the subject line. To records custodians: any request for records or information in this email is a formal request under the applicable public records act, including the MPIA, Illinois FOIA, and OPRA. This email and any attachments are confidential and may be privileged. If received in error, please notify the sender and delete it.

On Fri, Aug 28, 2026 at 10:51 AM Fausto Gomez <FaustoGomez3080@hotmail.com> wrote:

> Mr. Tessler,
>
> A process server has attempted to serve you the summons and complaint for Federal District of Maryland case 1:26-cv-01445. However, the process server reports that the person(s) who identify themselves as the resident state that they don't know you.
>
> The address they attempted to serve is 3505 W North Shore Ave, Lincolnwood, IL 60712.
>
> May you please provide an address where you can be served? If the above address is correct, may you please ensure the occupants accept the summons and complaint? Please let me know how you decide to proceed, so that I may instruct the process server accordingly.
>
> I've also attached a copy of the summons and complaint to this email.
>
> Sincerely,

Fausto Gomez