


## NEED A MAILBOX?

Fill out the form below or stop by to get a mailbox application

PDF
Mailbox Application.pdf

## MAILBOX RENTALS

Our mailboxes come with a lot of perks! Including:

- Extended hours and weekend access.
- A real physical address, not just a P.O Box, perfect for businesses!
- Email notifications*
- Receive FedEx, UPS & USPS packages.
- Access to rental meeting rooms and conference center.

LEARN MORE



THE POSTAL SECRETARY

Google Reviews ★★★★★

HOME MAILBOXES SERVICES ABOUT US CONTACT

Postal Secretary
2833 Smith Ave, Baltimore, MD

4.9 ★★★★★ 47 reviews

Write a review

Sort by: Most relevant

# CONTACT US

**USPS | FEDEX | UPS | AMAZON HUB**




2833 Smith Ave.
Baltimore, MD 21209
contact@postalsecretary.com

Name
Email
Subject
Message

Submit




## The Postal Secretary Inc.

4.7 ★★★★★ 90 Google reviews

Shipping and mailing service in Pikesville, Maryland

Directions | Write a review | +3

Office for FedEx, USPS and UPS deliveries, plus packaging supplies and helpful service.

**Located in:** Atrium Shops & Offices

**Address:** 2833 Smith Ave, Baltimore, MD 21209

**Phone:** (410) 653-7678