**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| FAUSTO GOMEZ,<br><br>Plaintiff,<br><br>v.<br><br>VERTEX TL LLC, et al.,<br><br>Defendants. | Civil Action No. 1:26-cv-01445-MJM |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE ON DEFENDANT STEVEN TESSLER**

Upon consideration of Plaintiff's Motion for Alternative Service of Process on Defendant Steven Tessler (ECF No. ___), the exhibits thereto, and any opposition, and it appearing from the Proof of Service and other exhibits that good faith efforts to serve Defendant Steven Tessler under Maryland Rule 2-121(a) have not succeeded and that service under Maryland Rule 2-121(b) is inapplicable or impracticable, it is this ___ day of ____________, 2026, by the United States District Court for the District of Maryland, hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that, pursuant to Fed. R. Civ. P. 4(e)(1) and Md. Rule 2-121(c), Plaintiff may serve the summons and Operative Complaint on Defendant Steven Tessler by all of the following means: (A) e-mail to steven@tesslaw.org; (B) certified mail, return receipt requested, to Steven Tessler, 2833 Smith Ave., #138, Baltimore, MD 21209; and (C) certified mail, return receipt requested, to Steven Tessler, 3505 W. North Shore Ave., Lincolnwood, IL 60712-3717; and it is further

ORDERED that service by the foregoing means shall be deemed complete, and Defendant Tessler's time to respond to the Operative Complaint shall begin to run, upon Plaintiff's filing of

a declaration attesting that each of the foregoing steps has been completed, with copies of the transmittal e-mail and the certified-mail receipts; and it is further

ORDERED that the time for Plaintiff to serve Defendant Steven Tessler under Fed. R. Civ. P. 4(m) is extended to thirty (30) days after the date of this Order.

________________________________

Matthew J. Maddox
United States District Judge