UNITED STATES POSTAL SERVICE

# Receipt

Print Date: Sep 10, 2026

**RETURN TO**

Steven Tessler
Tess Law
2833 Smith Ave # 138
Baltimore, MD 21209

**SHIP TO**

Occupant
229 N Monroe St
Baltimore, MD 21223

**REFERENCE**

| | |
|---|---|
| Ship Date: | May 07, 2025 |
| Ship from ZIP: | 21209 |
| Weight: | 0lbs. 1oz. |
| User: | tesslaw |
| Cost Code: | |
| Refund Type: | Mail-in |
| Reference #: | |
| Printed on: | Envelope |
| Delivery Status: | Printed |
| Tracking #: | 00040899560510858508212231 65929 |

| SERVICE | UNIT PRICE |
|---|---|
| USPS First-Class Mail® Letter | $0.69 |
| Tracking | $0.00 |
| Insurance (Carrier Insurance ($0.00)) | $0.00 |

| | |
|---|---|
| Subtotal | $0.69 |
| Label Quantity | 1 |
| Total Cost | $0.69 |

# Receipt

Print Date: Sep 10, 2026

**RETURN TO**

Steven Tessler
Tess Law
2833 Smith Ave # 138
Baltimore, MD 21209

**SHIP TO**

Occupant
229 N Monroe St
Baltimore, MD 21223

**REFERENCE**

| | |
|---|---|
| Ship Date: | Mar 04, 2026 |
| Ship from ZIP: | 21209 |
| Weight: | 0lbs. 1oz. |
| User: | tesslaw |
| Cost Code: | |
| Refund Type: | Mail-in |
| Reference #: | |
| Printed on: | Envelope |
| Delivery Status: | Printed |
| Tracking #: | 00040899561531606560212231 65929 |

| SERVICE | UNIT PRICE |
|---|---|
| USPS First-Class Mail® Letter | $0.74 |
| Tracking | $0.00 |
| Insurance (Carrier Insurance ($0.00)) | $0.00 |

| | |
|---|---|
| Subtotal | $0.74 |
| Label Quantity | 1 |
| Total Cost | $0.74 |