Gmail

Ari Schaffel <ari@tesslaw.org>

# Motion to Dismiss Appeal; Vertex LLC v. Fausto Gomez; Settlement Discussion - Not to be Used as Evidence

**Andrew Jiranek** <andrew@jiraneklaw.com>
To: "steven@tesslaw.org" <steven@tesslaw.org>

Fri, Nov 7, 2025 at 11:46 AM

I have been retained by Fausto Gomez to review his case and see if I can resolve it, absent which, to see if I can take over prosecution of the appeal. I see you have a Motion to Dismiss Appeal that you filed with the Appellate Court of Maryland and served by mail on October 24, 2025.

I am reviewing the case and see that::

1. Pre-complaint notices were addressed to an address Plaintiff knew to be bad address for Mr. Gomez. Aggarwall. The Circuit Court failed to address this argument. We believe this defective service of the notices is jurisdictional. Therefore, we believe Mr. Gomez can argue on appeal that these jurisdictional notice requirements were not met and Judgment should be vacated. This argument would be reviewed de novo on appeal.
2. The Circuit Court did not find Mr. Gomez's arguments that your client improperly frustrated his efforts to redeem the Property from tax sale persuasive. We believe Mr. Gomez has a good argument to the contrary. The Appeallate Court would review the Circuit Court's lack of persuasion for an abuse of discretion on appeal.
3. We do not believe it was appropriate to review Mr. Gomez's papers as a second motion to vacate, this one properly served. We believe an Appellate Court might find that characterization as lacking foundation, particularly given the Court never addressed the defective service argument Mr. Fausto requested to be heard on. We believe the Appellate Court would review that determination for an abuse of discretion on appeal.

Similarly, I do not your arguments to dismiss the appeal persuasive.

1. There was an appealable Order.
2. The notice of appeal filing was timely.
3. Defects in the appeal case information report and service are curable and do not justify dismissal.
4. There is no need for Mr. Gomez to post a supersedeas bond. Defendant does not seek to stay judgment enforcement pending appeal.

I am considering entering an appearance and opposing the motion to dismiss and prosecuting the appeal. However, before I do that, I wanted to see if we could settle this. I understand your client previously offered money to Mr. Gomez in return for him withdrawing the appeal.

Mr. Gomez is willing to accept $60,000 for same and to vacate the property within a reasonable time of being paid. I will call you to see if this settlement offer is acceptable. I look forward to talking with you.

**Andrew L. Jiranek**

Attorney

Jiranek, P.A.

https://www.jiraneklaw.com

andrew@jiraneklaw.com

16 Willow Avenue

Towson, MD 21286

(410)769-9070 (office)

(410)808-0486 (cell)