# EXHIBIT A

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:26-cv-01445-MJM**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Yisroel Aryeh "Ari" Schaffel**
was received by me on **8/07/2026:**

☐ I personally served the **SUMMONS IN CIVIL ACTION; SECOND AMENDED COMPLAINT** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒ I returned the summons unexecuted because **No contact** after attempting service at **2814 Hanson Ave, Baltimore, MD 21209-3912**; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 82.00** for services, for a total of **$ 82.00**.

I declare under penalty of perjury that this information is true.

Date: 08/12/2026

[signature]

*Server's signature*

**Lennard Roberts**

*Printed name and title*

**7 Blue Sky Dr.**
**Owings Mills, MD 21117**

*Server's address*

Additional information regarding attempted service, etc:

**8/9/2026 7:25 PM: I spoke with an individual who identified themselves as the the person that came to the door refused to state whether or not harry shaffel lived at the address or was there at the time..**
**8/10/2026 10:30 AM: There was no answer at the address.**
**8/11/2026 10:43 AM: There was no answer at the address.**
**8/11/2026 7:15 PM: I spoke with an individual who identified themselves as the a woman came to the window and saw me at the door but did not come to the door to answer..**
**8/12/2026 9:56 AM: I spoke with an individual who identified themselves as the resident drove off in white minivan after they saw me walking up. i recognized the resident from previous attempts to serve as they close the curtain as i was knocking on the door..**

Tracking #: **0236705332**

Civil Action No. **1:26-cv-01445-MJM**