# EXHIBIT B

Outlook

**Re: Service of Process for Ari Schaffel Case No. 1:26-cv-01445**

**From** Ari Schaffel <ari@vertextl.com>
**Date** Fri 8/28/2026 6:11 PM
**To** Fausto Gomez <FaustoGomez3080@hotmail.com>

Mr. Gomez:

I do not consent to service of process by email. An email transmission of the summons and complaint, or my receipt of that transmission, does not constitute acceptance or waiver of service.

You are responsible for effecting service in accordance with Federal Rules of Civil Procedure 4(c)(1), 4(e), and 4(l), and Maryland Rule 2-121. If you contend that service has been completed, you bear the burden of establishing its validity. *See, e.g.*, *Scott v. Maryland State Department of Labor*, 673 F. App'x 299, 304–06 (4th Cir. 2016); *Lewis v. Antwerpen Hyundai of Clarksville*, No. RDB-18-1393, 2018 WL 5809708, at *5 (D. Md. Nov. 5, 2018).

I believe Vertex intends to serve you with a Rule 11 letter at some point. If and when I am brought under the court's jurisdiction, I intend to do the same. Your complaint does not plead a single act that I took in the capacity in which you have named me. I will address that deficiency through the appropriate Rule 11 and procedural channels, including under Rule 12(b)(5) where applicable.

Nothing in this email waives any defense, objection, or other right.

Sincerely,

On Fri, Aug 28, 2026 at 3:52 PM Fausto Gomez <FaustoGomez3080@hotmail.com> wrote:

> Hello Mr. Schaffel,
>
> A process server has attempted to serve you the summons and complaint for Federal District of Maryland case 1:26-cv-01445 (Fausto Gomez v. Yisroel Aryeh Schaffel et al.). However, the process server reports that the person(s) at the address avoided them at times and another time refused to answer if the address was your residence.
>
> The address they attempted to serve is 2814 Hanson Ave Baltimore, MD 21209.
>
> May you please provide an address where you can be served? If the above address is correct, may you please ensure the occupants accept the summons and complaint? Please let me know how you decide to proceed, so that I may instruct the process server accordingly.
>
> I've also attached a copy of the summons and complaint to this email.
>
> Sincerely,
> Fausto Gomez