# EXHIBIT C

SERVED 123 LLC

**Served 123 - Nationwide Litigation Support**

**YISROEL A SCHAFFEL , 31 Years Old (Maryland, Illinois, Florida) 2814 HANSON AVE, BALTIMORE, MD 21209-3912 (BALTIMORE CITY COUNTY) (09/25/2019 to 08/27/2026)**

**YISROEL A SCHAFFEL (07/12/2013 to 06/02/2026)**

Other Observed Names
**SRULI SCHAFFEL (05/27/2026 to 06/05/2026)**
**YISROEL SCHAFFEL (09/02/2012 to 06/05/2026)**

SSN or ITIN: **XXX-XX-**[redacted]

**Date of Birth**
DOB: **XX/XX/1994** (97%)
Age: **31**

Gender: **Male**
Dates at Searched Location: **09/25/2019 to 08/27/2026**

**Possible Relatives**
Jordons Epstein **1974** Age: **51**
Chana Rachel Hurvitz **1999** Age: **27**
Brandess Michelle Schaffel **1974** Age: **52**
Caryn Schaffel **1972** Age: **53**
Daniel E Schaffel **1997** Age: **28**
Deena Schaffel **1994** Age: **31**
Gerald Alan Schaffel **1970** Age: **56**
Leslie D Schaffel **1964** Age: **61**
Mark Howard Schaffel **1964** Age: **62**
Sheldon Schaffel **1938** Age: **87** Died at **85**
Vida S Schaffel **1938** Age: **87**
Yechiel Dovid Schaffel **1994** Age: **31**
Yitzchok M Schaffel **2003** Age: **23**
Chaya Terebelo **2001** Age: **25**

**Indicators**
Bankruptcies: **None Found**
Liens: **None Found**
Judgments: **None Found**

**Cities**
Boynton Beach, FL (11/06/2015)
Evanston, IL (07/2012 to 06/20/2022)
Baltimore, MD (02/04/2019 to 08/27/2026)

**Possible Phones**
**(847) 338-0236** (CT) (Mobile) (100%)
**(847) 982-9066** (CT) (LandLine) (100%)
**(847) 677-1576** (CT) (LandLine) (89%)
**(443) 928-6486** (ET) (Mobile) (66%)
**(224) 436-6689** (CT) (Mobile) (40%)
**(443) 926-6486** (ET) (Mobile) (39%)

**Counties**
Palm Beach County, FL (11/06/2015 to 11/06/2015)
Cook County, IL (07/2012 to 06/20/2022)
Baltimore City County, MD (02/04/2019 to 08/27/2026)

**Possible Email Addresses**
srulischaffel@aol.com (100%)
yaschaffel@aol.com (100%)
yaschaffel@gmail.com (70%)
biscuitburner@aol.com (41%)

**Address History (5)**

**2814 HANSON AVE, BALTIMORE, MD 21209-3912 (BALTIMORE CITY COUNTY)** (09/25/2019 to 08/27/2026)
Current Other Phones at address
**(443) 928-6486(ET)** - **DEENA SCHAFFEL**
**(443) 257-5148(ET)** - **ISAAC SCHLEIFER**
**(410) 602-2991(ET)** - **TZVI SILVERMAN**
Possible Subject's Phone
**(847) 982-9066(CT)** - **YISROEL SCHAFFEL**

**6413 DORAL DR APT F, BALTIMORE, MD 21209-3011 (BALTIMORE CITY COUNTY)** (02/04/2019 to 04/13/2026)
Current Other Phones at address
**(410) 440-9448(ET)** - **ROCHEL DANNENBAUM**
**(443) 800-3165(ET)** - **CHAIM ZIMAN**

**3555 ARCADIA ST, EVANSTON, IL 60203-1611 (COOK COUNTY)** (07/2012 to 06/20/2022)
Subdivision Name: **MILLERS SKOKIE GARDENS**

**9401 AVERS AVE, EVANSTON, IL 60203-1314 (COOK COUNTY)** (11/01/2012 to 11/01/2012)
Subdivision Name: **EVANSTON LINCOLNWOOD MANOR**

**11212 WESTLAND CIR, BOYNTON BEACH, FL 33437-1803 (PALM BEACH COUNTY)** (11/06/2015 to 11/06/2015)
Subdivision Name: **INDIAN SPRING**