**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| FAUSTO GOMEZ,<br><br>Plaintiff,<br><br>v.<br><br>YISROEL ARYEH SCHAFFEL, et al.,<br><br>Defendants. | Civil Action No. 1:26-cv-01445-MJM |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Alternative Service on Defendant Yisroel Aryeh Schaffel and for Extension of Time to Complete Service, the exhibits, and the record, and the Court finding that good-faith efforts to serve Defendant Schaffel under Maryland Rule 2-121(a) have not succeeded, that service under Maryland Rule 2-121(b) is impracticable, and that the methods ordered below are reasonably calculated to give actual notice, it is this ____ day of _______________, 2026, by the United States District Court for the District of Maryland, hereby

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 4(e)(1) and Md. Rule 2-121(c), Plaintiff may serve Defendant Yisroel Aryeh Schaffel with the summons, the Second Amended Complaint (ECF No. 11), and a copy of this Order by (1) email to ari@vertextl.com and (2) certified mail, return receipt requested, addressed to Yisroel Aryeh Schaffel, 2814 Hanson Avenue, Baltimore, Maryland 21209; and it is further

**ORDERED** that service shall be deemed complete upon Plaintiff's filing of proof that both methods have been carried out, consisting of a declaration attaching the email transmission and the certified mail receipt; and it is further

**ORDERED** that the time for Plaintiff to complete service on Defendant Schaffel under Fed. R. Civ. P. 4(m) is extended to thirty (30) days from the date of this Order.

____________________________
Matthew J. Maddox
United States District Judge