AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:26-cv-01445-MJM**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Earl McQueen**
was received by me on **8/07/2026:**

☐ I personally served the **SUMMONS IN CIVIL ACTION; SECOND AMENDED COMPLAINT** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒ I returned the summons unexecuted because **No contact** after attempting service at **111 Aspinwood Way Apt C, Rosedale, MD 21237-4226**; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 82.00** for services, for a total of **$ 82.00**.

I declare under penalty of perjury that this information is true.

Date: 08/12/2026

[signature]

*Server's signature*

**Funso Osegbohun**

*Printed name and title*

**6603 snowberry ct**
**baltimore, MD 21214**

*Server's address*

Additional information regarding attempted service, etc:

**8/8/2026 6:10 PM: I placed a phone call to number ending in 3416 resulting in no answer.**
**8/8/2026 6:11 PM: I was unable to access the address due to secured building although I waited and called available phones, call box.**
**8/10/2026 9:00 AM: I was unable to access the address due to secured building although I waited and called available phones, call box.**
**8/11/2026 8:13 PM: I was unable to access the address due to secured building although I waited and called available phones, call box.**
**8/12/2026 7:59 PM: I was unable to access the address due to secured building although I waited and called available phones, call box.**

Tracking #: **0236829520**

Civil Action No. **1:26-cv-01445-MJM**