AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

| | | |
|---|---|---|
| Fausto Gomez<br>*Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 26-cv-01445 |
| Earl McQueen<br>*Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Earl McQueen
Baltimore City Sheriff's Office
111 N. Calvert St.
Baltimore, MD 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fausto Gomez
9315 Oak White Rd.,
Nottingham, MD 21236

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/10/26

*Signature of Clerk or Deputy Clerk*

Filed:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-01445-MJM

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Earl McQueen
was received by me on *(date)* 8/28/2026 .

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

☑ I returned the summons unexecuted because I had no code to enter the property ; or

☑ Other *(specify)*: No contact was made at the service address. A code was required for entry to the property. No additional contacts were made.

My fees are $ ________ for travel and $ 111.75 for services, for a total of $ 111.75

I declare under penalty of perjury that this information is true.

Date: 9/18/26 [signature]

*Server's signature*

Venessa White

*Printed name and title*

2802 E. Northern Parkway, Baltimore, MD 21214

*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the
District of Maryland

| | | |
|---|---|---|
| **FAUSTO GOMEZ**<br>*Plaintiff*<br>v.<br>**Earl McQueen, Et Al.**<br>*Defendant* | ) | Civil Action No. 1:26-cv-01445-MJM |

## AFFIDAVIT OF NONSERVICE

I, Venessa White, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

After careful inquiry and diligent attempts, I was unable to serve Earl McQueen as I could not find the subject or information as to the location of the subject's whereabouts.

Serve Attempt #1
Date / Time: September 4, 2026 8:51 am
Address: 111 Aspinwood Way, Apt C, Rosedale, MD 21237-4226
Photo: See Exhibit 1a below
Geolocation: https://google.com/maps?q=39.345238255,-76.4838692913
Description of attempt: No contact was made at the service address. Observed no relevant details during this attempt. A code was required for entry to the property. No additional contacts were made.

Serve Attempt #2
Date / Time: September 5, 2026 12:05 pm
Address: 111 Aspinwood Way, Apt C, Rosedale, MD 21237-4226
Photo: See Exhibit 2a below
Geolocation: https://google.com/maps?q=39.3452060688,-76.483917712
Description of attempt: No contact was made at the service address. A code was required for entry to the property. No additional contacts were made.

Total Cost: $111.75

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in
County: Baltimore County,
State: MD on Date: 9/18/26.

Signature
Venessa White
+1 (301) 300-9964
2802 E. Northern Parkway, Baltimore, MD 21214


Exhibit 1a)
9/4/2026 8:51 am EDT
111 Aspinwood Way, Apt C, Rosedale, MD 21237-4226
39.3452383, -76.4838693
111


Exhibit 2a)
9/5/2026 12:5 pm EDT
111 Aspinwood Way, Apt C, Rosedale, MD 21237-4226
39.3452061, -76.4839177
111