SERVED 123 LLC

**Served 123 - Nationwide Litigation Support**

**EARL NEIL MCQUEEN , 48 Years Old (Rosedale, MD, Brooklyn, NY) (BALTIMORE COUNTY) (06/13/2019 to 08/27/2026)**

**111 ASPINWOOD WAY APT C, ROSEDALE, MD 21237-4226**

**EARL NEIL MCQUEEN (12/15/2010 to 06/02/2026)**

Other Observed Names
**EARL MCQUEEN (09/02/2013 to 12/01/2023)**

SSN or ITIN: **XXX-XX**[redacted]

**Date of Birth**
DOB: **XX/XX/1977** (99%)
Age: **48**

Gender: **Male**
Dates at Searched Location: **06/13/2019 to 08/27/2026**

Driver's License Detail:
DL#: **XXXXXXXXX**
ID Type: **DL**

**EARL MCQUEEN**
**1 CATOCTIN CT APT L,**
**ROSEDALE, MD 21237-4241**
**(BALTIMORE COUNTY)**
DOB: **XX/XX/1977**

**Possible Relatives**
Jason E Mcqueen **1979** Age: **47**
Kenson Roderick Mcqueen **1981** Age: **45**
Natasha Charles Mcqueen **1974** Age: **51**
Ranisha Frederick Mcqueen **1990** Age: **36**
Theresa E Mcqueen **1953** Age: **72**

**Indicators**
Bankruptcies: **None Found**
Liens: **None Found**
Judgments: **None Found**

**Cities**
Rosedale, MD (12/20/2016 to 08/27/2026)
Brooklyn, NY (06/01/2009 to 05/31/2016)

**Possible Phones**
**(347) 569-3416** (ET) (Mobile) (86%)
**(347) 569-4341** (ET) (Mobile) (66%)
(569) 341-3416 (0%)

**Counties**
Baltimore County, MD (12/20/2016 to 08/27/2026)
Kings County, NY (06/01/2009 to 05/31/2016)

**Possible Email Addresses**

kensonmcqueen@gmail.com (100%)
neilmcqueen69@hotmail.com (62%)
ranishamcqueen25@gmail.com (42%)
kennymcqueenr@hotmail.com (41%)

**Address History (7)**

**111 ASPINWOOD WAY APT C, ROSEDALE, MD 21237-4226 (BALTIMORE COUNTY)** (06/13/2019 to 08/27/2026)
Current Other Phone at address
**(443) 554-1433(ET) - TROKEN CARTER**
Possible Subject's Phone
**(347) 569-3416(ET) - EARL MCQUEEN**

**10 ASPINWOOD WAY APT K, ROSEDALE, MD 21237-4235 (BALTIMORE COUNTY)** (12/20/2016 to 02/28/2022)

**1 CATOCTIN CT APT L, ROSEDALE, MD 21237-4241 (BALTIMORE COUNTY)** (08/11/2018 to 06/2021)

**1 CATOCTIN CT, ROSEDALE, MD 21237-4263 (BALTIMORE COUNTY)** (06/12/2019 to 06/13/2019)

**460 E 92ND ST, BROOKLYN, NY 11212-1008 (KINGS COUNTY)** (06/01/2009 to 05/31/2016)

**460 E 92ND ST # 2, BROOKLYN, NY 11212-1008 (KINGS COUNTY)** (03/23/2016 to 03/23/2016)

**460 E 92ND ST # 2F, BROOKLYN, NY 11212-1008 (KINGS COUNTY)** (10/13/2010 to 02/19/2013)