# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

Gomez,

Plaintiff,

v.

Schaffel, *et al.*,

Defendants.

Case No.: 1:26-cv-01445-MJM

**MOTION TO ENFORCE FILING DEADLINE AND RESOLVE PENDING MOTIONS**

Defendants Vertex TL LLC, Mohamed Dahan Shahbain, Hadaf Anwar Alsamet, and Mohamed Abdo Alnisafi, through counsel, respectfully move to enforce paragraph 4 of the Court's September 15, 2026 Order. ECF No. 52.

The Court granted Plaintiff's requested extension and expressly directed that any further motion for leave to amend the Complaint and any responses to the pending motions to dismiss and Rule 11 notice be filed "no later than September 28, 2026." ECF No. 52 ¶¶ 3–4. That deadline has expired. Plaintiff did not file or timely request an extension.

Any extension sought after expiration of the deadline requires a motion establishing good cause and excusable neglect. Fed. R. Civ. P. 6(b)(1)(B). Absent that showing, the Court should enforce its deadline and proceed without awaiting further submissions from Plaintiff.

**WHEREFORE**, Defendants respectfully request that the Court determine that Plaintiff's time to make the submissions identified in paragraph 4 has expired; decide the pending motions to dismiss on the existing record and grant dismissal on the substantive grounds previously presented; and decline to consider any untimely submission covered by paragraph 4 unless Plaintiff obtains an extension under Rule 6(b)(1)(B).

Date: September 29, 2026

Respectfully Submitted,

*/s/ Steven Tessler*[1]
Steven Tessler[2]
#31873
Tess Law LLC
2833 Smith Ave., #138
Baltimore, MD 21209
(872) 222-7377
steven@tesslaw.org
*Counsel for Vertex TL & Deedholders*

**Certificate of Service**

I hereby certify that on September 29th, 2026, I electronically filed the foregoing filings with the Clerk of the Court through the CM/ECF system, which will send notice of the filing to all registered counsel and parties.

*/s/ Steven Tessler*
Steven Tessler

[1] The above-signed declares under penalty of perjury that the factual statements in this Motion that are based on his personal knowledge and are not otherwise supported by the pleadings, docket, cited orders, or exhibits—including the amount of fees incurred—are true and correct. *See* 28 U.S.C. § 1746. Executed on September 29th, 2026.

[2] The above-signed appears solely as counsel for the Deedholders, not in his individual capacity, and preserves all defenses to personal jurisdiction and service. *See*, *e.g.*, *Karcher v. May*, 484 U.S. 72, 78 (1987) (participation in litigation in one capacity does not make a person a party in another).