**APPROVED. The motion filed at ECF 58 is WITHDRAWN.**
**/S/ Matthew J. Maddox**
**U.S. District Judge**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FAUSTO GOMEZ,

Plaintiff,

v. Civil Action No. 1:26-cv-01445-MJM

YISROEL ARYEH SCHAFFEL, et al.,

Defendants.

**PLAINTIFF'S NOTICE TO WITHDRAW ECF NO. 58**

Plaintiff Fausto Gomez, proceeding *pro se*, hereby gives notice that he withdraws his Motion for Alternative Service on Defendant Earl McQueen and for Extension of Time to Serve (ECF No. 58). In support, Plaintiff states as follows:

1. On September 23, 2026, Plaintiff filed ECF No. 58, which requested leave to serve Defendant Earl McQueen by alternative means and an extension of time under Fed. R. Civ. P. 4(m) to complete service on him.

2. Plaintiff filed ECF No. 58 in the mistaken belief that Defendant McQueen still needed to be served with the summons and the operative Complaint to be subject to this Court's jurisdiction.

3. After ECF No. 58 was filed, counsel for Defendant McQueen emailed Plaintiff on September 24, 2026, requesting that Plaintiff withdraw ECF No. 58 because Defendant McQueen is already participating in the case and no further service is needed.

4. Plaintiff therefore withdraws ECF No. 58 in its entirety, including the request for an extension of time to serve Defendant McQueen.

WHEREFORE, Plaintiff respectfully requests that the Court deem ECF No. 58 withdrawn and terminate it as a pending motion.