| | | |
|---|---|---|
| VERTEX TL LLC | * | IN THE |
| | * | |
| Plaintiff | * | CIRCUIT COURT |
| v. | * | |
| | * | FOR |
| FAUSTO GOMEZ, *et al.* | * | |
| | * | BALTIMORE CITY |
| Defendants | * | |
| | * | CASE No. C-24-CV-24-004451 |
| | * | |

* * * * * * * * * * * * *

**LINE TO ISSUE WRIT OF POSSESSION**

Dear Clerk,

Please Issue a Writ of Possession on behalf of the movants in the above-captioned case against the occupants of the property located at 229 N Monroe St, Baltimore, MD 21223. The Plaintiff took deed to the property and transferred it to Movants Hadaf Anwar Alsamet, Mohamed Abdo Alnisafi and Mohamed Dahan Shahbain. *See* Baltimore City Circuit Court Land Records *Liber* 28577 *Folio* 279 (showing a copy of the deed recorded on December 12, 2025).

Note: Liber 28577 / Folio 279 is the folio number of Vertex TL LLC's deed (see pages 2-5).

Respectfully submitted,



Steven Tessler
#2404221006
Tess Law LLC
2833 Smith Ave., #138
Baltimore, MD 21209
(872) 222-7377
steven@tesslaw.org

#1

BOOK: 28577 PAGE: 279 <- Folio number of Vertex TL LLC's deed

Please Return to:
TESS LAW LLC
2833 Smith Ave., #138
Baltimore, MD 21209

CITY OF BALTIMORE MARYLAND
Bureau of Revenue Collections
Recordation Tax Paid
12/3/25 2600323 $295.00
Date Transaction # Amount
Authorized Signature

**DEED**

THIS DEED, made this 20 day of March, 2025, by and between Michael Mocksten, Director of Finance and Collector of State Taxes for the Mayor and City Council of Baltimore, party of the first part ("Grantor"); and VERTEX TL LLC, party of the second part ("Grantee").

WHEREAS, State and City taxes on the lot of ground hereinafter described, having been due and unpaid, the Director of Finance and Collector of State Taxes, after having been given due notice and having complied with all other prerequisites provided by law, did sell said property on May 20, 2024 to VERTEX TL LLC.

WHEREAS, the said property has not been redeemed and the purchase money has been paid; and

WHEREAS, by Decree of the Circuit Court for Baltimore City dated March 6, 2025, Case No. C-24-CV-24-004451 it was ordered that an absolute and indefeasible FEE SIMPLE title to the said property should vest in VERTEX TL LLC.

NOW, THEREFORE, THIS DEED WITNESSETH, that in consideration of TWENTY NINE THOUSAND AND FOUR HUNDRED AND FORTY DOLLARS AND EIGHTY CENTS ($29,440.80), the receipt of which is hereby acknowledged, the said Michael Mocksten, Director of Finance and Collector of State Taxes in the City of Baltimore, by virtue and in pursuance of the power and authority in him vested, does grant and convey unto Grantee, in fee simple, all that lot of ground situate, lying or being in Baltimore City, State of Maryland aforesaid, and being known on the tax rolls of the Director of Finance as Lot Size 16X85 Ward - 20 Section - 16 Block - 0163 Lot - 030, the improvements thereon being known as 229 North Monroe Street.

/163

TOGETHER with the buildings and improvements thereupon, and all the rights, alleys, ways, waters, easements, privileges, appurtenances, and advantages thereto belonging, or in anywise appertaining.

TO HAVE AND TO HOLD the said described lot of ground and premises described hereinafter unto and to the use of said Grantee, and its heirs and assigns in FEE SIMPLE.

...xes for which assessments have been ...ived have been paid as of this date
12/3/25
...ector of Finance of Baltimore City By

CITY OF BALTIMORE, MARYLAND
Bureau of Revenue Collections, Transfer Tax Division
Transfer Tax Paid
12/3/25 446887 $441.61
Date Cash Slip # Amount
Authorized Signature

BOOK: 28577 PAGE: 280 Folio no. of Vertex's deed

WITNESSETH the hand and seal of Grantor.

WITNESS:

Michael Mocksten
Director of Finance and
Collector of State Taxes

County of Baltimore City
STATE OF MARYLAND

I HEREBY CERTIFY, that on this 20 day of March, 2025 before me, the subscriber, a Notary Public of the State aforesaid, personally appeared Michael Mocksten, Director of Finance and Collector of State Taxes for the Mayor and City Council of Baltimore, the Grantor named in the foregoing Deed, and acknowledged the said Deed to be his act, and in my presence signed and sealed the same.
IN WITNESS WHEREOF, I hereunto set my hand and official seal.

Notary Public

My Commission expires: July 24, 2027

APRIL V JONES
Notary Public - State of Maryland
Baltimore City
My Commission Expires Jul 24, 2027

APPROVED as to form and Legal sufficiency this 17 day of March, 2025

Assistant Solicitor

This Deed was prepared by the undersigned, Steven Tessler, an attorney duly admitted to practice before the Supreme Court of Maryland.

Steven Tessler, Esq

# Exhibit A

## Legal Description

All that lot of ground situate in the City of BALTIMORE, State of Maryland, and described as follows, that is to say:

BEGINNING FOR THE SAME on the east side of Monroe Street at the distance of one hundred eight-four, eight inches southerly from the southeast corner of Saratoga and Monroe Streets and running thence southerly bounding on the east side of Monroe Street sixteen feet to the northeast corner of Monroe Street and Penrose Avenue thence easterly on the north side of Penrose Avenue ninety-five feet to the northeast corner of Penrose Avenue and an alley ten feet wide there situate thence northerly on east side of said alley with the use thereof in common sixteen feet and thence westerly Parallel with Laxington Street ninety-five feet to the place of beginning.

The improvements thereon being known as 229 North Monroe Street, Baltimore, Maryland - 21223.

4103

BOOK: 28577 PAGE: 282

Folio no. of Vertex's deed

163.00

LR - Deed (w Taxes)
Recording only ST20.00
Name: MICHAEL
MOCKSTEN/VERTEX TL LLC
Ref: 229 N MONROE ST
LR - Deed (with Taxes)
Surcharge 40.00
LR - Deed State
Transfer Tax 147.20
LR - NR Tax - 1kd 0.00
======================
SubTotal: 207.20
======================
Total: 1,217.20
12/03/2025 02:39
CC24-ChC
#19311099 CC0801 -
Baltimore City
Mitchell/CC08.01.06 -
Register 06

$40
$20 Cc
$147.20