**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FAUSTO GOMEZ,
Plaintiff,
v. Civil Action No. 1:26-cv-01445-MJM
YISROEL ARYEH SCHAFFEL, et al.,
Defendants.

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT VERTEX TL LLC'S MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11 (ECF 44)**

Plaintiff Fausto Gomez, pro se, opposes the Motion for Sanctions filed by Defendant Vertex TL LLC ("Vertex") on September 9, 2026 (ECF 44). Vertex filed the motion before the 21-day safe-harbor period required by Rule 11(c)(2) had expired. The motion should be denied.

## I. BACKGROUND

On August 4, 2026, the Second Amended Complaint was docketed as the operative pleading. ECF 10; ECF 11. On August 19, 2026, counsel for Vertex served Plaintiff by email with a copy of a Rule 11 motion directed to the Second Amended Complaint. On September 9, 2026, at 3:39 p.m., Vertex filed ECF 44. On September 15, 2026, the Court ordered that Plaintiff may file any response to the Rule 11 notice no later than September 28, 2026. ECF 52.

## II. THE SAFE-HARBOR REQUIREMENT IS MANDATORY

A Rule 11 motion "must be served under Rule 5, but it must not be filed or be presented to the court if the challenged paper, claim, defense, contention, or denial is withdrawn or appropriately corrected within 21 days after service or within another time the court sets." Fed. R. Civ. P. 11(c)(2). The Fourth Circuit, sitting en banc, has held that this language "imposes mandatory obligations upon the party seeking sanctions," and that "failure to comply with the procedural requirements precludes the imposition of the requested sanctions." *Brickwood Contractors, Inc. v. Datanet Eng'g, Inc.*, 369 F.3d 385, 389 (4th Cir. 2004) (en banc). The safe

harbor is an "inflexible claim-processing rule." *Id.* at 393. Plaintiff raises the objection in his first response to ECF 44, within the time the Court set. ECF 52; *see Brickwood*, 369 F.3d at 395.

## III. VERTEX FILED ECF 44 BEFORE THE 21-DAY PERIOD EXPIRED

The 21-day period is computed under Rule 6(a): the Court must "exclude the day of the event that triggers the period," "count every day," and "include the last day of the period." Fed. R. Civ. P. 6(a)(1). For electronic filing, "the last day ends . . . at midnight in the court's time zone." Fed. R. Civ. P. 6(a)(4)(A). Service occurred on August 19, 2026. Excluding that day, day one was August 20 and day 21 was Wednesday, September 9, 2026. The period included all of September 9 and ended at midnight that night.

Vertex filed ECF 44 at 3:39 p.m. on September 9, 2026, while the period was still running. At that moment Plaintiff still had the right under Rule 11(c)(2) to withdraw or correct the challenged pleading without a sanctions motion being "filed or . . . presented to the court." A paper corrected at 11:00 p.m. on day 21 is corrected "within 21 days after service." A motion filed at 3:39 p.m. on day 21 is therefore filed before the movant is permitted to file it. The rule is stated in mandatory terms, and under *Brickwood* a movant's failure to comply with them "precludes the imposition of the requested sanctions." 369 F.3d at 389.

## IV. RESERVATION AND CONCLUSION

Additionally, Plaintiff has filed a Motion for Leave to File Third Amended Complaint (ECF 45) and intends to file a further motion for leave to amend within the time set by the Court's September 15, 2026 Order. ECF 52. The proposed Third Amended Complaint will address some of the contentions Vertex raised in its Rule 11 motion.

Because ECF 44 was filed in violation of Rule 11(c)(2), the Court need not reach its substance. If the Court does not deny ECF 44 on procedural grounds, Plaintiff requests 14 days from the Court's order to respond on the merits. Under *Brickwood*, Vertex's failure to comply with Rule 11(c)(2) "precludes the imposition of the requested sanctions." 369 F.3d at 389. Plaintiff respectfully requests that the Court deny ECF 44.

Respectfully submitted,

Fausto Gomez
Plaintiff Pro Se
9315 Oak White Rd.
Nottingham, MD 21236
443-627-0201
FaustoGomez3080@hotmail.com

**CERTIFICATE OF SERVICE**

I certify that on September 28, 2026, I filed the foregoing Response in Opposition with the Clerk of the Court using the Court's electronic filing system, which will send notice of the filing to all counsel of record.

Fausto Gomez