# Exhibit 1

# RE: Writ of Possession Quashed - Please Cancel Eviction 229. N Monroe

From nicholas.blendy3@baltimorecity.gov <Nicholas.Blendy3@baltimorecity.gov>

To don.pugsley@pm.me, Holman, Glenda <Glenda.Holman@baltimorecity.gov>, evictions@baltimorecitysheriff.gov, Cogen, Sam (Sheriff) <Sam.Cogen@baltimorecity.gov>, Washington, Kenyatta G. (Sheriff) <KenyattaG.Washington@baltimorecity.gov>, earl.mcqueen@baltimorecity.gov <Earl.McQueen@baltimorecity.gov>

CC Andrew Jiranek <andrew@jiraneklaw.com>

Date Thursday, March 19th, 2026 at 11:30 AM

---

Good morning,

I confirm receipt of this email.

---

**Nicholas T.R. Blendy, Esq.**

*Assistant Sheriff*

*Baltimore City Sheriff's Office*

111 North Calvert Street

**O:** 443-984-6326 **C:** 667-210-0872

sheriff.baltimorecity.gov

**From:** Donald Pugsley <don.pugsley@pm.me>
**Sent:** Thursday, March 19, 2026 9:20 AM
**To:** Holman, Glenda <Glenda.Holman@baltimorecity.gov>; evictions@baltimorecitysheriff.gov; Cogen, Sam (Sheriff) <Sam.Cogen@baltimorecity.gov>; Washington, Kenyatta G. (Sheriff) <KenyattaG.Washington@baltimorecity.gov>; Blendy, Nicholas (Sheriff) <Nicholas.Blendy3@baltimorecity.gov>; McQueen, Earl (Sheriff) <Earl.McQueen@baltimorecity.gov>
**Cc:** andrew@jiraneklaw.com
**Subject:** Re: Writ of Possession Quashed - Please Cancel Eviction 229. N Monroe

**CAUTION:** This email originated from outside of Baltimore City IT Network Systems.
**Reminder:** DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov

Good morning,

I'd like to note, that the Writ of Possession Sheriff McQueen presented to the property owner on March 18, to justify the eviction, was a Writ of Possession that was Quashed. (Attached). It's apparent that Sheriff McQueen presented the Quashed Writ of Possession, by looking at the dates on the Writ. I.e. it was issued on Jan 23, 2026 and stamped on Jan 28, 2026. Upon information and belief, the property owner wanted to take a picture of the second page of what was given to him, but Sheriff McQueen prevented him from doing so.

As a reminder, this Jan 23, 2026 Writ of Possession was quashed on 3/4/2026 because the Plaintiff "was not the title owner" of the property, and "was not entitled to a Writ of Possession". (Attached again). The Sheriff's Department was notified on 3/4/2026 that the Writ was Quashed and informed me the eviction was cancelled.

Additionally, the tax sale statute requires the property owner receive at least 30 days notice prior to eviction (14-836). The notice provided the property owner 1) happened on March 6, 2026, 2) was derived from the Jan 23 Writ of Possession that was Quashed on March 4, and 3) the property owner was evicted on March 18.

As stated earlier in this email chain, the same day the Jan 23 Writ was Quashed, Plaintiff obtained another Writ of Possession. Defendant filed an Emergency Motion to Quash this Writ and is waiting on the Court.

On Wednesday, March 18th, 2026 at 4:58 PM, Donald Pugsley <don.pugsley@pm.me> wrote:

> Hi,

The property owner of 229 N. Monroe was evicted today, March 18.

On Monday, March 9th, 2026 at 1:17 PM, Donald Pugsley <don.pugsley@pm.me> wrote:

> Thanks so much, Kenyatta!
>
> On Monday, March 9th, 2026 at 6:52 AM, Washington, Kenyatta G. (Sheriff) <KenyattaG.Washington@baltimorecity.gov> wrote:
>
>> Good morning that posting had already been assigned to the deputy's workload but yes that Writ of Possession has been canceled. We apologize for any confusion this may have caused.
>>
>> ***Kenyatta Washington***
>> Lieutenant
>> Field Services Division
>> 111 N. Calvert Street (Rear)
>> (410) 396-7412 (office)
>> (443) 525-2156 (mobile)
>>
>> Confidentiality Note: The information in this e-mail is confidential and may be legally privileged. It is intended solely for the addressees. Access to this e-mail by anyone other than the recipient is unauthorized. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the intended recipient, any disclosure, reproduction, distribution, or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.
>>
>> ---
>>
>> **From:** Donald Pugsley <don.pugsley@pm.me>
>> **Sent:** Friday, March 6, 2026 2:19 PM
>> **To:** Washington, Kenyatta G. (Sheriff) <KenyattaG.Washington@baltimorecity.gov>
>> **Cc:** Holman, Glenda <Glenda.Holman@baltimorecity.gov>; andrew@jiraneklaw.com <andrew@jiraneklaw.com>; Cogen, Sam (Sheriff) <Sam.Cogen@baltimorecity.gov>;

evictions@baltimorecitysheriff.gov <evictions@baltimorecitysheriff.gov>
**Subject:** Re: Writ of Possession Quashed - Please Cancel Eviction 229. N Monroe

**CAUTION:** This email originated from outside of Baltimore City IT Network Systems.
**Reminder:** DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov

Hi,

An eviction notice was delivered to the property owner around 10am this morning. (In spite of it being cancelled on March 5, and that it no longer shows up on the website).

