# Exhibit 2

# Baltimore City Sheriff's Office

Main Office
The Mitchell Courthouse
100 N. Calvert St.
Baltimore, MD 21202
Phone: 410-396-1155
Fax: 410-727-3507

Field Services Office
The Elijah Cummings Courthouse
111 N. Calvert St.
Baltimore, MD 21202
Phone: 410-396-7412 ***
Fax: 410-396-7439

Date: February 11, 2026
Defendant: FAUSTO GOMEZ ET AL
Address: 229 N MONROE ST
BALTIMORE, MD 21223
Case Name: VERTEX TL LLC VS FAUSTO GOMEZ ET AL
Case #: C-24-CV-24-004451

District
**10 - 01**

Dear Occupant(s):

Per an Order of the Court issued out of the Circuit Court for Baltimore City. I do hereby command you to vacate the premises of:

229 N MONROE ST, BALTIMORE, MD 21223

before Wednesday, March 18, 2026. The eviction will be executed on the date included in this letter. Any property left on the foreclosed property will be considered abandonded and may be disposed of on execution of the writ of possession. This is the final notice of the date of the eviction, even if the eviction date is postponed by the sheriff or the court.

Deputy: [signature]

Badge #: 4036

Date Posted: 3/6/26

BCSO/gah

Published: 2/11/2026 5:47 PM