# Exhibit 3


Steven Tessler
Tess Law
2833 Smith Ave # 138
Baltimore MD 21209-1426
BALTIMORE MD 212
6 MAR 2026 PM 4 L
$0.740
US POSTAGE IMI
FIRST-CLASS
FROM 21209
03/04/2026
Stamps.com
063S0002570603
Occupant
229 N Monroe St
BALTIMORE MD 21223-1659
Notice of
Taking
Possession
of Property

**TESS LAW LLC**
2833 Smith Ave., #138
Baltimore, MD 21209
(872) 222-7377
steven@tesslaw.org

Attn:
Occupant
229 N Monroe St
Baltimore, MD 21223

Plaintiffs intend to take possession of the property which is the subject of C-24-CV-24-004451, pursuant to the attached judgment issued on March 6, 2025. You have been previously noticed multiple times to vacate the property. Plaintiffs have obtained a writ of possession from the court, and if you do not vacate it, the sheriff will vacate it. As described in the motion filed with the court, if you do not vacate it immediately, Plaintiffs are seeking a money judgment against you. Plaintiffs will waive said money judgment, and they will stop pursuing such judgment if you vacate the property immediately and dismiss the appeal.

Sincerely,

Steven Tessler
Attorney at Law
Tess Law LLC
2833 Smith Ave., #138
Baltimore, MD 21209
(872) 222-7377
steven@tesslaw.org

E-SERVED Baltimore City Circuit Court 3/4/2026 4:17 PM System SystemEnvelope:25394049
E-FILED; Baltimore City Circuit Court
Docket: 3/4/2026 4:17 PM; Submission: 3/4/2026 4:17 PM
Envelope: 25394049

| | | |
|---|---|---|
| VERTEX TL, LLC, | * | IN THE |
| Plaintiff, | * | CIRCUIT COURT |
| v. | * | FOR |
| FAUSTO GOMEZ, *et al.*, | * | BALTIMORE CITY |
| Defendants. | * | Case No. C-24-CV-24-004451 |

* * * * * * * * * * * * * * * * * * * * * * *

**JUDGMENT FORECLOSING RIGHT OF REDEMPTION**

The submissions in the above captioned case having been read and considered, the Court finds that all Defendants were personally served or were notified in accordance with Maryland Rule 14-503 and §14-839(a) of the Tax-Property Article of the Maryland Code Annotated and also were notified by an Order of Publication issued out of this Honorable Court, that the time limit set in the Order of Publication and in the summons has expired, and that no redemption has been made by any party in interest. Therefore, it is, by the Circuit Court for Baltimore City

**ORDERED** that judgment be, and it is hereby, entered in favor of Plaintiff foreclosing the right of redemption in the property below described as: 229 N. Monroe St., Lot Size: 16X85 (being known as: Ward 20, Section 16, Block 0163, Lot 030 on the Tax Roll of the Director of Finance); and it is further

**ORDERED** that Plaintiff is vested with an absolute and indefeasible **fee simple** title, free and clear of all alienations and descents of the property occurring before the date of the judgment and encumbrances on the property, except taxes and municipal liens that have accrued after the date of the sale and easements of record and any other easement to which the property is subject that may be observed by an inspection of the property; and it is further

**ORDERED** that the Director of Finance shall execute and deliver a Deed to the Plaintiff, his successors and assigns, in accordance with the provisions of §§ 14-831 and 14-847 of the Tax-Property Article of the Maryland Code Annotated; and it is further

**ORDERED** that the Supervisor of Assessments of Baltimore City shall enroll Plaintiff as the **fee simple** owner of the above-described property.

**The Clerk is directed to close the case.** 02/27/2025 3:10:15 PM

**Plaintiff to pay costs.**

Entered: Clerk, Circuit Court for
Baltimore City, MD
March 6, 2025

Date

Judge