# Exhibit 5

Wed March 18, 2026

10-01

**CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND**
CIVIL DIVISION
Mitchell Courthouse
100 Mitchell Courthouse - Room 142
Baltimore, Maryland 21202
Main: 410-333-3733
Civil: 410-333-3722
Criminal: 410-333-3750
Family: 410-333-3709/3738
Juvenile: 443-263-6300

BALTIMORE CITY SHERIFF
JAN 28 '26 #5:42

**Case Number:** C-24-CV-24-004451
**Other Reference Number(s):** ACM-REG-1791-2025

VERTEX TL LLC VS. FAUSTO GOMEZ, ET AL.

Date: 1/23/2026

## WRIT OF POSSESSION

TO THE SHERIFF OF BALTIMORE CITY:

Upon a Judgment entered, and in accordance with instructions attached, you are directed to place the party in possession of the following property:

229 N Monroe Street, Baltimore, MD 21223

In the event the Judgment in this proceeding awards possession of the property, or payment of its value in the alternative, you are hereby directed to levy upon real or personal property of a value equal to the value stated in the attached instructions, if the property specified in these instructions cannot be found.

Xavier A. Conaway
Clerk of the Circuit Court

**Requesting Attorney:** Steven Tessler

Enclosed:
Copy of the Order
Copy of the Request for Writ of Possession

**LOCKOUT STINTS ARE 11:00 AM – 1:00 PM**