# Exhibit 6

Tess-Law Office <office@tesslaw.org>

Gmail

**Fwd: Schedule Lockout: Case Nos.: C-24-CV-24-004719 - C-24-CV-24-004747 - C-24-CV-24-004454**

Thu, May 1, 2025 at 6:58 PM

**Tess-Law Office** <office@tesslaw.org>
To: glenda.holman@baltimorecity.gov
Cc: Steven Tessler <steven@tesslaw.org>

Hello Glenda,

Apologies for the late reply, yes these proposed dates for these evictions should work, thank you.

Can you please confirm which will be first on the 22nd?

Thank you

---------- Forwarded message ---------
From: **Holman, Glenda** <Glenda.Holman@baltimorecity.gov>
Date: Tue, Apr 29, 2025, 5:16 PM
Subject: Schedule Lockout: Case Nos.: C-24-CV-24-004719 - C-24-CV-24-004747 - C-24-CV-24-004454
To: Steven Tessler <steven@tesslaw.org>

Hello,

I would like to schedule the subject lockouts on the proposed dates. Please confirm.

| Sched Date | Defendant | Address | Case No. |
|---|---|---|---|
| Wednesday, 05/21/2025 -- 11 am - 1 pm | B & L ENTERPRISES LLC ET AL | 2552 BOYD ST | C-24-CV-24-004719 |
| Thursday, 05/22/2025 -- 11 am - 1 pm | BNR LLC ET AL | 2034 E LANVALE ST | C-24-CV-24-004747 |
| Thursday, 05/22/2025 -- 11 am - 1 pm | ANTONIO GREEN ET AL | 2400 E HOFFMAN ST | C-24-CV-24-004454 |

*Glenda A. Holman*
**Fines and Costs**
Baltimore City Sheriff's Office
100 N. Calvert St. Room 102
Office: 410-396-1155
Fax: 410-545-7773
glenda.holman@baltimorecity.gov

Outlook

**Re: Schedule Lockout: Case No.: C-24-CV-24-004451 - 229 N MONROE ST**

From Holman, Glenda <Glenda.Holman@baltimorecity.gov>
Date Tue 5/27/2025 8:36 AM
To Tess-Law Office <office@tesslaw.org>
Cc Steven Tessler <steven@tesslaw.org>

Confirmed.

Glenda A. Holman
**Fines and Costs**
Baltimore City Sheriff's Office
100 N. Calvert St. Room 102
Office: 410-396-1155
Fax: 410-545-7773
glenda.holman@baltimorecity.gov

**From:** Tess-Law Office <office@tesslaw.org>
**Sent:** Friday, May 23, 2025 5:03 PM
**To:** Holman, Glenda <Glenda.Holman@baltimorecity.gov>
**Cc:** Steven Tessler <steven@tesslaw.org>
**Subject:** Re: Schedule Lockout: Case No.: C-24-CV-24-004451 - 229 N MONROE ST

**CAUTION:** This email originated from outside of Baltimore City IT Network Systems.
**Reminder:** DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov

Hello Glenda,

Our client would like to cancel this eviction at this time.

Thank you

On Thu, May 8, 2025 at 6:54 PM Tess-Law Office <office@tesslaw.org> wrote:

Hello,

Thank you for confirming.

On Thu, May 8, 2025 at 5:23 PM Holman, Glenda <Glenda.Holman@baltimorecity.gov> wrote:

My apologies. The correct date is May 28, 2025.

Glenda A. Holman
**Fines and Costs**
Baltimore City Sheriff's Office
100 N. Calvert St. Room 102
Office: 410-396-1155
Fax: 410-545-7773
glenda.holman@baltimorecity.gov

**From:** Tess-Law Office <office@tesslaw.org>
**Sent:** Thursday, May 8, 2025 1:55 PM
**To:** Holman, Glenda <Glenda.Holman@baltimorecity.gov>
**Cc:** Steven Tessler <steven@tesslaw.org>
**Subject:** Re: Schedule Lockout: Case No.: C-24-CV-24-004451 - 229 N MONROE ST

**CAUTION:** This email originated from outside of Baltimore City IT Network Systems.
**Reminder:** DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov

Good afternoon Ms. Holman,

Can you please confirm that this is going to be on the 28th of May and not the 2nd of June.

