IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FAUSTO GOMEZ,

Plaintiff,

v. Civil Action No. 1:26-cv-01445-MJM

VERTEX TL LLC, et al.,

Defendants.

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Renewed Motion for Leave to File Third Amended Complaint, and any response thereto, it is this ____ day of _______________, 2026, by the United States District Court for the District of Maryland, hereby

ORDERED that Plaintiff's Renewed Motion for Leave to File Third Amended Complaint is GRANTED, and the Clerk is directed to docket the Third Amended Complaint (Exhibit A to the Motion), with its Exhibits 1 through 7, as the operative complaint in this action; and it is further

ORDERED that the Clerk shall issue a summons as to Defendant Tess Law LLC, and Plaintiff shall have 30 days from the date of this Order to serve the summons and Third Amended Complaint on Tess Law LLC; and it is further

ORDERED that Plaintiff's time to serve the Mayor and City Council of Baltimore is extended to 30 days from the date of this Order; and it is further

ORDERED that each Defendant shall answer or otherwise respond to the Third Amended Complaint within 30 days after the last Defendant is served or dismissed from this action; and it is further

ORDERED that Plaintiff shall respond to any motion to dismiss the Third Amended Complaint within 30 days after the deadline set in the preceding paragraph; and it is further

ORDERED that the Motions to Dismiss at ECF 24 and ECF 27, Plaintiff's responses to those motions, and Plaintiff's Protective Motion for Leave to File Third Amended Complaint at ECF 45 are DENIED AS MOOT.

______________________________
Matthew J. Maddox
United States District Judge