# Exhibit A

Sheriff's MPIA Response and Production

Received October 6, 2026

# Baltimore City Sheriff's Office

Samuel Cogen, Sheriff

Main Office
The Clarence Mitchell Courthouse
100 N. Calvert Street
Baltimore, Maryland 21202
Phone: 410-396-1155
Fax: 410-727-3507

District Court Office
111 N. Calvert Street
Baltimore, Maryland 21202
Phone: 410-396-7412
Fax: 410-396-7439

October 2, 2026

*Via email to* ari@tesslaw.org

Ari Schaffel

Dear Mr. Schaffel:

By request received September 10, 2026, you requested to obtain copies of:

> "**Request No. 1 – Gomez's public-records requests**
>
> Please produce every public-records request submitted by Fausto Gomez or by anyone acting or purporting to act on his behalf. This includes each original request and every amendment, clarification, narrowing, follow-up, attachment, form submission, and other document that formed part of the request.
>
> This request includes requests submitted on Gomez's behalf by Donald Pugsley or Andrew Jiranek, but only when the request identified or concerned Fausto Gomez, 229 N. Monroe Street, Baltimore, Maryland 21223, or one of the court proceedings identified below.
>
> **Request No. 2 – The Sheriff's Office's responses and handling records**
>
> For every request responsive to Request No. 1, please produce the Sheriff's Office's complete response and administrative file. This includes every acknowledgment, tracking notice, referral, transfer, request for clarification or narrowing, determination, denial, partial denial, exemption or privilege assertion, fee estimate, invoice, status update, production letter, transmittal, and other communication responding to or addressing the request.
>
> Please also produce every record made available in response, including attachments, linked files, portal productions, delivery records, and records sufficient to identify anything made available for inspection or download.
>
> This request includes records showing receipt, intake, assignment, routing, interpretation, search, collection, review, approval, denial, production, closure, or reopening of each request. It also includes search instructions, search terms, date limits, custodians, repositories, queries, hit counts, deduplication results, responsiveness determinations,

withholding decisions, and records identifying each person who participated in processing or deciding the request.

**Request No. 3 – Internal communications mentioning Fausto Gomez**

Please produce every internal government communication that mentions, identifies, discusses, or otherwise concerns Fausto Gomez.

This request is not limited to communications concerning the eviction, the property, or any particular court case. A communication is responsive if it mentions or concerns Gomez anywhere in the subject line, body, attachment, filename, embedded document, quoted or forwarded chain, calendar entry, chat, comment, note, metadata, or other maintained content.

Search the following identifiers independently:

1. Fausto Gomez, including reasonable spelling, spacing, and display-name variants;
2. FaustoGomez3080@hotmail.com;
3. 9315 Oak White Road, Nottingham, Maryland 21236, including reasonable address variants; and
4. any other email address, mailing address, telephone number, portal account, or identifier that the Sheriff's Office associates with Gomez.

**Request No. 4 – Internal communications concerning the federal, state, and appellate proceedings**

Please produce every internal government communication concerning, referring to, or discussing any of the following proceedings:

1. *Gomez v. Washington et al.*, Civil Action No. 1:26-cv-01445-MJM, United States District Court of the District of Maryland, including reasonable caption variants such as *Gomez v. Schaffel*;
2. *Vertex TL LLC v. Gomez*, Case No. C-24-CV-24-004451, Circuit Court for Baltimore City;
3. Appellate Court of Maryland Case No. ACM-REG-1791-2025; and
4. Appellate Court of Maryland Case No. ACM-REG-0512-2026.

This request includes communications that concern one of those proceedings without stating its formal case number or caption. Please therefore search 229 N. Monroe Street, Baltimore, Maryland 21223, including reasonable address variants, when the substance of the communication concerns Gomez, the foreclosure, any writ of possession, the March 18, 2026 eviction, the federal action, the Circuit Court action, or either appeal.

For Requests Nos. 3 and 4, "internal government communication" includes communications exchanged among Sheriff's Office officers, employees, officials, contractors, agents, supervisors, divisions, or units. It also includes communications between the Sheriff's Office and personnel of the Baltimore City Law Department, the Mayor and City Council of Baltimore, the Circuit Court for Baltimore City, the Maryland Judiciary, or any other governmental office or agency.

> An otherwise internal message remains responsive if it appears within a longer chain that was later forwarded to or included an outside party. Please produce every reasonably severable internal portion."

Following a thorough search of the agency's records, we identified the records responsive to your request. Copies of the responsive records located through our search are attached for your review.

Pursuant to Gen. Prov. § 4-362, you are entitled to seek judicial review of this decision. Alternatively, you may file a request for mediation with the Public Access Ombudsman and, if the Ombudsman is unable to resolve the matter, may subsequently seek a resolution from the Public Information Act Compliance Board for those matters within the Compliance Board's jurisdiction. *See* Gen. Prov. §§ 4-1a-01 *et seq.* and 4-1b-01 *et seq.*

Sincerely,

Nicholas T.R. Blendy, Esq.
*Assistant Sheriff*

E-SERVED Baltimore City Circuit Court 3/4/2026 4:17 PM System SystemEnvelope:25394049
E-FILED; Baltimore City Circuit Court
Docket: 3/4/2026 4:17 PM; Submission: 3/4/2026 4:17 PM
Envelope: 25394049

**CIRCUIT COURT FOR BALTIMORE CITY**
**MARYLAND**
CIVIL DIVISION
111 N. Calvert Street
Baltimore, Maryland 21202
Main: 410-333-3733
Civil: 410-333-3722
Criminal: 410-333-3750
Family: 410-333-3709/3738
Juvenile: 443-263-6300

**Case Number:** C-24-CV-24-004451
**Other Reference Number(s):** ACM-REG-1791-2025

**VERTEX TL LLC VS. FAUSTO GOMEZ, ET AL.**

Date: 03/04/2026

## WRIT OF POSSESSION

TO THE SHERIFF OF BALTIMORE CITY:

Upon a Judgment entered, and in accordance with instructions attached, you are directed to place the party in possession of the following property:

229 North Monroe Street Baltimore, MD 21223

In the event the Judgment in this proceeding awards possession of the property, or payment of its value in the alternative, you are hereby directed to levy upon real or personal property of a value equal to the value stated in the attached instructions, if the property specified in these instructions cannot be found.

Xavier A. Conaway
Clerk of the Circuit Court

**Requesting Attorney:** Steven Tessler

Enclosed:
Copy of the Order
Copy of the Request for Writ of Possession

## SHERIFF'S RETURN
### Writ of Possession

Circuit Court for Baltimore City

Case Number: C-24-CV-24-004451

VERTEX TL LLC vs. FAUSTO GOMEZ, et al.

To: 229 N Monroe Street

Sheriff fee: ____________ By: McQueen 0436

Served: 229 N. Monroe st Baltimore MD 21223

Time: 12:41 Date: 3/18/26

Unserved (Reason): ____________

NOTE: Execution of this writ shall be in accordance with Maryland Rule 2-647.

**Agent**

Name Print: Khaled HAFEED

Signature: [signature]

Phone Number: 4434635899

Company: ____________

Date: 3/18/26 Time: 1:06 PM

**VERTEX TL LLC vs. FAUSTO GOMEZ, et al.** **Case Number: C-24-CV-24-004451**
**Other Reference Number(s): ACM-REG-1791-2025**

## SHERIFF'S RETURN
### Writ of Possession

Circuit Court for Baltimore City

**Case Number:** C-24-CV-24-004451

VERTEX TL LLC vs. FAUSTO GOMEZ, et al.

To: 229 N Monroe Street

Sheriff fee: ____________________ By: ________________________________________

Served: ______________________________________________________________________

Time: ____________________ Date: ____________________________________________

Unserved (Reason): ____________________________________________________________

NOTE: Execution of this writ shall be in accordance with Maryland Rule 2-647.

Wed March 18, 2026

W

**CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND**
CIVIL DIVISION
Mitchell Courthouse
100 Mitchell Courthouse - Room 142
Baltimore, Maryland 21202
Main: 410-333-3733
Civil: 410-333-3722
Criminal: 410-333-3750
Family: 410-333-3709/3738
Juvenile: 443-263-6300

1001

BALTIMORE CITY SHERIFF
JAN 28 '26 PM5:42

**Case Number:** **C-24-CV-24-004451**
**Other Reference Number(s):** **ACM-REG-1791-2025**

**VERTEX TL LLC VS. FAUSTO GOMEZ, ET AL.**

Date: 1/23/2026

## WRIT OF POSSESSION

TO THE SHERIFF OF BALTIMORE CITY:

Upon a Judgment entered, and in accordance with instructions attached, you are directed to place the party in possession of the following property:

229 N Monroe Street, Baltimore, MD 21223

In the event the Judgment in this proceeding awards possession of the property, or payment of its value in the alternative, you are hereby directed to levy upon real or personal property of a value equal to the value stated in the attached instructions, if the property specified in these instructions cannot be found.

