IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FAUSTO GOMEZ,

Plaintiff,

v. Civil Action No. 1:26-cv-01445-MJM

VERTEX TL LLC, et al.,

Defendants.

**PLAINTIFF'S AMENDED RENEWED MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

Plaintiff Fausto Gomez, pro se, moves under Fed. R. Civ. P. 15(a)(2) and Local Rule 103.6 for leave to file the attached Third Amended Complaint. This motion supersedes the Renewed Motion for Leave filed September 29, 2026 (ECF 66). In support, Plaintiff states:

**Background**

1. The Second Amended Complaint (ECF 11) is the operative pleading. Motions to dismiss it are pending from Vertex TL LLC (ECF 24) and from Holman, McQueen, and Washington (ECF 27). Plaintiff responded to both (ECF 62, 63), and Holman, McQueen, and Washington replied (ECF 69). The response deadline for Shahbain, Alsamet, and Alnisafi is held in abeyance (ECF 52). Schaffel and Tessler have not been served; motions for alternative service are pending (ECF 53, 56). No scheduling order has issued.

**The Proposed Amendment**

2. Compared to the Second Amended Complaint, the proposed Third Amended Complaint (a) adds Tess Law LLC, the firm through which Defendant Tessler acted; (b) adds the Mayor and City Council of Baltimore as a defendant; (c) clarifies the facts supporting the existing claims; (d) adds facts based on new evidence; (e) restructures the introduction and adds

a "Legal Frameworks" section to make the pleading easier to follow; and (f) attaches supporting exhibits.

3. Compared to the version attached to ECF 66, the main change is that the RICO claims from the Second Amended Complaint are restored.

**Leave Should Be Granted**

4. Rule 15(a)(2) directs that the Court "should freely give leave when justice so requires." *Foman v. Davis*, 371 U.S. 178, 182 (1962).

5. No Defendant is prejudiced. The case is at the pleading stage, no discovery has occurred, several Defendants are unserved, and one group of served Defendants has not yet responded. The claims in the Third Amended Complaint were in the Second Amended Complaint, and the moving Defendants have already briefed them (ECF 24, 27, 44). They can reassert those arguments against the new pleading. The Third Amended Complaint adds no new claims against any Defendant who has moved to dismiss.

6. ECF 52 set September 28, 2026 as the deadline for any motion for leave to amend. Plaintiff filed ECF 66 on September 29 because the Court's Electronic Document Submission System would not accept the filing on September 28 (ECF 66, Ex. C). This motion amends ECF 66 before the Court has ruled on it and before any opposition was filed. To the extent leave under Fed. R. Civ. P. 6(b)(1)(B) is required, Plaintiff asks for it. No Defendant is prejudiced because briefing on ECF 66 had not begun.

7. The proposed Third Amended Complaint is attached, along with a comparison copy showing all changes from the Second Amended Complaint, as directed by ECF 49.

**Leave to Exceed the Page Limit**

8. The proposed Third Amended Complaint is 51 pages, 11 pages over the 40-page limit in Local Rule 103.1(d). Plaintiff asks for leave to exceed it. The pleading brings sixteen counts against twelve Defendants, and each Defendant is entitled to know what is alleged against it. The civil RICO counts (Counts XV and XVI) rest in part on mail and wire fraud, which Rule 9(b) requires be pleaded with particularity—who made each false statement, when, where, what it said, and what was obtained by it. RICO also requires a pattern of racketeering activity, so the pleading must describe multiple predicate acts and show how they are related and continuous.

**Proposed Schedule**

9. Because Schaffel and Tessler remain unserved and summonses must issue for Tess Law LLC and the City, Plaintiff asks the Court to allow 30 days from its order to serve Tess Law LLC and the City, and to set a single schedule: each Defendant's response due 30 days after the last Defendant is served or dismissed, and Plaintiff's responses to any motions to dismiss due 30 days after that, so that all challenges to the pleading are briefed and decided together.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order:

a. Granting leave to amend and directing the Clerk to docket the Third Amended Complaint, with Exhibits 1 through 13, as the operative complaint;

b. Granting leave under Local Rule 103.1(d) to file a Third Amended Complaint longer than 40 pages;

c. Directing the Clerk to issue summonses for Tess Law LLC and the Mayor and City Council of Baltimore, and allowing Plaintiff 30 days from the date of the order to serve them;

d. Directing that each Defendant answer or otherwise respond to the Third Amended Complaint within 30 days after the last Defendant is served or dismissed from this

action, and that Plaintiff respond to any motion to dismiss within 30 days after that deadline;

e. Denying as moot the Motions to Dismiss at ECF 24 and 27, Plaintiff's responses at ECF 62 and 63, the reply at ECF 69, and Plaintiff's prior Motions for Leave at ECF 45 and 66; and

f. Granting such other relief as the Court deems just.

Respectfully submitted,

Fausto Gomez
Plaintiff Pro Se
9315 Oak White Rd.
Nottingham, MD 21236
443-627-0201
FaustoGomez3080@hotmail.com