# Exhibit 4


E. McQUEEN
SHERIFF