# Exhibit 7

# AFFIDAVIT OF ELIEZER YABLONOVSKY

The undersigned hereby affirms under the penalties of perjury and upon personal knowledge that the contents of this document are true:

1. That I am a competent private person over the age of 18 years, and am not a party to the above action.

2. That I am an employee of TESS LAW LLC and that my job duties include, *inter alia*, processing incoming mail related to any of our tax sale cases and assisting in our clients' post foreclosure sales process.

3. On May 12, 2025, VERTEX TL LLC went under contract with a buyer for the property 229 N Monroe St. Baltimore, MD 21223 for the price of $209,000.

4. That on October 20, 2025, I processed the mail for our office address, 2833 Smith Ave., #138 Baltimore, MD 21209. There was a Notice of Appeal received from Fausto Gomez for Case No. C-24-CV-24-004451 and there was no Civil Appeal Information Report included.

Eliezer Yablonovsky
Tess Law LLC
10/21/2025
(872) 222-7377
2833 Smith Ave., #138
Baltimore, MD 21209

# Ashland Auction Group

920 S. Conkling St. Baltimore, MD 21224
***Phone*** **(410) 488-3124** ***Fax*** **(410) 488-3125**
**Washington, DC Office:** 1725 I Street N.W. Suite 300 Washington, DC 20006 ***Phone*** **(202) 304-1550**
www.AshlandAuction.com

## Real Estate Contract of Sale

I/We, [redacted] [redacted] (*Purchaser*)

have this **12th**, **May** 2025 purchased the property known as:

**229 N Monroe St. Baltimore, MD 21223**

**BID PRICE: $**[redacted] **Dollars**

**BUYER'S PREMIUM: $**[redacted] **Dollars**

BUYER'S PREMIUM: 10% of the Bid Price or $1,000 Auction Service Fee, whichever amount is greater, has been added to the Purchaser's highest bid. The highest bid, plus the Buyer's Premium referenced herein, equals the Total Purchase Price. The Buyer's Premium shall not be considered commission related to the sale of real estate but rather a fee associated with the auctioneer's services.

**TOTAL PURCHASE PRICE (Including Buyer's Premium): $**[redacted] **Dollars**

**INITIAL DEPOSIT: $**[redacted] (Paid at Auction)

Upon execution hereof, Purchaser agrees to deposit cash or certified funds in the amount listed below with Ashland Auction Group, LLC. All deposits are held by Ashland Auction Group, LLC in a non- interest bearing escrow account. Balance of purchase price shall be due from Purchaser at closing. Failure to make Deposit in full is a default hereunder. The Deposit will be forfeited if settlement is not completed on or before the Settlement Date.

**ANNUAL GROUND RENT: $** Fee Simple

**Time is of the Essence of every provision herein containing a time element.**
**CONDITION OF THE PROPERTY:** The Purchaser is responsible for conducting his own due diligence concerning the Property. The Property may be subject to a ground rent, covenants, conditions, restrictions and the like, and is sold subject to existing housing, building and zoning code violations as well as potential environmental problems, violations and/or remedial agreements. The Purchaser agrees and acknowledges that the Property is sold and accepted in "AS- IS, WHERE- IS" condition without any expressed or implied warranties as to the nature, physical condition, description, use, structural integrity, construction, workmanship, materials, habitability, zoning, environmental condition, fitness for a particular use, purpose or merchantability.

**MARKETABLE TITLE:** Upon payment of the purchase price, a Deed for the property shall be executed by the Seller and shall convey the property to the Buyer. Title to the property shall be good and marketable, free of liens, encumbrances, subject to all applicable ground rent, covenants, conditions, restrictions, easements, rights of way, laws, ordinances, regulations, charges, taxes and assessments, rights of others in party walls of the Property, and any other matters of record. The buyer has the right to choose his own settlement agent or attorney to conduct settlement.


ashland
AUCTION GROUP
AUCTIONS
MAKE AN OFFER
BUYERS
SELLERS
AGENTS
ABOUT
229 n monroe
Date: Ascending
Page 1 of 1
Calendar
Pre Sold I Under Contract
229 N Monroe St. Baltimore, MD 21223
Online
This Auction has Ended
STARTING BID
$85,000
INITIAL DEPOSIT
$15,000
Pre-Sold I Under Contract
Auction Begins 05/16 10:00 AM, Auction Ends 05/20 1:05 PM
Foreclosure I Corner Store w/ Possible Second Floor Apartment
229 N Monroe St. Baltimore, MD 21223
Online
This Auction has Ended
CURRENT BID
$120,000
Reserve not met
INITIAL DEPOSIT
$15,000
Pre-Auction Offers: Accepted
Auction Begins 04/28 10:00 AM, Auction Ends 04/30 7:30 PM
20 Per Page
Page 1 of 1