# Exhibit 8

**From:** **Steven Tessler** steven@tesslaw.org
**Subject:** [EXTERNAL] Re: Urgent Status Update: C-24-CV-24-004451 (VERTEX TL LLC vs. FAUSTO GOMEZ, et al.)
**Date:** September 17, 2025 at 2:18 PM
**To:** Lawrence.Fletcher-Hill@mdcourts.gov
**Cc:** John.Nugent@mdcourts.gov, Sara Walsh Sara.Walsh@mdcourts.gov, Susan Marzetta Susan.Marzetta@mdcourts.gov

Hello,

An order was issued today. Both I and my client are grateful for the prompt response.

Thank you,

---

Steven Tessler, Esq.
Managing Member
Tess Law LLC
2833 Smith Ave
#138
Baltimore, MD 21209
Tel: (872) 222-7377

Tess Law LLC acts as a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. You may at any time opt out of receiving emails to this email address from Tess Law LLC by replying to this email with the word STOP or by emailing Tess Law at office@tesslaw.org with the words "opt out" in the subject line, or by mail at the address listed in this email. Withdrawing consent to communicate via email means that we will not be able to communicate with you using email until a new consent has been established. The information in this email and any attachments are for the sole use of the intended recipient and may contain privileged and confidential information. If you are not the intended recipient, any use, disclosure, copying or distribution of this message or attachment is strictly prohibited. If you believe that you have received this email in error, please contact the sender immediately and delete the email and all of its attachments.

On Tue, Sep 16, 2025 at 12:39 PM Steven Tessler <steven@tesslaw.org> wrote:

> Dear Judge Fletcher-Hill,
>
> I am reaching out to inquire as to the status of the pending motions on the above referenced case.
>
> We have made multiple requests for a ruling and have not yet received a response. It has been slightly over 2 months at this point since the last substantive motions were filed by either side.
>
> We would greatly appreciate any assistance you can render in this matter.
>
> Thank you,
>
> ---
>
> Steven Tessler, Esq.
> Managing Member
> Tess Law LLC
> 2833 Smith
> #138
> Baltimore, MD 21209
> Tel: (872) 222-7377
>
> Tess Law LLC acts as a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. You may at any time opt out of receiving emails to this email address from Tess Law LLC by replying to this email with the word STOP or by emailing Tess Law at office@tesslaw.org with the words "opt out" in the subject line, or by mail at the address listed in this email. Withdrawing consent to communicate via email means that we will not be able to communicate with you using email until a new consent has been