# Exhibit 10


Cogen
Defendant
Schleifer