# Exhibit 11

**From:** Zimmerman, Shelley (City Council) on behalf of Schleifer, Isaac (City Council) <Isaac.Schleifer@baltimorecity.gov>
**Sent:** Thursday, December 26, 2024 9:10 PM UTC
**To:** Tibor Wilheim <twilheim@rpiplending.com>
**CC:** Gabrielle Charnowitz <gcharnowitz@chs-corp.com>; Adam Shpritz <adam@ashlandauction.com>
**Subject:** Re: Meeting request

We don't have access to zoom, so please send the Councilman a calendar invite with zoom information.

Thank you and happy holidays!

Shelley

SHELLEY B. ZIMMERMAN
Chief of Staff
Office of 5th District Councilman Isaac "Yitzy" Schleifer
100 Holliday Street, Room 505, Baltimore, MD 21202
Office: 410-396-4819 Cellular: 443-869-0863
Email: shelley.zimmerman@baltimorecity.gov

---

**From:** Tibor Wilheim <twilheim@rpiplending.com>
**Sent:** Thursday, December 26, 2024 10:31:28 AM
**To:** Schleifer, Isaac (City Council) <Isaac.Schleifer@baltimorecity.gov>
**Cc:** Gabrielle Charnowitz <gcharnowitz@chs-corp.com>; Adam Shpritz <adam@ashlandauction.com>
**Subject:** Re: Meeting request

**CAUTION:** This email originated from outside of Baltimore City IT Network Systems.
**Reminder:** DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov

Yes, that works for me. Can we include Adam Shpritz

On Mon, Dec 23, 2024 at 12:11 PM Schleifer, Isaac (City Council)<Isaac.Schleifer@baltimorecity.gov> wrote:

Good Afternoon,

Would Monday January 6th work at 11 am for a zoom meeting?

Thank you,
Shelley

SHELLEY B. ZIMMERMAN
Chief of Staff
Office of 5th District Councilman Isaac "Yitzy" Schleifer
100 Holliday Street, Room 505, Baltimore, MD 21202
Office: 410-396-4819 Cellular: 443-869-0863
Email: shelley.zimmerman@baltimorecity.gov

---

**From:** Tibor Wilheim <twilheim@rpiplending.com>
**Sent:** Thursday, December 19, 2024 3:25:41 PM
**To:** Gabrielle Charnowitz <gcharnowitz@chs-corp.com>
**Cc:** Schleifer, Isaac (City Council) <Isaac.Schleifer@baltimorecity.gov>
**Subject:** Re: Meeting request

**CAUTION:** This email originated from outside of Baltimore City IT Network Systems.
**Reminder:** DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing toPhishing@baltimorecity.gov

Thank you, Gabby, for the introduction—I truly appreciate it.

Councilman Schleifer, it's a pleasure to connect, and I'm looking forward to meeting with you to discuss tax liens in Baltimore City. Please let us know a time that works best for you for a brief Zoom meeting, and we'll accommodate your schedule.

Thank you in advance for your time and consideration.

Best regards,
Tibor Wilheim

On Thu, Dec 19, 2024 at 12:17 PM Gabrielle Charnowitz<gcharnowitz@chs-corp.com> wrote:

Dear Councilman Schleifer,

I hope all is well. I'm reaching out to request a brief zoom meeting with you to discuss tax liens in Baltimore City. I would like Tibor Wilheim, who is copied, to join in as well. Please let me know a time that works for you, and we will do our best to accommodate your schedule. Thank you in advance for your time and consideration.

Best regards,
Gabby

**Gabrielle Charnowitz**
*Vice President of*
*Government Affairs &*
*Strategic Development*
1302 Concourse Drive, Suite
200,
Linthicum Heights, MD
21090
410.403.6123 (C)

CONFIDENTIALITY NOTICE -- This message and any files transmitted with it may contain confidential and/or privileged material and are intended solely for the use of the recipient(s) to whom the message is addressed. If you are not the intended recipient, be advised that any unauthorized review, use, disclosure, distribution, printing or copying of this message and any file attachments is prohibited. If you have received this email in error, please contact the sender by telephone at (513) 489-7100 or by reply email and destroy all copies of this document.

--

photo

Tibor Wilheim
CEO, Real Property Investment Partners LLC
513-582-4546 | Twilheim@rpiplending.com
https://rpiplending.com/