# Exhibit 12


TAX LIEN TACHLIS
6206 FREDERICK RD - Google Drive
6206 Frederick photos
please lmk asap when things go under contract so i can mark in reo and get the ts deed done
Well apparently there's been an order for Ivanhoe for over 2 weeks
Gotta love bcity clerks
I just had long convo w clerk and she was not happy with whoever handled the file
she said they'll mail it out today
but obviously their side of the mdec system is frozen so they cant eserve us or upload it
If no one hears from Baltimore county this am I'd reach out. I gave them Mayers info but they seemed confused
Also I think our box got an expery law envelope, it should be in your box EOD
Tibor Wilhelm
GM and thank you.
Tibor Wilhelm
I assume you don't want any involvement in Vacant No More? Can we take you off the board?
73