# Exhibit 13




PLEASE JOIN US FOR AN EVENING WITH THE

# BALTIMORE CITY SAFETY SLATE

*State's Attorney Ivan Bates*
*Sheriff Sam Cogen*
*Register of Wills Belinda Conaway*
*Clerk of the Circuit Court Xavier Conaway*

Wednesday, March 11, 2026
6:00 - 8:00 PM

Di Pasquale's Harborview
500 Harborview Dr, Baltimore, MD 21230

$6,000 - City Guardian
$2,500 - Safety Vanguard
$1,000 - Justice Circle

Please contribute securely online at
bit.ly/Safety2026 (case sensitive)
or mail your check payable to
Baltimore City Safety Slate,
c/o Rice Consulting, 17 W. Courtland St.,
Ste 210, Bel Air, Maryland 21014

For more info, contact Rice Consulting at
410-838-6355 or info@riceconsultingllc.com

Beginning January 1, 2023 to December 31, 2026, individuals, PACs, and business entities may contribute up to $6,000 for the 2026 election cycle.

Authority: Baltimore City Safety Slate, Ashley Taylor, Treasurer