# Exhibit 14

Outlook

**Fw: Lockout Schedules: C-24-CV-24-004451 - 229 N Monroe St.**

From Holman, Glenda <Glenda.Holman@baltimorecity.gov>
Date Wed 3/4/2026 4 29 PM
To Washington, Kenyatta G (Sheriff) <KenyattaG Washington@baltimorecity.gov>

1 attachment (154 KB)
CC-CV-030 WRIT OF POSSESSION.pdf;

We will discuss tomorrow. Quashed 3/4/26

**Glenda A. Holman**
**Fines and Costs**
**Baltimore City Sheriff's Office**
**100 N. Calvert St. Room 104**
**Office: 410-396-7412**
glenda holman@baltimorecity.gov

---

From: Tess-Law Office <office@tesslaw.org>
Sent: Wednesday, March 4, 2026 4:24 PM
To: Ari Schaffel <ari@vertextl.com>
Cc: Holman, Glenda <Glenda Holman@baltimorecity.gov>; vertextl <steven@tesslaw.org>; Steven Tessler <steven@vertextl.com>
Subject: Re: Lockout Schedules: C-24-CV-24-004451 229 N Monroe St.

CAUTION: **This email originated from outside of Baltimore City IT Network Systems.**
Reminder: **DO NOT click links or open attachments unless you recognize the sender and know that the content is safe. Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov**
Hello Glenda,

I hope you are well

For technical reasons the Court issued a new Writ of Possession today (attached).

The owner would like to keep the March 18, 2026 date.

Thank you

On Wed, Feb 11, 2026 at 5:43 PM Ari Schaffel <ari@vertextl.com> wrote:
Hello,

This is good (if there is earlier we can be ready then also).

Thank you

On Wed, Feb 11, 2026, 5:42 PM Holman, Glenda <Glenda.Holman@baltimorecity.gov> wrote:
Good day,

I would like to schedule the subject lockout(s) on the proposed date(s). Please confirm.

| Sched Date | Case Number | Plaintiff | Defendant | Address |
|---|---|---|---|---|
| Wednesday, 03/18/2026 -- 11 am - 1 pm | C-24-CV-24-004451 | VERTEX TL LLC | FAUSTO GOMEZ ET AL | 229 N Monroe St |

**Glenda A. Holman**
**Fines and Costs**
**Baltimore City Sheriff's Office**
**100 N. Calvert St. Room 104**
**Office: 410-396-7412**
glenda.holman@baltimorecity.gov