**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **FAUSTO GOMEZ,**<br>**Plaintiff,**<br><br>**v.**<br><br>**YISROEL ARYEH SCHAFFEL, et al.**<br>**Defendants.** | **Civil Action No.: MJM 26-1445** |

**ORDER**

The Court has entered two Orders pursuant to Local Rule 102.1(a)(ii) (D. Md. Dec. 1, 2025) directing self-represented plaintiff Fausto Gomez ("Plaintiff") to file a signed disclosure identifying each individual who has prepared, or assisted in preparing, each document Plaintiff has filed in this matter. *See* ECF Nos. 35 & 43. Plaintiff has submitted an incomplete disclosure in response to each Order. *See* ECF Nos. 40 & 54. The second disclosure employs narrow definitions of "prepare" and "assist" this Court neither intended nor conveyed in its Orders. *See* ECF No. 54 at 2–3. The Court intended for its Orders to be interpreted in accordance with the ordinary, contemporary, and broad meanings of "prepare" and "assist." Plaintiff has twice failed to comply with the Court's Local Rule 102.1(a)(ii) inquiry and directive.

In response to the second disclosure, defendant Vertex TL LLC ("Vertex") filed a motion to compel compliance with the Court's Orders. ECF No. 57. In that motion, Vertex proposes language for the Court to use to avoid any further semantic discrepancies between the plain meaning of the Court's directive and Plaintiff's interpretation of that directive. *Id.* at 3. The Court finds that Vertex's proposed language accurately conveys the Court's intent and shall adopt it as modified and limited in this Order. Plaintiff shall interpret the terms of this Order broadly.

Vertex's motion also requests a stay of proceedings in this matter until Plaintiff complies with the Court's Local Rule 102.1(a)(ii) inquiry and directive. *Id.* at 12. The Court does not find that a stay is justified by good cause. Alternatively, Vertex requests a temporary pre-filing injunction. *Id.* at 10–12. That request is also denied.

Accordingly, it is this 16th day of September, 2026, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Vertex's motion to compel compliance with the Court's prior Orders (ECF No. 57) is GRANTED IN PART as follows;

2. Plaintiff Fausto Gomez SHALL FILE **no later than October 30, 2026,** a signed and verified disclosure, under penalty of perjury, listing by ECF docket number and title/header each document he has filed in this action (including the disclosure itself) and, for each listed document, identifying by full name each individual who has directly or indirectly prepared, or assisted in preparing, the document, whether paid or unpaid, including but not limited to drafting, dictating, revising, editing, proofreading, or translating, or reviewing a translation of, text contained in the document; finding, selecting, supplying, checking, or explaining legal authorities cited in the document; developing or recommending arguments stated in the document; obtaining, selecting, organizing, or summarizing records for use in a filing; providing clerical or logistical assistance; or directing or reviewing any of the foregoing tasks;

3. For each individual identified in the disclosure, plaintiff Fausto Gomez shall state whether the individual is an attorney;

4. Vertex's request for a stay and, alternatively, a temporary pre-filing injunction is DENIED;

5. The Clerk SHALL SEND a copy of this Order to plaintiff Fausto Gomez.

/S/
Matthew J. Maddox
United States District Judge