**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FAUSTO GOMEZ,
Plaintiff,
v.
YISROEL ARYEH SCHAFFEL, et al.,
Defendants.

Civil Action No. MJM 26-1445

**PLAINTIFF'S MOTION FOR A TWO-MONTH EXTENSION OF TIME TO COMPLY WITH ECF 72 AND/OR A TWO-MONTH STAY, OR ALTERNATIVELY FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Fausto Gomez, representing himself, asks the Court for the following relief.

1. ECF 72, filed October 16, 2026, orders Plaintiff to file by October 30, 2026 a verified disclosure naming every person who directly or indirectly helped prepare any document he has filed in this case, in any and all ways the Order lists.

2. Plaintiff is afraid that naming friends or family who helped him with any task will expose them to retaliation from Defendants' counsel, Mr. Tessler and Baltimore City officials. Such persons may be employed by or do business with Baltimore City.

3. Plaintiff recently consulted with an attorney. The attorney is doing their own review of this case and has not yet decided whether to take over the case and enter an appearance. Plaintiff requests time for that review to finish.

4. Plaintiff asks the Court, under Federal Rule of Civil Procedure 6(b)(1)(A), to extend the October 30 deadline in ECF 72 by two months, to December 30, 2026, and/or to stay this case for two months.

5. If the Court denies the extension and stay, Plaintiff asks, in the alternative, that the Court dismiss this case without prejudice at his request under Federal Rule of Civil Procedure 41(a)(2).

Plaintiff therefore asks the Court to grant the extension and/or stay or, in the alternative, to dismiss this case without prejudice.

Dated: October 30, 2026

Respectfully submitted,

Fausto Gomez

Fausto Gomez, Plaintiff, pro se
9135 Oak White Rd., Nottingham, MD 21234
Faustogomez3080@hotmail.com