# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

Gomez,

Plaintiff,

v.

Schaffel, *et al.*,

Defendants.

Case No.: 1:26-cv-01445-MJM

## ORDER

Upon consideration of Plaintiff's Motion for Extension, Stay, or Dismissal Without Prejudice (ECF No. 73), Defendants Vertex TL LLC and the Deedholder Defendants' Opposition and Cross-Motion, Vertex's Motion for Sanctions under Rule 11 (ECF No. 44), Defendants' Motion to Strike, Enforce Prior Orders, and Renew Request for Contempt and Sanctions (ECF No. 65), and the record, it is this ___ day of __________, 2026, by the United States District Court for the District of Maryland, hereby

**ORDERED** that Plaintiff's Motion (ECF No. 73) is **DENIED** in its entirety; and it is further

**ORDERED** that, within **three (3) days** of the date of this Order, Plaintiff shall file the verified disclosure required by ECF No. 72. For each document Plaintiff has filed in this action, the disclosure shall identify by name, address, and relationship to Plaintiff every individual who prepared, or assisted in preparing, that document. If no individual other than Plaintiff prepared or assisted in preparing a given document, Plaintiff shall say so in those clear terms for that document. Plaintiff may not limit the terms "prepare" or "assist" by his own definitions; and it is further

**ORDERED** that if Plaintiff fails to comply fully and timely with the preceding paragraph:

- Plaintiff shall be held in civil contempt of this Court without further notice.
- Plaintiff shall pay into the registry of the Court a coercive fine of $______ for each day of noncompliance until he files a compliant disclosure.
- Plaintiff shall pay Defendants' reasonable attorney's fees and expenses incurred in seeking the disclosure.

And it is further

**ORDERED** that Vertex's Motion for Sanctions under Rule 11 (ECF No. 44) is **GRANTED**. The Court finds that the Second Amended Complaint (ECF No. 11) violates Federal Rule of Civil Procedure 11(b)(1), (b)(2), and (b)(3). Accordingly:

1. The allegations that Vertex bribed public employees, purchased official action, committed wire fraud or extortion, distributed criminal proceeds, or participated in

money laundering are **STRICKEN**. So are the allegations and requested declaration that Vertex and the Deedholder Defendants lacked entitlement to the corrected writ of possession.

2. Plaintiff shall pay Vertex the reasonable attorney's fees and expenses directly caused by the violations and incurred in presenting ECF No. 44. Vertex shall submit its fee records and a supporting declaration within fourteen (14) days of this Order.
3. Plaintiff shall obtain leave of court before filing any new paper in this action, or any new action in this Court, that asks the Court to invalidate, disregard, or impose liability because of an order entered in *Vertex TL LLC v. Gomez*, No. C-24-CV-24-004451 (Md. Cir. Ct. Balt. City). Any request for leave shall certify that the proposed filing does not seek review of a state-court order and shall identify any independent conduct on which it relies.

And it is further

**ORDERED** that, under Federal Rule of Civil Procedure 11(c)(3), Plaintiff shall **SHOW CAUSE** in writing within fourteen (14) days of the date of this Order why ECF No. 45-1 ¶ 56, ECF No. 66-1 ¶ 56, and ECF No. 70-1 ¶¶ 81 and 216 do not violate Rule 11(b), and why the Court should not order him to pay a penalty into court under Rule 11(c)(4); and it is further

**ORDERED** that Defendants' Motion (ECF No. 65) is GRANTED to the extent it seeks enforcement of ECF Nos. 35 and 43, contempt, and sanctions, and is otherwise DENIED; and it is further

**ORDERED** that, upon the Court's resolution of the disclosure and show-cause proceedings ordered above, this action shall be **DISMISSED WITH PREJUDICE** under Federal Rules of Civil Procedure 41(a)(2) and 41(b) and the Court's inherent authority; and it is further

**ORDERED** that the Court retains jurisdiction to enforce the disclosure required by this Order and ECF No. 72, to adjudicate contempt, and to impose and enforce sanctions, notwithstanding the dismissal of this action; and it is further

**ORDERED** that the Clerk shall mail a copy of this Order to Plaintiff at his address of record.

____________________________
Matthew J. Maddox
United States District Judge