UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| FAUSTO GOMEZ, | * | |
| | * | |
| *Plaintiff*, | * | |
| | * | |
| v. | * | Case No.: 1:26-cv-01445-MJM |
| | * | |
| YISROEL ARYEH SCHAFFEL, *et al.*, | * | |
| | * | |
| *Defendants.* | * | |

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion to Stay (ECF 73), and Defendants Earl McQueen, Glenda Holman, and Kenyatta Washington (the "Sheriff Defendants"), Opposition thereto, it is this _____ day of November, 2026,

ORDERED, that Plaintiff's Motion to Stay is hereby DENIED.

______________________________

**The Honorable Matthew J. Maddox**
**United States District Court Judge**
**United States District Court of Maryland**