**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **FAUSTO GOMEZ,** | * | |
| **Plaintiff,** | * | |
| | * | **Civ. No. MJM-26-1445** |
| **v.** | * | |
| **YISROEL ARYEH SCHAFFEL, *et al.*,** | * | |
| **Defendants.** | * | |

* * * * * * * * * *

**ORDER**

Self-represented plaintiff Fausto Gomez ("Plaintiff") SHALL FILE no later than **November 12, 2026**, any reply in support of his Motion for a Two-Month Stay, or Alternatively for Voluntary Dismissal Without Prejudice (ECF No. 73). If Plaintiff elects to file any reply, it shall be a single reply to all responses in opposition to the motion filed by any defendants. Plaintiff's deadline to respond to the Order dated October 16, 2026, (ECF No. 72)[1] is SUSPENDED until further Order of the Court.

The Clerk SHALL SEND a copy of this Order to Plaintiff and counsel for the defendants.

It is SO ORDERED this 3rd day of November, 2026.

/S/
Matthew J. Maddox
United States District Judge

[1] The prior Order contained the incorrect date of entry. The Order was entered on October 15, 2026—not September 16, 2026.