Search

Try Premium for $0

# Steven Tessler

Managing Member, Tess Law LLC

Lincolnwood, Illinois, United States · Contact info

Connect | Message | More

## Activity

+ Follow

51 followers

**Steven has no recent posts**

Recent posts Steven shares will be displayed here.

Show all →

## Education

**Chicago-Kent College of Law, Illinois Institute of Technology**
Doctor of Law - JD, Vaccine Injury Litigation
Sep 2018 – Dec 2020

**Touro University**
Bachelor's degree, PSYCHOLOGY
May 2015 – May 2017

## Skills (7)

Litigation

AI for Legal Professionals

Show all →

## More profiles for you

**Daniel Cantor** · 3rd+
Student at Ramapo College
Connect

**Shimon Kurland** · 3rd+
Teacher at Darchei Binah
Connect

**Tyler Manic** · 3rd+
Attorney at Schain, Burney, Banks & Kenny, ...
Connect

**Rodney Hakimi** · 3rd+
--
Connect

**Shimon Kurland** · 3rd+
Principal at Darchei Binah School
Connect

Show all →

## People you may know

From Steven's school

**Sara Roberts** · 3rd+
Partner- Strauss & Hoyt, LLC
Connect

**Ylli Sadiku** · 3rd+
Legal Consultant | Corporate Law | Busines...
Connect

**Nana Surmanidze** · 3rd+
Corporate Lawyer
Connect

**Pablo Javier Almaguer** · 3rd+
Colonias Program Director
Connect

**Mario Iveljic** · 3rd+
FIFA Licensed Soccer Agent & Attorney | ...
Connect

Show all →