IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FAUSTO GOMEZ,<br><br>Plaintiff,<br><br>v.<br><br>YISROEL ARYEH SCHAFFEL, et al.,<br><br>Defendants. | Civil Action No. 1:26-cv-01445-MJM |

**PLAINTIFF'S SUPPLEMENT TO HIS REPLY (ECF 77) TO CLARIFY THE RELIEF REQUESTED**

Plaintiff Fausto Gomez, pro se, files this supplement to his reply (ECF 77) to clarify the relief he is asking for.

Plaintiff asks the Court to:

1. Stay this case for two months, until December 30, 2026, and/or reconsider ECF 72 and limit the local disclosure order to attorneys only. In the alternative, dismiss this case without prejudice.

   A stay will give an attorney who is actively considering the case time to finish their due diligence and decide whether to enter an appearance.

   Limiting ECF 72 to attorneys would protect family or friends who may have helped Plaintiff from retaliation. It would still serve Defendants' reason for the request: that an attorney who helped Plaintiff could be subject to Rule 11 sanctions. (ECF 74 ¶ 12.) Plaintiff will certify under penalty of perjury that no attorney helped him in any way with any filing in this case.

2. Evaluate the merits of Plaintiff's complaint at the motion-to-dismiss stage. If the Court will consider opposing counsel's merits arguments before then, Plaintiff asks that the Court direct him in a written order to respond to them.
3. Use its inherent authority to limit Mr. Tessler's filings.

Respectfully submitted,

Fausto Gomez

Fausto Gomez, Plaintiff, pro se
9315 Oak White Rd.
Nottingham, MD 21236
Faustogomez3080@hotmail.com