IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FAUSTO GOMEZ,

Plaintiff,

v.

Civ. No. MJM-26-1445

YISROEL ARYEH SCHAFFEL, et al.,

Defendants.

**PLAINTIFF'S LOCAL RULE 102.1(a)(ii) DISCLOSURE (PUBLIC VERSION – NAMES REDACTED)**

Plaintiff Fausto Gomez, in compliance with the Court's Orders of October 16, 2026 (ECF 72) and November 13, 2026 (ECF 80), identifies each individual who prepared, or assisted in preparing, each document he has filed in this matter. Names have been redacted from this public version. An unredacted version has been filed under seal with Plaintiff's Motion to Seal.

| ECF Number | Document Title | Name of Helpers | Whether they are an attorney |
|---|---|---|---|
| 1 | Complaint | [REDACTED] | not an attorney |
| 2 | Motion for Leave to File Complaint Exceeding Page Limit | [REDACTED] | not an attorney |
| 4 | Notice of Withdrawal of Motion for Leave to File Excess Pages (ECF 2) | [REDACTED] | not an attorney |
| 5 | Amended Complaint | [REDACTED] | not an attorney |
| 6 | Motion for Extension of Time to Effect Service of Process and Incorporated Memorandum in Support | [REDACTED] | not an attorney |
| 9 | Motion for Leave to File Second Amended Complaint | [REDACTED] | not an attorney |
| 11 | Second Amended Complaint | [REDACTED] | not an attorney |
| 12 | Summons Returned Executed (Glenda Holman) | [REDACTED] | not an attorney |
| 13 | Summons Returned Executed (Yitzchok Isaac Schleifer) | [REDACTED] | not an attorney |
| 14 | Summons Returned Executed (Vertex TL LLC) | [REDACTED] | not an attorney |

| ECF Number | Document Title | Name of Helpers | Whether they are an attorney |
|---|---|---|---|
| 16 | Summons Returned Executed (Mohamed Dahan Shahbain) | [REDACTED] | not an attorney |
| 20 | Summons Returned Executed (Kenyatta Washington) | [REDACTED] | not an attorney |
| 21 | Summons Returned Executed (Mohamed Abdo Alnisafi) | [REDACTED] | not an attorney |
| 22 | Summons Returned Executed (Hadaf Anwar Alsamet) | [REDACTED] | not an attorney |
| 30 | Response in Opposition to Motion to Compel Compliance with L.R. 102.1(a)(ii) (ECF 23) | [REDACTED] | not an attorney |
| 38 | Notice of Voluntary Dismissal as to Defendant Yitzchok Isaac Schleifer | [REDACTED] | not an attorney |
| 39 | Motion for Extension of Time to Amend the Complaint and to Respond to the Pending Motions to Dismiss and Rule 11 Notice | [REDACTED] | not an attorney |
| 40 | Local Rule 102.1(a)(ii) Disclosure and Response to the Court's Order of September 1, 2026 (ECF 35) | [REDACTED] | not an attorney |
| 45 | Motion for Leave to File Third Amended Complaint | [REDACTED] | not an attorney |
| 46 | Notice of Filing of Exhibits 1 through 7 to Proposed Third Amended Complaint | [REDACTED] | not an attorney |
| 53 | Motion for Alternative Service on Defendant Steven Tessler | [REDACTED] | not an attorney |
| 54 | Verified Disclosure and Certification Under Local Rule 102.1(a)(ii) | [REDACTED] | not an attorney |
| 56 | Motion for Alternative Service on Defendant Yisroel Aryeh Schaffel | [REDACTED] | not an attorney |
| 58 | Motion for Alternative Service on Defendant Earl McQueen and for Extension of Time to Serve | [REDACTED] | not an attorney |
| 59 | Notice of Withdrawal of Motion for Alternative Service and for Extension of Time to Serve (ECF 58) | [REDACTED] | not an attorney |
| 62 | Response in Opposition to Motion to Dismiss (ECF 24) | [REDACTED] | not an attorney |
| 63 | Response in Opposition to Motion to Dismiss Second Amended Complaint (ECF 27) | [REDACTED] | not an attorney |
| 64 | Response in Opposition to Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 (ECF 44) | [REDACTED] | not an attorney |
| 66 | Renewed Motion for Leave to File Third Amended Complaint | [REDACTED] | not an attorney |
| 70 | Amended Renewed Motion for Leave to File Third Amended Complaint | [REDACTED] | not an attorney |
| 73 | Motion for a Two-Month Extension of Time to Comply with ECF 72, and/or for a Two-Month Stay, or Alternatively for Voluntary Dismissal Without Prejudice | [REDACTED] | not an attorney |

| ECF Number | Document Title | Name of Helpers | Whether they are an attorney |
|---|---|---|---|
| 77 | Reply in Support of Motion for Extension of Time and/or Stay (ECF 73) | [REDACTED] | not an attorney |
| 78 | Supplement to Reply (ECF 77) | [REDACTED] | not an attorney |
| 81 | Motion to Seal, Memorandum in Support of Motion to Seal, and Local Disclosure | [REDACTED] | not an attorney |

**VERIFICATION**

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed on November 20, 2026.

Fausto Gomez
9315 Oak White Rd.
Nottingham, MD 21236
Faustogomez3080@hotmail.com
Plaintiff, pro se

**CERTIFICATE OF SERVICE**

I certify that on November 20, 2026, I mailed a copy of the foregoing to counsel of record via first-class mail.

Fausto Gomez