**Exhibit A**

FOP Lodge 22 press release, April 28, 2026 (red outline added)

Fraternal Order of Police
BALTIMORE CITY LODGE No. 22
3920 BUENA VISTA AVENUE
BALTIMORE, MARYLAND 21211
Bcsofopl22@gmail.com

SHAUNA CARROLL
*President*

**FOR IMMEDIATE RELEASE**
April 28, 2026
Contact: Bcsofopl22@gmail.com

## FOP LODGE 22 DOES NOT SUPPORT SHERIFF SAM COGEN'S RE-ELECTION

**BALTIMORE, MD** — The Fraternal Order of Police Lodge 22, which represents the sworn Deputy Sheriffs of the Baltimore City Sheriff's Office, is setting the record straight: Sheriff Sam Cogen does not have the support of the men and women who serve under him, and he does not have the endorsement of this Lodge.

Despite public messaging suggesting that "labor" stands behind Sheriff Cogen on the strength of a single outside union endorsement, the deputies he actually supervises have taken a no-confidence vote against him. The reasons are on the record.

1. Sheriff Cogen attempted to circumvent the collective bargaining process and, in doing so, created substantial uncertainty for the deputies who work under him. The Office of the Inspector General documented this conduct in **Case No. 24-0054-I**, released February 12, 2025 by Inspector General Isabel Mercedes Cumming. The Mayor's Office publicly characterized the Sheriff's directive as "worsened by the Sheriff's attempt to circumvent the collective bargaining process." Rather than pursuing lawful, negotiated pay increases, Sheriff Cogen bypassed the MOU process and placed 94 deputies in the middle of a dispute between City Hall and the Sheriff's Office — leaving them exposed to potential recoupment of more than $2.3 million. The recent pay increase he now takes public credit for arrived only after his re-election campaign began to falter. Labor recognizes the difference.

2. During the Freddie Gray matter, Sheriff Cogen, alongside then-State's Attorney Marilyn Mosby, pushed to indict six Baltimore Police officers after Baltimore Homicide detectives advised there was no criminal case to bring. Sheriff Cogen has acknowledged that he conducted no independent investigation before signing the charging documents. Three of those officers were acquitted at separate trials; the charges against the remaining three were dropped.

3. The Lodge's no-confidence vote stands. A self-serving, election-year pay increase does not change who Sheriff Cogen is as a leader. Deputies describe a workplace run on fear and retaliation, in which many are reluctant to speak publicly about conditions inside the office. That pattern of intimidation, particularly in off-election years, must end.

It is notable that an outside labor organization chose to endorse Sheriff Cogen without first consulting the sitting FOP Lodge that actually represents his deputies. Had that organization asked, it would have heard directly from the members living under Cogen's management. The public is entitled to ask who steered that endorsement, and why.

**FOP Lodge 22's position is clear: Sheriff Sam Cogen is not a friend of labor. Lodge 22 urges Baltimore City voters to reject his re-election.**

###

Authorized by:
**Shauna Carroll, President**
Fraternal Order of Police Lodge 22
Baltimore City Sheriff's Office