# Exhibit B

Email from Steven Tessler, forwarded to Plaintiff by his first counsel on October 21, 2025 (excerpt)

*"We are filing an emergency motion to strike. See attached. Unfortunately, due to the timelines of the Circuit Court, it is very likely that the appropriate relief will not be timely granted and will likely cost my client, conservatively, in excess of $75,000. If this occurs, my client will have no choice but to seek every avenue of relief against every party that is accountable under Maryland law."*

*As we see it now, there are three options:*

1. *Offer $5,000 to your client to immediately file to strike the notice of appeal.*
2. *Sell the property back to your client for $210,000, with up to $150,000 in seller financing for five years.*
3. *Proceed with litigation. We both know that your client's notice of appeal will certainly be stricken eventually, as it is fatally flawed on multiple fronts. My client intends to pursue every available recourse to be made whole. There are substantial damages in play.*