# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

Gomez,

Plaintiff,

v.

Schaffel, *et al.*,

Defendants.

Case No.: 1:26-cv-01445-MJM

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion to Seal (ECF No. 83), Defendants' Opposition to Plaintiff's Motion to Seal and Request for a Preservation Order and a Formal Warning, and the entire record, it is this ____ day of _______________, 2026, by the United States District Court for the District of Maryland, hereby **ORDERED** that:

1. Plaintiff's Motion to Seal (ECF No. 83) is **DENIED**;
2. The Clerk shall **UNSEAL** ECF No. 82 and the Supplement Plaintiff filed with ECF No. 83, so that both appear on the public docket and are available to all parties;
3. Plaintiff shall preserve, and shall direct each person named in those filings to preserve, all drafts, notes, and messages relating to this case, and within three (3) days of this Order shall file a certification that he has done so; and

4. Plaintiff is **WARNED** that further failure to comply with this Court's orders may result in sanctions, including dismissal of this action.

________________________________
Matthew J. Maddox
United States District Judge