A copy of the eviction notice is attached.

Is it safe to assume the eviction is still cancelled?

Thank you all so much for your help.

On Thursday, March 5th, 2026 at 1:17 PM, Donald Pugsley <don.pugsley@pm.me> wrote:

> Thank you! I now see that the eviction is no longer listed on the website.
>
> On Thursday, March 5th, 2026 at 12:29 PM, Washington, Kenyatta G. (Sheriff) <KenyattaG.Washington@baltimorecity.gov> wrote:
>
> > Good afternoon our system was updated showing the warrant was quashed. I recommend refreshing the browser then selecting it again. For some reason if you don't see it removed please call me direct.
> >
> > ***Kenyatta Washington***

Lieutenant
Field Services Division
111 N. Calvert Street (Rear)
(410) 396-7412 (office)
(443) 525-2156 (mobile)

Confidentiality Note: The information in this e-mail is confidential and may be legally privileged. It is intended solely for the addressees. Access to this e-mail by anyone other than the recipient is unauthorized. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the intended recipient, any disclosure, reproduction, distribution, or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

**From:** Donald Pugsley <don.pugsley@pm.me>
**Sent:** Thursday, March 5, 2026 12:20 PM
**To:** Holman, Glenda <Glenda.Holman@baltimorecity.gov>
**Cc:** Washington, Kenyatta G. (Sheriff) <KenyattaG.Washington@baltimorecity.gov>; andrew@jiraneklaw.com <andrew@jiraneklaw.com>; Cogen, Sam (Sheriff) <Sam.Cogen@baltimorecity.gov>; evictions@baltimorecitysheriff.gov <evictions@baltimorecitysheriff.gov>
**Subject:** Re: Writ of Possession Quashed - Please Cancel Eviction 229. N Monroe

**CAUTION:** This email originated from outside of Baltimore City IT Network Systems.
**Reminder:** DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov

Hi Ms. Holman,

Just following up.

Yesterday you cancelled the March 18 eviction. However, according the Baltimore City Sheriff website, the eviction is still scheduled for March 18.

May you please advise on if the eviction is cancelled or scheduled?

> > > Property Address: 229 N. Monroe St
> > >
> > > Case Number: C-24-CV-24-004451
> > >
> > > Scheduled Eviction Date: 03/18/2026

Thank you

On Wednesday, March 4th, 2026 at 4:58 PM, Donald Pugsley <don.pugsley@pm.me> wrote:

> Hi Ms. Holman,
>
> After its Second Writ of Possession was Quashed by a Judge this afternoon, Vertex went ahead and got a Third Writ of Possession from the Clerks office about 30 minutes ago.
>
> If they've submitted this latest Writ of Possession to you to schedule an eviction, could you let us know how this would affect eviction timelines?
>
> The latest Writ of Eviction is attached.
>
> On Wednesday, March 4th, 2026 at 3:17 PM, Donald Pugsley <don.pugsley@pm.me> wrote:
>
> > Thank you so much Ms. Holman for your action and quick reply. It alleviates a lot of stress for the property owner.
> >
> > On Wednesday, March 4th, 2026 at 2:18 PM, Holman, Glenda <Glenda.Holman@baltimorecity.gov> wrote:
> >
> > > Received and cancelled.

***Glenda A. Holman, Fiscal Technician***
***Fines and Costs***
*Baltimore City Sheriff's Office*
*100 N. Calvert St. Room 104*
*(Mitchell Courthouse)*
*Field Services: 410-396-7412*
*Office: 443-984-6277, Fax: 410-396-7439*
***Email:*** *Glenda.holman@baltimorecity.gov*

---

**From:** Donald Pugsley <don.pugsley@pm.me>
**Sent:** Wednesday, March 4, 2026 1:52 PM
**To:** Holman, Glenda <Glenda.Holman@baltimorecity.gov>; Washington, Kenyatta G. (Sheriff) <KenyattaG.Washington@baltimorecity.gov>
**Cc:** andrew@jiraneklaw.com <andrew@jiraneklaw.com>; Cogen, Sam (Sheriff) <Sam.Cogen@baltimorecity.gov>
**Subject:** Writ of Possession Quashed - Please Cancel Eviction 229. N Monroe

**CAUTION:** This email originated from outside of Baltimore City IT Network Systems.
**Reminder:** DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov

Hello,

May you please cancel the following eviction? The Writ of Possession that was used to schedule the eviction was Quashed, because the requestor does not possess the deed. A copy of the Order to Quash is attached.

Property Address: 229 N. Monroe St

Case Number: C-24-CV-24-004451

Scheduled Eviction Date: 03/18/2026

If you'd be so kind, could you please let us know that the eviction has been cancelled, or if you need additional info from us? We do not have full confidence that the Plaintiff pursuing the eviction will reach out to your department.

Thank you

---

**147.43 KB** 6 embedded images

image001.png 12.73 KB | image002.png 524 bytes | image003.png 545 bytes | image004.png 885 bytes | image005.png 35.70 KB | image006.png 97.08 KB