We are unable to do the 2nd of June

Thank you

On Thu, May 8, 2025 at 11:10 AM Holman, Glenda <Glenda.Holman@baltimorecity.gov> wrote:

| Sched Date | Defendant | Address | Case No. |
|---|---|---|---|
| Monday, 06/02/2025 -- 11 am - 1 pm | FAUSTO GOMEZ ET AL | 229 N MONROE ST | C-24-CV-24-004451 |

Glenda A. Holman
Fines and Costs
Baltimore City Sheriff's Office
100 N. Calvert St. Room 102
Office: 410-396-1155
Fax: 410-545-7773
glenda.holman@baltimorecity.gov

---

**From:** Tess-Law Office
**Sent:** Thursday, May 8, 2025 8:28 AM
**To:** Holman, Glenda
**Cc:** Steven Tessler
**Subject:** Re: Schedule Lockout: Case No.: C-24-CV-24-004451 - 229 N MONROE ST

**CAUTION:** This email originated from outside of Baltimore City IT Network Systems.
**Reminder:** DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov
Good morning Ms. Holman,

We are on board for Wednesday, the 28th.

Can you please confirm the time? Is it 11am-1pm?

Thank you

On Wed, May 7, 2025 at 10:57 AM Tess-Law Office <office@tesslaw.org> wrote:
Good morning,

That should work, I am just confirming with the team and will let you know.

On Wed, May 7, 2025 at 10:10 AM Holman, Glenda <Glenda.Holman@baltimorecity.gov> wrote:
Good morning,

Will Wednesday, May 28, 2025 suffice?

Glenda A. Holman
Fines and Costs
Baltimore City Sheriff's Office
100 N. Calvert St. Room 102
Office: 410-396-1155
Fax: 410-545-7773
glenda.holman@baltimorecity.gov

---

**From:** Steven Tessler <steven@tesslaw.org>
**Sent:** Wednesday, May 7, 2025 10:07 AM
**To:** Holman, Glenda <Glenda.Holman@baltimorecity.gov>; Tess-Law Office <office@tesslaw.org>
**Subject:** Re: Schedule Lockout: Case No.: C-24-CV-24-004451 - 229 N MONROE ST

**CAUTION:** This email originated from outside of Baltimore City IT Network Systems.
**Reminder:** DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov
Good morning Ms. Holman,

I hope you are doing well.

Our team is not available the 2nd and 3rd of June. Is there anything available either a few days before or after (preferably before)?

Thank you so much for all of your help.

---

Steven Tessler, Esq.
Managing Attorney
Tess Law LLC
2833 Smith Ave
#138
Baltimore, MD 21209
Tel: (872) 222-7377

This e-mail, including any attachments, may contain information that is PRIVILEGED AND CONFIDENTIAL and protected by law from disclosure and is intended solely for the exclusive use of the recipient or the recipient's authorized agent. If you are not the intended recipient, you are hereby notified that any dissemination, copying, distribution, retention, re-transmission, printing or any other use of this e-mail and/or attachments contained herein is strictly prohibited. If you have received this e-mail in error, please immediately send an e-mail reply to notify the sender and immediately and permanently delete this e-mail from your computer system.

On Tue, May 6, 2025 at 4:43 PM Holman, Glenda <Glenda.Holman@baltimorecity.gov> wrote:

Hello,

I would like to schedule the subject lockout on the proposed date. Please confirm.

| Sched Date | Defendant | Address | Case No. |
|---|---|---|---|
| Monday, 06/02/2025 -- 11 am - 1 pm | FAUSTO GOMEZ ET AL | 229 N MONROE ST | C-24-CV-24-004451 |

*Glenda A. Holman*
**Fines and Costs**
Baltimore City Sheriff's Office
100 N. Calvert St., Room 102
Office: 410-396-1155
Fax: 410-545-7773
glenda.holman@baltimorecity.gov