Xavier A. Conaway
Clerk of the Circuit Court

**Requesting Attorney:** Steven Tessler

Enclosed:
- Copy of the Order
- Copy of the Request for Writ of Possession

**LOCKOUT STINTS ARE 11:00 AM – 1:00 PM**

| | | |
|---|---|---|
| **VERTEX TL, LLC,** | * | **IN THE** |
| **Plaintiff,** | * | **CIRCUIT COURT** |
| **v.** | * | **FOR** |
| **FAUSTO GOMEZ, *et al.*,** | * | **BALTIMORE CITY** |
| **Defendants.** | * | **Case No. C-24-CV-24-004451** |

* * * * * * * * * * * * * * * * * * * * *

## JUDGMENT FORECLOSING RIGHT OF REDEMPTION

The submissions in the above captioned case having been read and considered, the Court finds that all Defendants were personally served or were notified in accordance with Maryland Rule 14-503 and §14-839(a) of the Tax-Property Article of the Maryland Code Annotated and also were notified by an Order of Publication issued out of this Honorable Court, that the time limit set in the Order of Publication and in the summons has expired, and that no redemption has been made by any party in interest. Therefore, it is, by the Circuit Court for Baltimore City

**ORDERED** that judgment be, and it is hereby, entered in favor of Plaintiff foreclosing the right of redemption in the property below described as: 229 N. Monroe St., Lot Size: 16X85 (being known as: Ward 20, Section 16, Block 0163, Lot 030 on the Tax Roll of the Director of Finance); and it is further

**ORDERED** that Plaintiff is vested with an absolute and indefeasible **fee simple** title, free and clear of all alienations and descents of the property occurring before the date of the judgment and encumbrances on the property, except taxes and municipal liens that have accrued after the date of the sale and easements of record and any other easement to which the property is subject that may be observed by an inspection of the property; and it is further

**ORDERED** that the Director of Finance shall execute and deliver a Deed to the Plaintiff, his successors and assigns, in accordance with the provisions of §§ 14-831 and 14-847 of the Tax-Property Article of the Maryland Code Annotated; and it is further

**ORDERED** that the Supervisor of Assessments of Baltimore City shall enroll Plaintiff as the **fee simple** owner of the above-described property.

**The Clerk is directed to close the case.** 03/27/2026 3:10:18 PM

**Plaintiff to pay costs.**

Entered: Clerk, Circuit Court for Baltimore City, MD
March 6, 2025
Date

Judge

| | | |
|---|---|---|
| VERTEX TL LLC | * | IN THE |
| Plaintiff | * | CIRCUIT COURT |
| v. | * | FOR |
| FAUSTO GOMEZ, *et al.* | * | BALTIMORE CITY |
| Defendants | * | CASE No. C-24-CV-24-004451 |

* * * * * * * * * * * * *

## INSTRUCTIONS TO SHERIFF

A Judgment has been issued in the above-captioned civil action against the Defendants in the above captioned matter, for possession of real property in favor of the Plaintiff. This real property is located at 229 North Monroe Street Baltimore, MD 21223.

Please be in contact with Steven Tessler at Tess Law LLC, Attorney for the Plaintiff at 2833 Smith Ave., #138 Baltimore, MD 21209, or by phone at (872) 222-7377, or via email at office@tesslaw.org, to place Plaintiff in possession of the Property.

Steven Tessler
#2404221006
Tess Law LLC
2833 Smith Ave., #138
Baltimore, MD 21209
(872) 222-7377
steven@tesslaw.org

E-FILED; Baltimore City Circuit Court
Docket: 1/23/2026 11:21 AM; Submission: 1/23/2026 11:21 AM
Envelope: 24791782

| | | |
|---|---|---|
| VERTEX TL LLC | * | IN THE |
| | * | |
| Plaintiff | * | CIRCUIT COURT |
| v. | * | |
| | * | FOR |
| FAUSTO GOMEZ, *et al.* | * | |
| | * | BALTIMORE CITY |
| Defendants | * | |
| | * | CASE No. C-24-CV-24-004451 |
| | * | |

* * * * * * * * * * * * *

**LINE TO REISSUE WRIT OF POSSESSION**

Dear Clerk,

Please re-issue the Writ of Possession that was originally issued on May 5, 2025. Plaintiff took deed to the property. *See* Baltimore City Circuit Court Land Records *Liber* 28577 *Folio* 279 (showing a copy of the deed recorded on December 12, 2025).

Respectfully submitted,

Steven Tessler
#2404221006
Tess Law LLC
2833 Smith Ave., #138
Baltimore, MD 21209
(872) 222-7377
steven@tesslaw.org

# Baltimore City Sheriff's Office

Main Office
The Mitchell Courthouse
100 N. Calvert St.
Baltimore, MD 21202
Phone: 410-396-1155
Fax: 410-727-3507

Field Services Office
The Elijah Cummings Courthouse
111 N. Calvert St.
Baltimore, MD 21202
Phone: 410-396-7412 ***
Fax: 410-396-7439

Date: February 11, 2026

Defendant: FAUSTO GOMEZ ET AL

Address: 229 N MONROE ST
BALTIMORE, MD 21223

Case Name: VERTEX TL LLC VS FAUSTO GOMEZ ET AL

Case #: C-24-CV-24-004451

District
10 - 01

Dear Occupant(s):

Per an Order of the Court issued out of the Circuit Court for Baltimore City. I do hereby command you to vacate the premises of:

229 N MONROE ST, BALTIMORE, MD 21223

before Wednesday, March 18, 2026. The eviction will be executed on the date included in this letter. Any property left on the foreclosed property will be considered abandonded and may be disposed of on execution of the writ of possession.This is the final notice of the date of the eviction, even if the eviction date is postponed by the sheriff or the court.

Deputy: ______________________

Badge #: ______________________ Date Posted: ______________

BCSO/gah

Published: 2/11/2026 5:47 PM

# Baltimore City Sheriff's Office

**Main Office**
**The Mitchell Courthouse**
**100 N. Calvert St.**
**Baltimore, MD 21202**
**Phone: 410-396-1155**
**Fax: 410-727-3507**

**Field Services Office**
**The Elijah Cummings Courthouse**
**111 N. Calvert St.**
**Baltimore, MD 21202**
**Phone: 410-396-7412 *****
**Fax: 410-396-7439**

Date: February 11, 2026

Defendant: FAUSTO GOMEZ ET AL

Address: 229 N MONROE ST
BALTIMORE, MD 21223

Case Name: VERTEX TL LLC VS FAUSTO GOMEZ ET AL

Case #: C-24-CV-24-004451

District
**10 - 01**

Dear Occupant(s):

Per an Order of the Court issued out of the Circuit Court for Baltimore City. I do hereby command you to vacate the premises of:

229 N MONROE ST, BALTIMORE, MD 21223

before **Wednesday, March 18, 2026.** The eviction will be executed on the date included in this letter. Any property left on the foreclosed property will be considered abandoned and may be disposed of on execution of the writ of possession.This is the final notice of the date of the eviction, even if the eviction date is postponed by the sheriff or the court.

Deputy: [signature]

Badge #: 436

Date Posted: 3/6/26

BCSO/gah

Published: 2/11/2026 5:47 PM

Outlook

**Fw: Lockout Schedules: C-24-CV-24-004451 - 229 N Monroe St.**

From Holman, Glenda <Glenda.Holman@baltimorecity.gov>
Date Wed 3/4/2026 4 29 PM
To Washington, Kenyatta G. (Sheriff) <KenyattaG Washington@baltimorecity.gov>

1 attachment (154 KB)
CC-CV-030 WRIT OF POSSESSION.pdf;

We will discuss tomorrow. Quashed 3/4/26

**Glenda A. Holman**
**Fines and Costs**
Baltimore City Sheriff's Office
100 N. Calvert St. Room 104
Office: 410-396-7412
glenda holman@baltimorecity.gov

---

**From:** Tess-Law Office <office@tesslaw.org>
**Sent:** Wednesday, March 4, 2026 4:24 PM
**To:** Ari Schaffel <ari@vertextl.com>
**Cc:** Holman, Glenda <Glenda.Holman@baltimorecity.gov>; vertextl <steven@tesslaw.org>; Steven Tessler <steven@vertextl.com>
**Subject:** Re: Lockout Schedules: C-24-CV-24-004451 - 229 N Monroe St.

CAUTION: **This email originated from outside of Baltimore City IT Network Systems.**
Reminder: **DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov**

Hello Glenda,

I hope you are well

For technical reasons the Court issued a new Writ of Possession today (attached).

The owner would like to keep the March 18, 2026 date.

Thank you

On Wed, Feb 11, 2026 at 5:43 PM Ari Schaffel <ari@vertextl.com> wrote:

Hello,

This is good (if there is earlier we can be ready then also).

Thank you

On Wed, Feb 11, 2026, 5:42 PM Holman, Glenda <Glenda.Holman@baltimorecity.gov> wrote:

Good day,

I would like to schedule the subject lockout(s) on the proposed date(s). Please confirm.

| Sched Date | Case Number | Plaintiff | Defendant | Address |
|---|---|---|---|---|
| Wednesday, 03/18/2026 -- 11 am - 1 pm | C-24-CV-24-004451 | VERTEX TL LLC | FAUSTO GOMEZ ET AL | 229 N Monroe St |

**Glenda A. Holman**
**Fines and Costs**
Baltimore City Sheriff's Office
100 N. Calvert St. Room 104
Office: 410-396-7412
glenda.holman@baltimorecity.gov

Outlook

**Re: Writ of Possession Quashed - Please Cancel Eviction 229. N Monroe**

**From** Donald Pugsley <don.pugsley@pm.me>
**Date** Wed 3/18/2026 4:59 PM
**To** Washington, Kenyatta G. (Sheriff) <KenyattaG.Washington@baltimorecity.gov>
**Cc** Holman, Glenda <Glenda.Holman@baltimorecity.gov>; andrew@jiraneklaw.com <andrew@jiraneklaw.com>; Cogen, Sam (Sheriff) <Sam.Cogen@baltimorecity.gov>; evictions@baltimorecitysheriff.gov <evictions@baltimorecitysheriff.gov>

**CAUTION: This email originated from outside of Baltimore City IT Network Systems.**
**Reminder: DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov**

Hi,

The property owner of 229 N. Monroe was evicted today, March 18.

On Monday, March 9th, 2026 at 1:17 PM, Donald Pugsley <don.pugsley@pm.me> wrote:

> Thanks so much, Kenyatta!
>
> On Monday, March 9th, 2026 at 6:52 AM, Washington, Kenyatta G. (Sheriff) <KenyattaG.Washington@baltimorecity.gov> wrote:
>
> > Good morning that posting had already been assigned to the deputy's workload but yes that Writ of Possession has been canceled. We apologize for any confusion this may have caused.
> >
> > ***Kenyatta Washington***
> > Lieutenant
> > Field Services Division
> > 111 N. Calvert Street (Rear)
> > (410) 396-7412 (office)
> > (443) 525-2156 (mobile)
> >
> > Confidentiality Note: The information in this e-mail is confidential and may be legally privileged. It is intended solely for the addressees. Access to this e-mail by anyone other than the recipient is unauthorized. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the intended recipient, any disclosure, reproduction, distribution, or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

**From:** Donald Pugsley <don.pugsley@pm.me>
**Sent:** Friday, March 6, 2026 2:19 PM
**To:** Washington, Kenyatta G. (Sheriff) <KenyattaG.Washington@baltimorecity.gov>
**Cc:** Holman, Glenda <Glenda.Holman@baltimorecity.gov>; andrew@jiraneklaw.com <andrew@jiraneklaw.com>; Cogen, Sam (Sheriff) <Sam.Cogen@baltimorecity.gov>; evictions@baltimorecitysheriff.gov <evictions@baltimorecitysheriff.gov>
**Subject:** Re: Writ of Possession Quashed - Please Cancel Eviction 229. N Monroe

**CAUTION:** **This email originated from outside of Baltimore City IT Network Systems.**
**Reminder:** **DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov**

Hi,

An eviction notice was delivered to the property owner around 10am this morning. (In spite of it being cancelled on March 5, and that it no longer shows up on the website).

A copy of the eviction notice is attached.

Is it safe to assume the eviction is still cancelled?

Thank you all so much for your help.
On Thursday, March 5th, 2026 at 1:17 PM, Donald Pugsley <don.pugsley@pm.me> wrote:

> Thank you! I now see that the eviction is no longer listed on the website.
>
> On Thursday, March 5th, 2026 at 12:29 PM, Washington, Kenyatta G. (Sheriff) <KenyattaG.Washington@baltimorecity.gov> wrote:
>
>> Good afternoon our system was updated showing the warrant was quashed. I recommend refreshing the browser then selecting it again. For some reason if you don't see it removed please call me direct.
>>
>> ***Kenyatta Washington***
>> Lieutenant
>> Field Services Division
>> 111 N. Calvert Street (Rear)
>> (410) 396-7412 (office)
>> (443) 525-2156 (mobile)

Confidentiality Note: The information in this e-mail is confidential and may be legally privileged. It is intended solely for the addressees. Access to this e-mail by anyone other than the recipient is unauthorized. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the intended recipient, any disclosure, reproduction, distribution, or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

**From:** Donald Pugsley <don.pugsley@pm.me>
**Sent:** Thursday, March 5, 2026 12:20 PM
**To:** Holman, Glenda <Glenda.Holman@baltimorecity.gov>
**Cc:** Washington, Kenyatta G. (Sheriff) <KenyattaG.Washington@baltimorecity.gov>; andrew@jiraneklaw.com <andrew@jiraneklaw.com>; Cogen, Sam (Sheriff) <Sam.Cogen@baltimorecity.gov>; evictions@baltimorecitysheriff.gov <evictions@baltimorecitysheriff.gov>
**Subject:** Re: Writ of Possession Quashed - Please Cancel Eviction 229. N Monroe

**CAUTION:** **This email originated from outside of Baltimore City IT Network Systems.**
**Reminder:** **DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov**

Hi Ms. Holman,

Just following up.

Yesterday you cancelled the March 18 eviction. However, according the Baltimore City Sheriff website, the eviction is still scheduled for March 18.

May you please advise on if the eviction is cancelled or scheduled?

Property Address: 229 N. Monroe St
Case Number: C-24-CV-24-004451
Scheduled Eviction Date: 03/18/2026

Thank you
On Wednesday, March 4th, 2026 at 4:58 PM, Donald Pugsley <don.pugsley@pm.me> wrote:

> Hi Ms. Holman,

After its Second Writ of Possession was Quashed by a Judge this afternoon, Vertex went ahead and got a Third Writ of Possession from the Clerks office about 30 minutes ago.

If they've submitted this latest Writ of Possession to you to schedule an eviction, could you let us know how this would affect eviction timelines?

The latest Writ of Eviction is attached.

On Wednesday, March 4th, 2026 at 3:17 PM, Donald Pugsley <don.pugsley@pm.me> wrote:

> Thank you so much Ms. Holman for your action and quick reply. It alleviates a lot of stress for the property owner.
>
> On Wednesday, March 4th, 2026 at 2:18 PM, Holman, Glenda <Glenda.Holman@baltimorecity.gov> wrote:
>
>> Received and cancelled.
>>
>> *Glenda A. Holman, Fiscal Technician*
>> *Fines and Costs*
>> *Baltimore City Sheriff's Office*
>> *100 N. Calvert St. Room 104*
>> *(Mitchell Courthouse)*
>> *Field Services: 410-396-7412*
>> *Office: 443-984-6277, Fax: 410-396-7439*
>> *Email: Glenda.holman@baltimorecity.gov*
>>
>> ---
>>
>> **From:** Donald Pugsley <don.pugsley@pm.me>
>> **Sent:** Wednesday, March 4, 2026 1:52 PM
>> **To:** Holman, Glenda <Glenda.Holman@baltimorecity.gov>;

Washington, Kenyatta G. (Sheriff) <KenyattaG.Washington@baltimorecity.gov>
**Cc:** andrew@jiraneklaw.com <andrew@jiraneklaw.com>; Cogen, Sam (Sheriff) <Sam.Cogen@baltimorecity.gov>
**Subject:** Writ of Possession Quashed - Please Cancel Eviction 229. N Monroe

**CAUTION:** **This email originated from outside of Baltimore City IT Network Systems.**
**Reminder:** **DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov**

Hello,

May you please cancel the following eviction? The Writ of Possession that was used to schedule the eviction was Quashed, because the requestor does not possess the deed. A copy of the Order to Quash is attached.

Property Address:
229 N. Monroe St
Case Number: C-24-CV-24-004451
Scheduled Eviction Date:
03/18/2026

If you'd be so kind, could you please let us know that the eviction has been cancelled, or if you need additional info from us? We do not have full confidence that the Plaintiff pursuing the eviction will reach out to your department.

Thank you

| | | |
|---|---|---|
| **VERTEX TL, LLC,** | * | **IN THE** |
| **Plaintiff,** | * | **CIRCUIT COURT** |
| **v.** | * | **FOR** |
| **FAUSTO GOMEZ, *et al.*,** | * | **BALTIMORE CITY** |
| **Defendants.** | * | **Case No. C-24-CV-24-004451** |

* * * * * * * * * * * * * * * * * * * * *

**ORDER QUASHING WRIT OF POSSESSION**

Upon consideration of Defendant Fausto Gomez's Emergency Motion and Memorandum to Quash Writ of Possession Issued by the Clerk of the Court, filed on February 5, 2026, it is, by the Circuit Court for Baltimore City,

**ORDERED** that the Writ of Possession, issued January 23, 2026, be, and the same hereby is, **QUASHED** on the grounds that by a deed of assignment recorded on December 3, 2025, Plaintiff, Vertex TL, LLC, assigned their interest in the subject property, 229 N. Monroe Street, to Hadaf Anwar Alsamet, Mohamed Abdo Alnisafi, and Mohamed Dahan Shahbain. Mot. at pg. 3, Ex. B. Plaintiff was therefore not the title owner of the subject property when filing the Line to Reissue Writ of Possession on January 23, 2026, and was not entitled to the issuance of a writ of possession. *See* Md. Code Ann., Tax-Prop. § 14-850 ("Any person **who acquires a deed to property** under this subtitle is entitled to issuance of a writ for possession of the property under the Maryland Rules as if the person had obtained a judgment awarding possession of the property.") (emphasis added).

**03/02/2026 4:14:50 PM**

**Date**

**Judge**

**Circuit Court for Baltimore City**

Outlook

**Eviction for 229 N. Monroe & Court Orders**

From FK88 <frankieknuckles88@proton.me>
Date Wed 2/18/2026 5:15 PM
To Holman, Glenda <Glenda.Holman@baltimorecity.gov>
Cc Cogen, Sam (Sheriff) <Sam.Cogen@baltimorecity.gov>; Blendy, Nicholas T. <Nicholas.Blendy@baltimorecity.gov>; Brandon M Scott <brandonm.scott@baltimorecity.gov>

3 attachments (2 MB)
229 N Monroe Current Deed Holder.pdf; C-24-CV-24-004451 - EMERGENCY MOTION AND MEMORANDUM TO QUASH WRIT OF POSSESSION ISSUED BY THE CLERK OF THE COURT.pdf; Vertex Previous Attempt to Evict without Court Order.pdf;

**CAUTION: This email originated from outside of Baltimore City IT Network Systems.**
**Reminder: DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov**

Dear Ms. Holman et. al,

There is an eviction scheduled for Fausto Gomez, 229 N. Monroe St., Baltimore, MD 21223 for March 18, 2026.

I wanted to make you aware that the party seeking the eviction, Vertex TL, LLC c/o Steven Tessler at Tess Law, is not the current deed holder (although they did not seem to note that on their application for a Writ of Possession). The current deed holders are Hadaf Anwar Alsamet, Mohamed Abdo Alnisafi, and Mohamed Dahan Shahbain. Please see the attached deed (it is from Liber 28577 Folio 283).

Moreover, there is an open motion to Quash the Writ of Possession. Please see attached.

This has happened before with Vertex and 229 N. Monroe. Namely, they have requested a Writ of Possession, scheduled an eviction, and later the Judge Ordered the Writ Quashed because they were not deed holders. Please see the attached PDF titled "Vertex Previous Attempt to Evict". Had the Judge waited an extra week to rule, Mr. Gomez may have been evicted.

I believe in another Vertex case, C-24-CV-24-004452, the property owner was *actually* evicted and about a week later the Judge submitted an order to Quash Vertex's Writ of Possession, because they did not possess a deed. The property was 2542 Harford Rd., and the Order to Quash the Writ of Possession was issued 5/27/2025.

May you please cancel the eviction for 229 N. Monroe, until the Court rules?

In my view, Vertex is trying to exploit a "loophole" where they can schedule evictions apparently without express consent from a Judge and without possessing a deed. This has led resulted scheduled

evictions, and seemingly real evictions, that the court later deemed were improper.

(#2)

BOOK: 28577 PAGE: 28 CITY OF B... MORE MARYL/
Bureau of ... Collectio
Recordation Tax Paid
12/3/25 26003237 $1900.00
Date Transaction #
Authorized Signature

**Golden Trust Title & Escrow, LLC**
**File No. 25-05-14**
**Tax ID # 20-16-0163-030**

**This Deed**, made this 26th day of November, 2025, by and between **VERTEX TL LLC**, GRANTOR, and **Hadaf Anwar Alsamet, Mohamed Abdo Alnisafi and Mohamed Dahan Shahbain**, GRANTEES.

## Witnesseth –

**That in consideration** of the sum of One Hundred Ninety Thousand and 00/100 Dollars ($190,000.00), which includes the amount of any outstanding Mortgage or Deed of Trust, if any, the receipt of which is hereby acknowledged, the said Grantor does hereby grant and convey to the said Grantees, as tenants in common, in fee simple, all that lot of ground situate in the City of Baltimore, State of Maryland and described as follows, that is to say:

See Attached Exhibit A

**Together with** the buildings and improvements thereon erected, made or being; and all and every, the rights, alleys, ways, waters, privileges, appurtenances and advantages thereto belonging, or in anywise appertaining.

**To Have and To Hold** the said tract of ground and premises above described and mentioned, and hereby intended to be conveyed, together with the rights, privileges, appurtenances and advantages thereto belonging or appertaining unto and to the proper use and benefit of the said Hadaf Anwar Alsamet, Mohamed Abdo Alnisafi and Mohamed Dahan Shahbain, as tenants in common, in fee simple.

**And** the Grantor hereby covenants that it has not done or suffered to be done any act, matter or thing whatsoever, to encumber the property hereby conveyed; that it will warrant Specially the property hereby granted; and that it will execute such further assurances of the same as may be requisite.

All taxes for which assessments have been Received have been paid as of this date
12/3/25
Director of Finance of Baltimore City By
[signature]

CITY OF BALTIMORE, MARYLAND
Bureau of Revenue Collections, Transfer Tax Division
Transfer Tax Paid
Date 4416689 Cash Slip # $2280.00 Amount
Authorized Signature

BALTIMORE CITY CIRCUIT COURT (Land Records) XAC 28577 p.0283 MSA_CE_164_37734. Date available 12/5/2025. Printed 2/18/2026.

BALTIMORE CITY CIRCUIT COURT (Land Records) XAC 28577 p.0284 MSA_CE_164_37734. Date available 12/5/2025. Printed 2/18/2026.

**In Witness Whereof,** Grantor has caused this Deed to be properly executed and sealed the day and year first above written.

VERTEX TL LLC

Witness

By: ______________________(SEAL)
Ari Schaffel, Authorized Agent

[Corporate Seal]

STATE OF MARYLAND } ss
COUNTY OF BALTIMORE

I hereby certify that on this 12th day of November, 2025 before me, the subscriber, a Notary Public of the State and County aforesaid, personally appeared Ari Schaffel, and that as such officer, being authorized to do so, executed the aforegoing Deed for the purposes therein contained, by signing the name of the limited liability company, by himself/herself as such officer and further, did certify that this conveyance is not part of a transaction in which there is a sale, lease, exchange or other transfer of all, or substantially all, of the property and assets of the limited liability company, giving oath under penalties of perjury that the consideration recited herein is correct.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.,

MEGAN CREASY
Notary Public - State of Maryland
Harford County
My Commission Expires Jan 2, 2028

Notary Public

My Commission Expires: 1/2/2028

THIS IS TO CERTIFY that the within Deed was prepared by, or under the supervision of the undersigned, an Attorney duly admitted to practice before the Court of Appeals of Maryland.

Samuel A. Blotter, Esquire

AFTER RECORDING, PLEASE RETURN TO:
**Golden Trust Title & Escrow, LLC**
**114 West Mulberry Street**
**Baltimore, MD 21202**

BALTIMORE CITY CIRCUIT COURT (Land Records) XAC 28577 p.0285 MSA_CE_164_37734. Date available 12/5/2025. Printed 2/18/2026.

MARYLAND FORM **WH-AR**

# Certification of Exemption from Withholding Upon Disposition of Maryland Real Estate Affidavit of Residence or Principal Residence

**2025**

Based on the certification below, Transferor claims exemption from the tax withholding requirements of §10-912 of the Tax-General Article, Annotated Code of Maryland. Section 10-912 provides that certain tax payments must be withheld and paid when a deed or other instrument that effects a change in ownership of real property is presented for recordation. The requirements of §10-912 do not apply when a transferor provides a certification of Maryland residence or certification that the transferred property is the transferor's principal residence.

**1. Transferor Information**

Name of Transferor VERTEX TL LLC

**2. Description of Property** (Street address. If no address is available, include county, district, subdistrict and lot numbers).

229 N Monroe St, Baltimore, MD 21223

**3. Reasons for Exemption**

**Resident Status**

☐ As of the date this form is signed, I, Transferor, am a resident of the State of Maryland.

☑ Transferor is a resident entity as defined in Code of Maryland Regulations (COMAR)03.04.12.02B(11), I am an agent of Transferor, and I have authority to sign this document on Transferor's behalf.

**Principal Residence**

☐ Although I am no longer a resident of the State of Maryland, the Property is my principal residence as defined in IRC 121 (principal residence for 2 (two) of the last 5 (five) years) and is currently recorded as such with the State Department of Assessments and Taxation.

**Under penalty of perjury, I certify that I have examined this declaration and that, to the best of my knowledge, it is true, correct, and complete.**

**3a. Individual Transferors**

Witness

Name **Date

Signature

**3b. Entity Transferors**

Witness/Attest [signature]

VERTEX TL LLC
Name of Entity

By [signature]

Ari Schaffel 11/ [illegible]/25
Name **Date

Authorized Agent
Title

** Form must be dated to be valid.

**Note:** Form is only valid if it was executed on the date the Property was transferred and is properly recorded with the Clerk of the Court.

**To the Clerk of the Court:** Only an un-altered Form WH-AR should be considered a valid certification for purposes of Section 10-912.

12/23

BALTIMORE CITY CIRCUIT COURT (Land Records) XAC 28577 p.0286 MSA_CE_164_37734. Date available 12/5/2025. Printed 2/18/2026.

# Exhibit A

BEGINNING FOR THE SAME on the east side of Monroe Street at the distance of one hundred eighty-four feet, eight inches southerly from the southeast corner of Saratoga and Monroe Streets and running thence southerly bounding on the east side of Monroe Street sixteen feet to the northeast corner of Monroe Street and Penrose Avenue thence easterly on the north side of Penrose Avenue ninety-five feet to the northeast corner of Penrose Avenue and an alley ten feet wide there situate thence northerly on the east side of said alley with the use thereof in common sixteen feet and thence westerly parallel with Lexington Street ninety-five feet to the place of beginning. The improvements now known as No. 229 N. Monroe Street, Baltimore, MD 21213 (Tax ID No. 20-16-0163-0030).

163

**BOOK: 28577 PAGE: 287**

4104

163.00

BALTIMORE CITY CIRCUIT COURT (Land Records) XAC 28577 p.0287 MSA_CE_164_37734. Date available 12/5/2025. Printed 2/18/2026.

LR - Deed (w Taxes)
Recording only ST 20.00
Name: VERTEX TL
LLC/HADAF ALSAMET
Ref: 229 N MONROE ST
LR - Deed (with Taxes)
Surcharge 40.00
LR - Deed State
Transfer Tax 950.00
LR - NR Tax - 1kd 0.00
SubTotal: 1,010.00
Total: 1,217.20
12/03/2025 02:39
CC24-ChC
#19311099 CC0801 -
Baltimore City
Mitchell/CC08.01.06 -
Register 06

$40
$20 cc
$950

**E-FILED; Baltimore City Circuit Court**
**Docket: 2/5/2026 4:39 PM; Submission: 2/5/2026 4:39 PM**
**Envelope: 24994656**

**IN THE CIRCUIT COURT OF MARYLAND FOR BALTIMORE CITY**

| | | |
|---|---|---|
| Vertex TL, LLC, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No.: C-24-CV-24-004451 |
| | ) | |
| Fausto Gomez, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**EMERGENCY MOTION AND MEMORANDUM TO QUASH WRIT OF POSSESSION ISSUED BY THE CLERK OF THE COURT**

Defendant Fausto Gomez, by undersigned counsel, requests that the Court issue an Order quashing the Writ of Possession that Mr. Gomez just found out was issued by the Clerk of the Court on January 23, 2026, as shown on attached **Exhibit A**. This Writ of Possession was issued in response to a "Line to Reissue Writ of Possession" that was filed and presented to the Clerk of the Court, without notice to Mr. Gomez, by Plaintiff's counsel, Steven Tessler, using an address for Mr. Tessler which is a store called "The Postal Secretary," which rents out mailboxes. Pursuant to this 1/23/2026 Writ of Possession, Mr. Tessler sent instructions to the Sheriff to evict Mr. Gomez from his real property and improvements where Mr. Gomez owns and runs a grocery store and deli serving his local community (hereinafter, "**Mr. Gomez's Property**"). Id. Mr. Gomez's attorney only found out about this filing by Mr. Tessler, and the Clerk of the Court's Order, when he checked the Court's online docket. Mr. Gomez's undersigned counsel has prepared and filed this paper by way of a response.

**Basis for Motion**

In Maryland, a party seeking a writ of possession must first obtain a judgment awarding possession of the property, then submit a written request to the court clerk with specific documentation. Md. Rule 2-647 ("[u]pon the written request of the holder of a judgment awarding possession of property, the clerk shall issue a writ directing the sheriff to place that party in possession of the property.") The clerk will issue the writ directing the sheriff to place the party in possession. See Md. Rule 2-647. This requirement is absolute—**the writ enforcement procedure cannot be used to obtain possession without first securing an underlying judgment for possession**.

On May 22, 2025, this Court issued an Order quashing writ of possession which the Court Clerk had entered, following an earlier application from Mr. Tessler, based on Md. Tax Property Code Ann. § 14-836(b)(7), which specifies the procedure by which a Plaintiff in a tax sale case can get a writ of possession. Namely, the statute provides:

> (7) (i) Subject to subparagraphs (ii) and (iii) of this paragraph, after issuance of the judgment foreclosing right of redemption and at least 30 days before taking possession of the property, the plaintiff shall give any tenant of the property written notice of the plaintiff's intention to obtain possession of the property and that the tenant must vacate the property within 30 days after the notice.
>
> (ii) During the 30–day period immediately following issuance of the judgment foreclosing the right of redemption, the plaintiff may apply for, process, and obtain, but not execute upon, a writ for possession of the property.
>
> (iii) The notice shall be sent:
>
> 1. by first–class mail, postage prepaid, bearing a postmark from the United States Postal Service addressed to the tenant by name if the identity of the tenant is known to the plaintiff, and addressed to "occupant" if the identity of the tenant is not known;
>
> 2. to each separately leased area of the property that the plaintiff can reasonably ascertain is occupied; and
>
> 3. in an envelope prominently marked on the outside with the following phrase "Notice of Taking Possession of Property".

As the Court noted in its May 22, 2025 Order to Quash, Mr. Tessler and Plaintiff did not do the things they were required to do to obtain a Judgment for Possession. Specifically, the Court denied Mr. Tessler and Plaintiff's Motion to Quash "on the grounds that Plaintiff's Request for Writ of Possession, filed May 4, 2025, was filed more than thirty days after the entry of the Judgement Foreclosing Right of Redemption on March 6, 2025…" *See* Dkt. at 05/23/2025. The Court did not address the other deficiency in Mr. Tessler's application, namely that Mr. Tessler did not send to Mr. Gomez by first class mail, postage prepaid notice that Mr. Tessler intended to seek possession of the Tax Sale Property (at least none was received by either Mr. Gomez or his counsel). The statute required that this notice had to be sent at least thirty (30) days prior to the time when Mr. Tessler sent instructions to the Sheriff to evict Mr. Gomez from possession of his property. See Md. Tax Property Code Ann. § 14-836(b)(7)(i).

This latest attempt by Mr. Tessler also does not satisfy the statutory requirement of applying for a Writ of Possession. All Mr. Tessler has done here is file a Line which he did not serve on Mr. Gomez. See Writ of Possession and Instructions, being filed herewith as **Exhibit A**. Essentially, this was a communication between Mr. Tessler, the Clerk of the Court and the Sheriff, appearing to orchestrate a surprise eviction of Mr. Gomez from his property. The statute does not permit that.

Finally, at this point, Mr. Tessler and Plaintiff lack standing to request a Writ of Possession because Plaintiff is no longer the deed holder for the property for which Mr. Tessler seeks possession (See **Exhibit B**). Whatever interests Mr. Tessler and Plaintiff had in the tax sale property were conveyed away to third parties prior to getting the Court Clerk to issue a Writ of Eviction and instructions to the Sheriff. See Deed, attached

hereto as **Exhibit B**. Md. Code Ann., Tax-Property § 14-850 states: "Any person who acquires a deed to property under this subtitle is entitled to issuance of a writ for possession of the property under the Maryland Rules as if the person had obtained a judgment awarding possession of the property." This means any person who ***is the deed holder*** is entitled to issuance of a Writ of Possession. Mr. Tessler and Plaintiff would have the Court interpret the tax sale statute to provide that any party who, at one time, acquired a deed to the tax sale property following entry of a tax sale Judgement Foreclosing the Right of Redemption, would have perpetual entitlement to a writ of possession, even after selling or transferring the property. Because Mr. Tessler and Plaintiff are not the current deed holder, they can not seek a Writ of Possession, especially where as here, they did not comply with the statute's 30 day requirement and they did not provide notices to Mr. Gomez. The fact that Mr. Tessler did not disclose to the Court when he filed his "Line" on 1/23/2026 that he and his client no longer owned the property for which he sought possession is concerning. Perhaps, its because of the current posture of the case.

Here, Judgment foreclosing right of redemption that was entered on March 6, 2025, is subject to several legal proceedings challenging its validity. This Court's denial of an amended motion to vacate that March 6, 2025 Judgment is currently being reviewed on appeal despite three (3) unsuccessful motions Mr. Tessler has made to have that appeal dismissed. In addition, another motion to vacate that Judgment on what the Court may consider as new grounds, not currently on appeal, is now pending before this Court. It is well established in Maryland that such motions may mean that the Director of Finance from Baltimore City did not have authority to convey marketable title to Mr.

Gomez's Property, and, therefore, there would be no right to possession. Dillow v. Magraw, 102 Md.App. 343 (1994) (establishing that defective tax sale proceedings render title unmarketable and create grounds for breach of covenant against encumbrances and also holding that in order to establish fraud as the basis for setting aside a final decree, the Court of Appeals has held that proof of "constructive fraud is sufficient").

In sum, Mr. Tessler and Plaintiff tried and obtained a writ of possession before from the Clerk of the Court for Mr. Gomez's Property and this Court entered an Order Quashing Writ of Possession on May 22, 2025. The Court should enter another Order Quashing the most recent Writ of Possession Mr. Tessler and Plaintiff got the Clerk of the Court to enter by use of a "Line" that was not served on Mr. Gomez or his counsel.

**Emergency Nature of the Relief Sought**

If the Sheriff were to evict Mr. Gomez and his business from Mr. Gomez's Property, it would cause irreparable harm. Not only would such action be extremely cumbersome in these current weather conditions, but it would damage Mr. Gomez's Property and it would devastate Mr. Gomez's business. **To avoid this loss, Mr. Gomez requests that the Court rule on this motion on an expedited basis.**

WHEREFORE, Defendant Fausto Gomez requests that the Court quash the Writ of Possession Plaintiff and Mr. Tessler wrongfully obtained from the Clerk of the Court and intervene in any instructions that may have been issued to the Sheriff so that they are not executed upon.

Date: February 5, 2026

Respectfully submitted,

/Andrew L. Jiranek/S/

Andrew L. Jiranek, AIS# 940708002
Jiranek, P.A.
16 Willow Ave.
Towson, MD 21286
andrew@jiraneklaw.com
(410) 769-9070

***Attorney for Defendant Fausto Gomez***

**Certificate of Service**

I HEREBY CERTIFY that on this 5th day of February, 2026, a copy of the foregoing Motion and Memorandum and Proposed Order was served via the MDEC online system on Steven Tessler, attorney for Plaintiff, and via first class mail, postage prepaid on the following parties who have been served in this case but who have not entered an appearance by counsel:

City of Baltimore, Director of Finance, 100 Holliday St., Baltimore, MD 21202
State of Maryland, Office of the Attorney General, 200 St. Paul Place, Baltimore, MD 21202
The Mayor and City Council of Baltimore City, City Solicitor, 100 Holliday St., Baltmore, MD 21202
Baltimore City Department of Public Works, 100 Holliday Street, Baltimore, MD 21202

*/Andrew L. Jiranek/S/*
Andrew L. Jiranek, Attorney for Defendant Fausto Gomez

E-FILED; Baltimore City Circuit Court
Docket: 2/5/2026 4:39 PM; Submission: 2/5/2026 4:39 PM
Envelope: 24[illegible]4656

Ex A to Def. Emergency Motion to Quash

**CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND**
CIVIL DIVISION
Mitchell Courthouse
100 Mitchell Courthouse - Room 142
Baltimore, Maryland 21202
Main: 410-333-3733
Civil: 410-333-3722
Criminal: 410-333-3750
Family: 410-333-3709/3738
Juvenile: 443-263-6300

**Case Number:** C-24-CV-24-004451
**Other Reference Number(s):** ACM-REG-1791-2025

**VERTEX TL LLC VS. FAUSTO GOMEZ, ET AL.**

Date: 1/23/2026

## WRIT OF POSSESSION

TO THE SHERIFF OF BALTIMORE CITY:

Upon a Judgment entered, and in accordance with instructions attached, you are directed to place the party in possession of the following property:

229 N Monroe Street, Baltimore, MD 21223

In the event the Judgment in this proceeding awards possession of the property, or payment of its value in the alternative, you are hereby directed to levy upon real or personal property of a value equal to the value stated in the attached instructions, if the property specified in these instructions cannot be found.

Xavier A. Conaway
Clerk of the Circuit Court

**Requesting Attorney:** Steven Tessler

Enclosed:
Copy of the Order
Copy of the Request for Writ of Possession

## SHERIFF'S RETURN
### Writ of Possession

Circuit Court for Baltimore City

**Case Number:** C-24-CV-24-004451

VERTEX TL LLC vs. FAUSTO GOMEZ, et al.

To: 229 N Monroe Street

Sheriff fee: ____________________ By: ________________________________________

Served: ________________________________________________________________

Time: ______________ Date: ________________

Unserved
(Reason): ________________________________________________________

NOTE: Execution of this writ shall be in accordance with Maryland Rule 2-647.

E-FILED; Baltimore City Circuit Court
Docket: 1/23/2026 11:21 AM; Submission: 1/23/2026 11:21 AM
Envelope: 24791782

| | | |
|---|---|---|
| VERTEX TL LLC | * | IN THE |
| | * | |
| Plaintiff | * | CIRCUIT COURT |
| v. | * | |
| | * | FOR |
| FAUSTO GOMEZ, *et al.* | * | |
| | * | BALTIMORE CITY |
| Defendants | * | |
| | * | CASE No. C-24-CV-24-004451 |
| | * | |

* * * * * * * * * * * * *

**LINE TO REISSUE WRIT OF POSSESSION**

Dear Clerk,

Please re-issue the Writ of Possession that was originally issued on May 5, 2025. Plaintiff took deed to the property. *See* Baltimore City Circuit Court Land Records *Liber* 28577 *Folio* 279 (showing a copy of the deed recorded on December 12, 2025).

Respectfully submitted,

Steven Tessler
#2404221006
Tess Law LLC
2833 Smith Ave., #138
Baltimore, MD 21209
(872) 222-7377
steven@tesslaw.org

| | | |
|---|---|---|
| VERTEX TL LLC | * | IN THE |
| Plaintiff | * | CIRCUIT COURT |
| v. | * | FOR |
| FAUSTO GOMEZ, *et al.* | * | BALTIMORE CITY |
| Defendants | * | CASE No. C-24-CV-24-004451 |

* * * * * * * * * * * * *

## INSTRUCTIONS TO SHERIFF

A Judgment has been issued in the above-captioned civil action against the Defendants in the above captioned matter, for possession of real property in favor of the Plaintiff. This real property is located at 229 North Monroe Street Baltimore, MD 21223.

Please be in contact with Steven Tessler at Tess Law LLC, Attorney for the Plaintiff at 2833 Smith Ave., #138 Baltimore, MD 21209, or by phone at (872) 222-7377, or via email at office@tesslaw.org, to place Plaintiff in possession of the Property.

Steven Tessler
#2404221006
Tess Law LLC
2833 Smith Ave., #138
Baltimore, MD 21209
(872) 222-7377
steven@tesslaw.org

E-FILED; Baltimore City Circuit Court
Docket: 2/5/2026 4:39 PM; Submission: 2/5/2026 4:39 PM
Envelope: 24994656

**IN THE CIRCUIT COURT OF MARYLAND FOR BALTIMORE CITY**

| | | |
|---|---|---|
| Vertex TL, LLC, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No.: C-24-CV-24-004451 |
| | ) | |
| Fausto Gomez, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**EMERGENCY MOTION AND MEMORANDUM TO QUASH WRIT OF POSSESSION ISSUED BY THE CLERK OF THE COURT**

Defendant Fausto Gomez, by undersigned counsel, requests that the Court issue an Order quashing the Writ of Possession that Mr. Gomez just found out was issued by the Clerk of the Court on January 23, 2026, as shown on attached **Exhibit A**. This Writ of Possession was issued in response to a "Line to Reissue Writ of Possession" that was filed and presented to the Clerk of the Court, without notice to Mr. Gomez, by Plaintiff's counsel, Steven Tessler, using an address for Mr. Tessler which is a store called "The Postal Secretary," which rents out mailboxes. Pursuant to this 1/23/2026 Writ of Possession, Mr. Tessler sent instructions to the Sheriff to evict Mr. Gomez from his real property and improvements where Mr. Gomez owns and runs a grocery store and deli serving his local community (hereinafter, "**Mr. Gomez's Property**"). Id. Mr. Gomez's attorney only found out about this filing by Mr. Tessler, and the Clerk of the Court's Order, when he checked the Court's online docket. Mr. Gomez's undersigned counsel has prepared and filed this paper by way of a response.

## Basis for Motion

In Maryland, a party seeking a writ of possession must first obtain a judgment awarding possession of the property, then submit a written request to the court clerk with specific documentation. Md. Rule 2-647 ("[u]pon the written request of the holder of a judgment awarding possession of property, the clerk shall issue a writ directing the sheriff to place that party in possession of the property.") The clerk will issue the writ directing the sheriff to place the party in possession. See Md. Rule 2-647. This requirement is absolute—**the writ enforcement procedure cannot be used to obtain possession without first securing an underlying judgment for possession.**

On May 22, 2025, this Court issued an Order quashing writ of possession which the Court Clerk had entered, following an earlier application from Mr. Tessler, based on Md. Tax Property Code Ann. § 14-836(b)(7), which specifies the procedure by which a Plaintiff in a tax sale case can get a writ of possession. Namely, the statute provides:

> (7) (i) Subject to subparagraphs (ii) and (iii) of this paragraph, after issuance of the judgment foreclosing right of redemption and at least 30 days before taking possession of the property, the plaintiff shall give any tenant of the property written notice of the plaintiff's intention to obtain possession of the property and that the tenant must vacate the property within 30 days after the notice.
>
> (ii) During the 30–day period immediately following issuance of the judgment foreclosing the right of redemption, the plaintiff may apply for, process, and obtain, but not execute upon, a writ for possession of the property.
>
> (iii) The notice shall be sent:
>
> 1. by first–class mail, postage prepaid, bearing a postmark from the United States Postal Service addressed to the tenant by name if the identity of the tenant is known to the plaintiff, and addressed to "occupant" if the identity of the tenant is not known;
>
> 2. to each separately leased area of the property that the plaintiff can reasonably ascertain is occupied; and
>
> 3. in an envelope prominently marked on the outside with the following phrase "Notice of Taking Possession of Property".

As the Court noted in its May 22, 2025 Order to Quash, Mr. Tessler and Plaintiff did not do the things they were required to do to obtain a Judgment for Possession. Specifically, the Court denied Mr. Tessler and Plaintiff's Motion to Quash "on the grounds that Plaintiff's Request for Writ of Possession, filed May 4, 2025, was filed more than thirty days after the entry of the Judgement Foreclosing Right of Redemption on March 6, 2025…" *See* Dkt. at 05/23/2025. The Court did not address the other deficiency in Mr. Tessler's application, namely that Mr. Tessler did not send to Mr. Gomez by first class mail, postage prepaid notice that Mr. Tessler intended to seek possession of the Tax Sale Property (at least none was received by either Mr. Gomez or his counsel). The statute required that this notice had to be sent at least thirty (30) days prior to the time when Mr. Tessler sent instructions to the Sheriff to evict Mr. Gomez from possession of his property. See Md. Tax Property Code Ann. § 14-836(b)(7)(i).

This latest attempt by Mr. Tessler also does not satisfy the statutory requirement of applying for a Writ of Possession. All Mr. Tessler has done here is file a Line which he did not serve on Mr. Gomez. See Writ of Possession and Instructions, being filed herewith as **Exhibit A**. Essentially, this was a communication between Mr. Tessler, the Clerk of the Court and the Sheriff, appearing to orchestrate a surprise eviction of Mr. Gomez from his property. The statute does not permit that.

Finally, at this point, Mr. Tessler and Plaintiff lack standing to request a Writ of Possession because Plaintiff is no longer the deed holder for the property for which Mr. Tessler seeks possession (See **Exhibit B**). Whatever interests Mr. Tessler and Plaintiff had in the tax sale property were conveyed away to third parties prior to getting the Court Clerk to issue a Writ of Eviction and instructions to the Sheriff. See Deed, attached

hereto as **Exhibit B**. Md. Code Ann., Tax-Property § 14-850 states: "Any person who acquires a deed to property under this subtitle is entitled to issuance of a writ for possession of the property under the Maryland Rules as if the person had obtained a judgment awarding possession of the property." This means any person who ***is the deed holder*** is entitled to issuance of a Writ of Possession. Mr. Tessler and Plaintiff would have the Court interpret the tax sale statute to provide that any party who, at one time, acquired a deed to the tax sale property following entry of a tax sale Judgement Foreclosing the Right of Redemption, would have perpetual entitlement to a writ of possession, even after selling or transferring the property. Because Mr. Tessler and Plaintiff are not the current deed holder, they can not seek a Writ of Possession, especially where as here, they did not comply with the statute's 30 day requirement and they did not provide notices to Mr. Gomez. The fact that Mr. Tessler did not disclose to the Court when he filed his "Line" on 1/23/2026 that he and his client no longer owned the property for which he sought possession is concerning. Perhaps, its because of the current posture of the case.

Here, Judgment foreclosing right of redemption that was entered on March 6, 2025, is subject to several legal proceedings challenging its validity. This Court's denial of an amended motion to vacate that March 6, 2025 Judgment is currently being reviewed on appeal despite three (3) unsuccessful motions Mr. Tessler has made to have that appeal dismissed. In addition, another motion to vacate that Judgment on what the Court may consider as new grounds, not currently on appeal, is now pending before this Court. It is well established in Maryland that such motions may mean that the Director of Finance from Baltimore City did not have authority to convey marketable title to Mr.

Gomez's Property, and, therefore, there would be no right to possession. Dillow v. Magraw, 102 Md.App. 343 (1994) (establishing that defective tax sale proceedings render title unmarketable and create grounds for breach of covenant against encumbrances and also holding that in order to establish fraud as the basis for setting aside a final decree, the Court of Appeals has held that proof of "constructive fraud is sufficient").

In sum, Mr. Tessler and Plaintiff tried and obtained a writ of possession before from the Clerk of the Court for Mr. Gomez's Property and this Court entered an Order Quashing Writ of Possession on May 22, 2025. The Court should enter another Order Quashing the most recent Writ of Possession Mr. Tessler and Plaintiff got the Clerk of the Court to enter by use of a "Line" that was not served on Mr. Gomez or his counsel.

## Emergency Nature of the Relief Sought

If the Sheriff were to evict Mr. Gomez and his business from Mr. Gomez's Property, it would cause irreparable harm. Not only would such action be extremely cumbersome in these current weather conditions, but it would damage Mr. Gomez's Property and it would devastate Mr. Gomez's business. **To avoid this loss, Mr. Gomez requests that the Court rule on this motion on an expedited basis.**

WHEREFORE, Defendant Fausto Gomez requests that the Court quash the Writ of Possession Plaintiff and Mr. Tessler wrongfully obtained from the Clerk of the Court and intervene in any instructions that may have been issued to the Sheriff so that they are not executed upon.

Date: February 5, 2026

Respectfully submitted,

/Andrew L. Jiranek/(S)/

Andrew L. Jiranek, AIS# 940708002
Jiranek, P.A.
16 Willow Ave.
Towson, MD 21286
andrew@jiraneklaw.com
(410) 769-9070

***Attorney for Defendant Fausto Gomez***

**Certificate of Service**

I HEREBY CERTIFY that on this 5th day of February, 2026, a copy of the foregoing Motion and Memorandum and Proposed Order was served via the MDEC online system on Steven Tessler, attorney for Plaintiff, and via first class mail, postage prepaid on the following parties who have been served in this case but who have not entered an appearance by counsel:

City of Baltimore, Director of Finance, 100 Holliday St., Baltimore, MD 21202
State of Maryland, Office of the Attorney General, 200 St. Paul Place, Baltimore, MD 21202
The Mayor and City Council of Baltimore City, City Solicitor, 100 Holliday St., Baltmore, MD 21202
Baltimore City Department of Public Works, 100 Holliday Street, Baltimore, MD 21202

*<u>/Andrew L. Jiranek/S/</u>*
Andrew L. Jiranek, Attorney for Defendant Fausto Gomez

E-FILED; Baltimore City Circuit Court
Docket: 2/5/2026 4:39 PM; Submission: 2/5/2026 4:39 PM
Envelope: [illegible]4656

Ex A to Def. Emergency Motion to Quash

**CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND**
CIVIL DIVISION
Mitchell Courthouse
100 Mitchell Courthouse - Room 142
Baltimore, Maryland 21202
Main: 410-333-3733
Civil: 410-333-3722
Criminal: 410-333-3750
Family: 410-333-3709/3738
Juvenile: 443-263-6300

**Case Number:** **C-24-CV-24-004451**
**Other Reference Number(s):** **ACM-REG-1791-2025**

**VERTEX TL LLC VS. FAUSTO GOMEZ, ET AL.**

Date: 1/23/2026

## WRIT OF POSSESSION

TO THE SHERIFF OF BALTIMORE CITY:

Upon a Judgment entered, and in accordance with instructions attached, you are directed to place the party in possession of the following property:

229 N Monroe Street, Baltimore, MD 21223

In the event the Judgment in this proceeding awards possession of the property, or payment of its value in the alternative, you are hereby directed to levy upon real or personal property of a value equal to the value stated in the attached instructions, if the property specified in these instructions cannot be found.

Xavier A. Conaway
Clerk of the Circuit Court

**Requesting Attorney:** Steven Tessler

Enclosed:
Copy of the Order
Copy of the Request for Writ of Possession

## SHERIFF'S RETURN
### Writ of Possession

Circuit Court for Baltimore City

**Case Number:** C-24-CV-24-004451

VERTEX TL LLC vs. FAUSTO GOMEZ, et al.

To: 229 N Monroe Street

Sheriff fee: ________________ By: ______________________________

Served: ______________________________________________

Time: ____________ Date: ______________

Unserved
(Reason): ______________________________________

NOTE: Execution of this writ shall be in accordance with Maryland Rule 2-647.

**E-FILED; Baltimore City Circuit Court**
**Docket: 1/23/2026 11:21 AM; Submission: 1/23/2026 11:21 AM**
**Envelope: 24791782**

| | | |
|---|---|---|
| VERTEX TL LLC | * | IN THE |
| Plaintiff | * | CIRCUIT COURT |
| v. | * | FOR |
| FAUSTO GOMEZ, *et al.* | * | BALTIMORE CITY |
| Defendants | * | CASE No. C-24-CV-24-004451 |

* * * * * * * * * * * * *

**LINE TO REISSUE WRIT OF POSSESSION**

Dear Clerk,

Please re-issue the Writ of Possession that was originally issued on May 5, 2025. Plaintiff took deed to the property. *See* Baltimore City Circuit Court Land Records *Liber* 28577 *Folio* 279 (showing a copy of the deed recorded on December 12, 2025).

Respectfully submitted,

Steven Tessler
#2404221006
Tess Law LLC
2833 Smith Ave., #138
Baltimore, MD 21209
(872) 222-7377
steven@tesslaw.org

| | | |
|---|---|---|
| VERTEX TL LLC | * | IN THE |
| Plaintiff | * | CIRCUIT COURT |
| v. | * | FOR |
| FAUSTO GOMEZ, *et al.* | * | BALTIMORE CITY |
| Defendants | * | CASE No. C-24-CV-24-004451 |

* * * * * * * * * * * * *

## INSTRUCTIONS TO SHERIFF

A Judgment has been issued in the above-captioned civil action against the Defendants in the above captioned matter, for possession of real property in favor of the Plaintiff. This real property is located at 229 North Monroe Street Baltimore, MD 21223.

Please be in contact with Steven Tessler at Tess Law LLC, Attorney for the Plaintiff at 2833 Smith Ave., #138 Baltimore, MD 21209, or by phone at (872) 222-7377, or via email at office@tesslaw.org, to place Plaintiff in possession of the Property.

Steven Tessler
#2404221006
Tess Law LLC
2833 Smith Ave., #138
Baltimore, MD 21209
(872) 222-7377
steven@tesslaw.org

| | | |
|---|---|---|
| **VERTEX TL, LLC,** | * | **IN THE** |
| **Plaintiff,** | * | **CIRCUIT COURT** |
| **v.** | * | **FOR** |
| **FAUSTO GOMEZ, *et al.*,** | * | **BALTIMORE CITY** |
| **Defendants.** | * | **Case No. C-24-CV-24-004451** |

* * * * * * * * * * * * * * * * * * * * *

**ORDER QUASHING WRIT OF POSSESSION**

Upon consideration of Defendant Fausto Gomez's Emergency Motion and Memorandum to Quash Writ of Possession Issued by the Clerk of the Court, filed on February 5, 2026, it is, by the Circuit Court for Baltimore City,

**ORDERED** that the Writ of Possession, issued January 23, 2026, be, and the same hereby is, **QUASHED** on the grounds that by a deed of assignment recorded on December 3, 2025, Plaintiff, Vertex TL, LLC, assigned their interest in the subject property, 229 N. Monroe Street, to Hadaf Anwar Alsamet, Mohamed Abdo Alnisafi, and Mohamed Dahan Shahbain. Mot. at pg. 3, Ex. B. Plaintiff was therefore not the title owner of the subject property when filing the Line to Reissue Writ of Possession on January 23, 2026, and was not entitled to the issuance of a writ of possession. *See* Md. Code Ann., Tax-Prop. § 14-850 ("Any person **who acquires a deed to property** under this subtitle is entitled to issuance of a writ for possession of the property under the Maryland Rules as if the person had obtained a judgment awarding possession of the property.") (emphasis added).

**03/02/2026 4:14:50 PM**
**Date**

[signature]
**Judge**
**Circuit Court for Baltimore City**

[signature]

Outlook

**Writ of Possession Quashed - Please Cancel Eviction 229. N Monroe**

**From** Donald Pugsley <don.pugsley@pm.me>
**Date** Wed 3/4/2026 1:52 PM
**To** Holman, Glenda <Glenda.Holman@baltimorecity.gov>; Washington, Kenyatta G. (Sheriff) <KenyattaG.Washington@baltimorecity.gov>
**Cc** andrew@jiraneklaw.com <andrew@jiraneklaw.com>; Cogen, Sam (Sheriff) <Sam.Cogen@baltimorecity.gov>

1 attachment (627 KB)
Order Quashing Second Writ of Possession.pdf;

**CAUTION: This email originated from outside of Baltimore City IT Network Systems.**
**Reminder: DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov**

Hello,

May you please cancel the following eviction? The Writ of Possession that was used to schedule the eviction was Quashed, because the requestor does not possess the deed. A copy of the Order to Quash is attached.

Property Address: 229 N. Monroe St
Case Number: C-24-CV-24-004451
Scheduled Eviction Date: 03/18/2026

If you'd be so kind, could you please let us know that the eviction has been cancelled, or if you need additional info from us? We do not have full confidence that the Plaintiff pursuing the eviction will reach out to your department.

Thank you

Maryland Judiciary Case Search & Record Portal

# Case Detail

## Case Information

Court System: **Circuit Court For Baltimore City - Civil**
Location: **Baltimore City Circuit Court**
Case Number: **C-24-CV-24-004451**
Case Title: **VERTEX TL LLC vs. FAUSTO GOMEZ, et al.**
Case Type: **Right of Redemption**
Filing Date: **12/10/2024**
Case Status: **Closed**

## Other Reference Numbers

Case Appealed: **ACM-REG-1791-2025**
Case Appealed: **ACM-REG-0025-2026**
Case Appealed: **ACM-REG-0512-2026**
Petition Filed: **SCM-PET-0143-2026**

## Involved Parties Information

### Defendant

Name: **GOMEZ, FAUSTO**
Address: **9315 OAK WHITE RD**
City: **NOTTINGHAM** State: **MD** ZIP Code: **21236**

### Attorney(s) for the Defendant

Name: **Holderness, James W.**
Appearance Date: **04/29/2025**
Removal Date: **12/04/2025**
Address Line 1: **4115 Wilkens Avenue**
Address Line 2: **Ste 102**
City: **Baltimore** State: **MD** ZIP Code: **21229**
Name: **JIRANEK, ANDREW LYNWOOD**
Appearance Date: **11/10/2025**
Address Line 1: **JIRANEK CO PA**
Address Line 2: **16 WILLOW AVE**
City: **TOWSON** State: **MD** ZIP Code: **21286**

### Defendant

Name: **City of Baltimore S/O Director Of Finance**
Address: **100 Holliday St**
City: **Baltimore** State: **MD** ZIP Code: **21202**

### Defendant

Name: **State of Maryland Office of the Attorney General**
Address: **200 St Paul Pl**

File Date: **03/02/2026**
Docket Entry Name: **Supporting Exhibit**
Comment: **Exhibit A**

File Date: **03/04/2026**
Docket Entry Name: **Order**
Comment: **order quashing writ of possession**

File Date: **03/04/2026**
Docket Entry Name: **Copies Mailed**

File Date: **03/04/2026**
Docket Entry Name: **Order - Motion/Request/Petition Denied**
Comment: **order denying defendant Fausto Gomez's motion to set redemption amount**

File Date: **03/04/2026**
Docket Entry Name: **Copies Mailed**

File Date: **03/04/2026**
Docket Entry Name: **Order - Motion/Request/Petition Denied**
Comment: **order denying Defendant Fausto Gomez's motion to pay redemption monies into the court registry**

File Date: **03/04/2026**
Docket Entry Name: **Copies Mailed**

File Date: **03/04/2026**
Docket Entry Name: **Order**
Comment: **order striking movants motion to intervene and responseo to embergency motion**

File Date: **03/04/2026**
Docket Entry Name: **Copies Mailed**

File Date: **03/04/2026**
Docket Entry Name: **Order**
Comment: **order striking plaintiff's response to emergency motion**

File Date: **03/04/2026**
Docket Entry Name: **Copies Mailed**

File Date: **03/04/2026**
Docket Entry Name: **Order**
Comment: **order striking plaintiffs motion for declaratory relief**

File Date: **03/04/2026**
Docket Entry Name: **Copies Mailed**

File Date: **03/04/2026**
Docket Entry Name: **Order**
Comment: **order striking plaintiff's motion for sanctions and order to show cause**

File Date: **03/04/2026**

File Date: **03/04/2026**

Docket Entry Name: **Motion - Intervene**

Comment: **Emergency Motion to Intervene**

File Date: **03/04/2026**

Docket Entry Name: **Request for Writ of Possession**

Comment: **Request for Writ of Possession**

File Date: **03/04/2026**

Docket Entry Name: **Request for Sheriff/Constable Service - ($60.00)**

Comment: **Sheriff Instructions**

File Date: **03/04/2026**

Docket Entry Name: **Opposition**

Comment: **FAUSTO GOMEZ OPPOSITION TO PLAINTIFF ATTORNEYS SERIAL FILING OF MOTIONS TO INTERVENE**

File Date: **03/04/2026**

Docket Entry Name: **Supporting Exhibit**

Comment: **Ex A - Opposition to Plaintiff's Attorney's Serial Filing of Motions to Intervene**

File Date: **03/04/2026**

Docket Entry Name: **Writ of Possession**

File Date: **03/04/2026**

Docket Entry Name: **Writ/Summons/Pleading - Electronic Service**

Comment: **Request Writ of Possession**

File Date: **03/04/2026**

Docket Entry Name: **Writ/Summons/Pleading - Electronic Service**

Comment: **Request for Sheriff Service**

File Date: **03/04/2026**

Docket Entry Name: **Writ/Summons/Pleading - Electronic Service**

Comment: **Writ of Possession**

File Date: **03/04/2026**

Docket Entry Name: **Writ/Summons/Pleading - Electronic Service**

Comment: **JUDGMENT AWARDING POSSESSION**

File Date: **03/04/2026**

Docket Entry Name: **Supporting Exhibit**

Comment: **Exhibit A (USPS)**

File Date: **03/04/2026**

Docket Entry Name: **Supporting Exhibit**

Comment: **Exhibit B (Rental Values)**

File Date: **03/04/2026**

Docket Entry Name: **Motion**

Comment: **EMERGENCY CONSOLIDATED MOTION TO STRIKE, FOR DECLARATORY RELIEF, INJUNCTIVE RELIEF, AND DAMAGES FOR WRONGFUL DETAINER**